UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY DESKOVIC,

                      Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, and ALAN TWEED,

                      Defendants.
------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 8150

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, and WALTER BROVARSKI, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       September 19, 2007

                          MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
                          Attorneys for Defendants

                          By: _____
                              BRIAN S. SOKOLOFF (bss-7147)
                          240 Mineola Boulevard
                          The Esposito Building
                          Mineola, New York 11501
                          (516) 741-7676
                          Our File No. 07-203

TO:   COCHRAN, NEUFELD & SCHECK, LLP
      Attorneys for Plaintiff
      99 Hudson Street
      New York, New York 10013