AFFIDAVIT OF SERVICE UPON A CORPORATION
INDEX # 07CIV8150

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

COCHRAN NEUFELD & SCHE
99 Hudson St
NEW YORK
NY 10013

Jeffrey Deskovic

- against -

City Of Peekskill Et Al

(212) 965-9081

Atty File # 2340        Record # 104290        File # 33

STATE OF NEW YORK: COUNTY OF NASSAU: ss

William E Wittenhagen Li#951045 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 10/11/07 at 9:15am   at 40 Gleneida Ave Room 100 Carmel Ny 10512
deponent served the within Summons & Complaint In A Civil Action
by personally delivering to and leaving with Lorrie Pelliccio
for Putnam County C/O The County Clerk Putnam County Office Building
a true copy thereof, and that deponent knew the person so served
to be the Secretary and stated (s)he was authorized to
accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 45 Years   Approx Weight: 165 Lbs.   Approx Height: 5'4'
Sex: Female   Color of Skin: White   Color of Hair: Brown
Other:

The following does not apply to this affidavit of service:

**confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.**

Sworn to before me this 10/12/07
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires...

William E Wittenhagen Li#951045

Supreme Judicial Services, Inc.
371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-0812