AFFIDAVIT OF SUITABLE SERVICE

INDEX # 07CIV8150  N

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Jeffrey Deskovic

- against -

City Of Peekskill Et Al

COCHRAN NEUFELD & SCHE
99 Hudson St
NEW YORK
NY 10013

(212) 965-9081

Atty File # 2340          Record # 104297          File # 38

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Howard Kwastel Lic #0940927 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 10/12/07 at 10:11am at 151 Broadway Hawthorne Ny 10532 deponent served the within Summons & Complaint In A Civil Action on Daniel Stephens C/O Jim Randazzo Santangelo Randazzo & Mangone recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with Jill Allen Co-Worker a person of suitable age and discretion at 151 Broadway Hawthorne Ny 10532 said premises being the recipient's usual place of business within the State of New York.

Deponent completed service by depositing a copy of the Summons & Complaint In A Civil Action on 10/15/07 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 151 Broadway Hawthorne Ny 10532

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 36 Years   Approx Weight: 130 Lbs.   Approx Height: 5'8'
Sex: Female   Color of Skin: White   Color of Hair: Brown
Other: Glasses

Deponent spoke to Jill Allen - Co-Worker same as above,

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply and the defendant always wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 10/15/07
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

Howard Kwastel Lic #0940927

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812