AFFIDAVIT OF SERVICE UPON A CORPORATION        N
INDEX # 07CIV8150

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

COCHRAN NEUFELD & SCHE
99 Hudson St
NEW YORK
NY 10013

Jeffrey Deskovic

- against -

City Of Peekskill Et Al

(212) 965-9081

Atty File # 2340        Record # 104286        File # 30

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Howard Kwastel Lic #0940927 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 10/12/07 at 10:36am at 840 Main Street Peekskill Ny 10566 deponent served the within Summons & Complaint In A Civil Action by personally delivering to and leaving with Gloria Zonghetti for City Of Peekskill C/O William Florence Esq Department Of Law City Hall a true copy thereof, and that deponent knew the person so served to be the Corp. Counsel/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 45 Years    Approx Weight: 170 Lbs.    Approx Height: 5'8'
Sex: Female    Color of Skin: White    Color of Hair: Black
Other: Glasses

Sworn to before me this 10/15/07
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

Howard Kwastel Lic #0940927

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812