AFFIDAVIT OF SUITABLE SERVICE

INDEX # 07CIV8150   N

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Jeffrey Deskovic

- against -

City Of Peekskill Et Al

COCHRAN NEUFELD & SCHE
99 Hudson St
NEW YORK
NY 10013

(212) 965-9081

Atty File # 2340          Record # 104300          File # 41

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Howard Kwastel Lic #0940927 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 10/12/07 at 12:20pm at 120 Bloomingdale Road White Plains Ny 10605
deponent served the within Summons & Complaint In A Civil Action on
Millard Hyland C/O Stuart Kahan Oxman Tulis Kirkpatrick Whyatt & Geiger Llp
recipient therein named.

After your deponent was unable with due diligence to serve the
recipient in person, service was made by delivering a true copy
thereof to and leaving with Stuart Kahan Co-Worker
a person of suitable age and discretion at 120 Bloomingdale Road
White Plains Ny 10605 said premises being the recipient's
usual place of business within the State of New York.

Deponent completed service by depositing a copy of the
Summons & Complaint In A Civil Action on 10/15/07 in a postpaid,
properly addressed envelope by first class mail, bearing the legend
Personal & Confidential and not indicating legal action, in an offical
depository under the exclusive care and custody of the United States
Post Office in the State of New York.
Mailing was made to 120 Bloomingdale Road White Plains Ny 10605

Attempts:
A description of the person served on behalf of the defendant is
as follows:
Approx Age: 64 Years  Approx Weight: 205 Lbs.  Approx Height: 5'10'
Sex: Male      Color of Skin: White      Color of Hair: Gray
Other: Glasses And Balding

Deponent spoke to Stuart Kahan - Co-Worker same as above,

confirmed the above address of defendant and asked whether defendant was in
active military service of the United States or the State of New York in any
capacity whatever or is a dependent of anyone in the military and received a
negative reply and the defendant always wore ordinary civilian clothes
and no military uniform. The source of my information and the grounds of my
belief are the conversations and observations above narrated. Upon information
and belief I aver that defendant is not in the military service of New York
State or of the United States as that term is defined in either the State
or in Federal statutes.

Sworn to before me this 10/15/07
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

_____
Howard Kwastel Lic #0940927

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812