AFFIDAVIT OF SERVICE UPON A CORPORATION    N
INDEX # 07CIV8150

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

COCHRAN NEUFELD & SCHE
99 Hudson St
NEW YORK
NY 10013

Jeffrey Deskovic

- against -

City Of Peekskill Et Al

(212) 965-9081

Atty File # 2340        Record # 104298    File # 39

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Howard  Kwastel  Lic #0940927 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 10/12/07 at 12:00pm at 148 Martine Ave 6th Fl White Plains Ny 10601 deponent served the within Summons & Complaint In A Civil Action by personally delivering to and leaving with Donna Dixon for Westchester County C/O The County Clerk Off Of The Westchester County Clerk a true copy thereof, and that deponent knew the person so served to be the Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 38 Years   Approx Weight: 200 Lbs.   Approx Height: 5'8'
Sex: Female   Color of Skin: Black   Color of Hair: Black
Other:

Sworn to before me this 10/15/07
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

Howard  Kwastel  Lic #0940927

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812