```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 5 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Jeffrey Deskovic,

        Plaintiff,　　　　　　　　　　07 Civ. 8150 (PAC)

- against -　　　　　　　　　　　　　　　ORDER

City of Peekskill, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

The claims in the above-captioned case arose out of Peekskill, New York in Westchester County. The plaintiff resides in Tarrytown, New York also located in Westchester County, New York. Accordingly, the Clerk of Court is directed to reassign the above-captioned case to the United States District Court in White Plains, New York, pursuant to Rule 21(a) (i) of the Rules for the Division of Business Among District Judges in the Southern District of New York.

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

Dated:　　New York, New York
　　　　　October 25, 2007

**Rule 21. Designation of White Plains Cases**

(a) Civil.

At the time of filing, the plaintiffs attorney shall designate on the civil cover sheet whether the case should be assigned to White Plains or Foley Square.

A civil case shall be designated for assignment to White Plains if:

(i) The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

(ii) The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case may also be designated for assignment to White Plains if:

(iii) The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

(iv) At least half of the parties reside in the Northern Counties.

All civil cases other than those specified in the foregoing paragraphs (i), (ii), (iii), and (iv) shall be designated for assignment to Foley Square.

(b) Criminal.

The U.S. attorney designates on the criminal cover sheet that the case is to be assigned to White Plains if the crime was allegedly committed in whole or predominant part in the Northern counties.

Defendants in any [criminal] case designated for White Plains may be arraigned at the White Plains Courthouse before a district judge if one is present and available, at any hour on any business