# OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP

120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 10605
(914) 422-3900

TELECOPIER NUMBER (914) 422-3636
www.oxmanlaw.com

THOMAS M. GEIGER
STUART E. KAHAN*
JOHN B. KIRKPATRICK
MARC S. OXMAN
LOIS N. ROSEN
GREGORY J. SPAUN*
MARK S. TULIS
THOMAS WHYATT

*ALSO ADMITTED - NEW JERSEY
*ALSO ADMITTED - CONNECTICUT

OF COUNSEL:
KENNETH O. RAY, P.C.
BRIAN J. STONE

LEGAL ASSISTANTS
PAMELA G. PUCCI
JO-ANN R. SCHLESINGER
BARBARA BRAUN
LAURA CURLEY

October 24, 2007

VIA FACSIMILE: 212-805-6304

Hon. Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 5 2007

October 25, 2007
Application **GRANTED**
SO Ordered

/s/ Paul Crotty
USDJ.

Re: Jeffrey Deskovic v. City of Peekskill, et al.
Case No. 07 Civ. 8150 (PAC)
**Request for extension of time to answer or move.**

Dear Judge Crotty:

This office is of counsel to Westchester County Attorney Charlene Indelicato and represents defendants Westchester County, Louis Roh and Millard Hyland.

Pursuant to this court's individual practice rules, Rule 1-e, we are requesting an extension of time to answer or move with regard to plaintiff's complaint until December 4, 2007. This application is also being made on behalf of counsel representing defendants Putnam County, Daniel Stephens, City of Peekskill, David Levine, Thomas McIntyre and Walter Brovarski. I have communicated with counsel representing those defendants as well as with plaintiff's counsel regarding this request for an extension of time. Responsive pleadings are currently due to be served on or about November 2, 2007. There have been no prior requests for any extension of time by these defendants. Plaintiff's counsel has consented to the applicants' request with the proviso that discovery will proceed during the pendency of any motions to dismiss, should the defendants move for dismissal.

**MEMO ENDORSED**

**OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP**

October 24, 2007
Page 2

  I thank the court for its attention to this matter.

        Very truly yours,
        OXMAN TULIS KIRKPATRICK
        WHYATT & GEIGER LLP

        Stuart E. Kahan

cc:
VIA FACSIMILE: 212-965-9084
Nick J. Brustin, Esq.
Cochran Neufeld & Scheck, LLP
99 Hudson Street
New York, New York 10013
*Attys. for plaintiff*

VIA FACSIMILE: 516-741-9060
Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501
*Attys. for defendants City of Peekskill,
David Levine, Thomas McIntyre and Walter Brovarski*

VIA FACSIMILE: 914-741-2920
James A. Randazzo, Esq.
Santangelo, Randazzo & Mangone, LLP
151 Broadway
Hawthorne, New York 10532
*Attys. for defendants Putnam County and Dan Stephens*