U S District Court of The State of New York                    Index #: 1:07CV08150
County of Southern

Plaintiff       Jeffrey Deskovic
                vs
Defendant       City Of Peekskill Et Al

State of **New York** : County of **Broome** :ss:

**John Madan**, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of **New York**

That on **11/6/07** at **11:00 AM** at **1807 Davis St, Elmira, NY 14901** deponent served the within Summons & Complaint In A Civil Action on Alan Tweed defendant therein named.

**INDIVIDUAL A** ☐ By Personally delivering to and leaving with said _____ and that he knew the person to be the person mentioned and described in said _____

**CORPORATION B** ☐ By delivering to and leaving with _____ at _____ and that he knew the person served to be the _____ of the corporation.

**Suitable age Person C** ☒ Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with **Lt. Lance Rohr** a person of suitable age and discretion at **1807 Davis St, Elmira, NY 14901** the said premises being the defendants - respondents (dwelling place)(usual place of abode)(place of business) within the State of **New York**

**Affixing to Door, etc. D** ☐ By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of _____

**Mailing use with C or D E** ☒ Deponent completed service under the last two sections by depositing a copy of the **Summons & Complaint** in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of **New York** on **11/7/07** in an envelope bearing the legend personal and confidential.

**Use with D F** ☐ Previous Attempts. Deponent had previously attempted to serve the above named defendant/respondent.

**VOID w/o Description Use with A,B & C**
A Description of the defendant or other person served on behalf of the defendant is as follows:
Approx Age **58**   Approx Weight **150**   Approx Height **5'7"**   Sex **M**
Color of Skin **W**   Color of Hair **Gy**   Other _____

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary --> Sworn to before me this **Nov. 8, 2007**

Carol S Madan                                    Process Server
                                                 John Madan

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812

CAROL S. MADAN
Notary Public - State of New York
No. 4947766
Residing in Broome County
My Commission Expires Feb. 27, 20**11**