UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JEFFREY DESKOVIC,

                Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, and ALAN TWEED,

                Defendants.
----------------------------------------------------------------x

**REPLY TO CROSS-CLAIMS**

Docket No.
07 Civ. 8150 (KMK)

Defendants CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKY, and EUGENE TUMOLO, by their attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, as and for their reply to the cross-claim of defendants COUNTY OF WESTCHESTER, LOUIS ROH and MILLARD HYLAND, set forth as follows:

1.    Deny.

Dated: Mineola, New York
       December 7, 2007

                           MIRANDA SOKOLOFF SAMBURSKY
                           SLONE VERVENIOTIS, LLP
                           Attorneys for Defendants

                           By: _____
                              BRIAN S. SOKOLOFF (bss-7147)
                           240 Mineola Boulevard
                           The Esposito Building
                           Mineola, New York 11501
                           (516) 741-7676
                           Our File No. 07-203

TO: COCHRAN, NEUFELD & SCHECK, LLP
Attorneys for Plaintiff
99 Hudson Street
New York, New York 10013

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, New York 10605

SANTANGELO, RANDAZZO & MANGONE
Attorneys for Putnam County Defendants
151 Broadway
Hawthorne, New York 10532

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) s.s.:
COUNTY OF NASSAU )

MERLISA ANDREWS, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

That on December 7, 2007, deponent served the within **REPLY TO CROSS-CLAIMS** upon:

COCHRAN, NEUFELD & SCHECK, LLP
Attorneys for Plaintiff
99 Hudson Street
New York, NY 10013

OXMAN TULES KIRKPATRICK WHYATT & GRIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, NY 10605

SANTANGELO, RANDAZZO & MANGONE
Attorneys for Putnam County Defendants
151 Broadway
Hawthrone, NY 10532

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

*Merlisa Andrews*
MERLISA ANDREWS

Sworn to before me this 7th day
Of December, 2007.

NOTARY PUBLIC

BRIAN S. SOKOLOFF
Notary Public, State of New York
No. 02SO4914710
Qualified in Queens County
Commission Expires November 23, 2009