## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

      PAULA L. CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

      On Monday, December 10, 2007 I served the within **ANSWER TO CROSS-CLAIMS** upon:

Cochran Neufeld & Scheck, LLP
99 Hudson Street - 8th Floor
New York, New York 10013

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Santangelo Randazzo & Mangone, LLP
151 Broadway
Hawthorne, New York 10532

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                            _____
                                              Paula Chablal

Sworn to before me this
10TH day of December, 2007

_____
Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/2011