## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                         ) ss.:

COUNTY OF WESTCHESTER   )

      PAULA L. CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

      On Monday, December 10, 2007 I served the within **ANSWER TO CROSS-CLAIMS** upon:

Cochran Neufeld & Scheck, LLP
99 Hudson Street - 8th Floor
New York, New York 10013

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Santangelo Randazzo & Mangone, LLP
151 Broadway
Hawthorne, New York 10532

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                        Paula Chablal

Sworn to before me this
10TH day of December, 2007

Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/20 11