UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEFFREY DESKOVIC,

                              Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BORVARSKI,
EUGENE TUMOLO, JOHN and JANE DOE,
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, and ALLEN TWEED,

                              Defendants.
------------------------------------------------------------x

**ANSWER TO CROSS-CLAIMS**

07 Civ. 8150 (KMK)(GAY)

      Defendants, Westchester County, Louis Roh and Millard Hyland, by their attorneys, Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP, of counsel to Westchester County Attorney Charlene Indelicato, as and for their answer to the cross-claims of defendants City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski, and Eugene Tumolo, state as follows:

## NATURE OF THE ACTION

1.     Defendants deny the allegations contained in paragraph "293".

2.     Defendants deny the allegations contained in paragraph "294".

      **WHEREFORE**, it is respectfully requested that the cross-claims asserted by defendants City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski, and Eugene Tumolo asserted against defendants Westchester County, Louis Roh and Millard

Dated: White Plains, New York
December 10, 2007

_____
Stuart E. Kahan          (SK-7767)
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900 - office
(914) 422-3636 - facsimile
skahan@oxmanlaw.com

*Of Counsel to Westchester County Attorney Charlene Indelicato   Attorneys for defendants Westchester County, Louis Roh and Millard Hyland*

TO: Cochran Neufeld & Scheck, LLP
99 Hudson Street - 8th Floor
New York, New York 10013

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Santangelo Randazzo & Mangone, LLP
151 Broadway
Hawthorne, New York 10532