UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY DESKOVIC,

                Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, and ALAN TWEED,

                Defendants.
------------------------------------------------------------x

**REPLY TO CROSS-CLAIMS**

Docket No.
07 Civ. 8150 (KMK)

    Defendants CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKY, and EUGENE TUMOLO, by their attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, as and for their reply to the cross-claim of defendantsPUTNAM COUNTY and DANIEL STEPHENS, set forth as follows:

    1.    Deny.

Dated: Mineola, New York
       December 7, 2007

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS, LLP
Attorneys for Defendants

By: _____
    BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 07-203

TO: COCHRAN, NEUFELD & SCHECK, LLP
Attorneys for Plaintiff
99 Hudson Street
New York, New York 10013

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, New York 10605

SANTANGELO, RANDAZZO & MANGONE
Attorneys for Putnam County Defendants
151 Broadway
Hawthorne, New York 10532

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF NASSAU     )

**MERLISA ANDREWS,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

That on December 11, 2007, deponent served the within **REPLY TO CROSS-CLAIMS** upon:

COCHRAN, NEUFELD & SCHECK, LLP
Attorneys for Plaintiff
99 Hudson Street
New York, NY 10013

OXMAN TULES KIRKPATRICK WHYATT & GRIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, NY 10605

SANTANGELO, RANDAZZO & MANGONE
Attorneys for Putnam County Defendants
151 Broadway
Hawthrone, NY 10532

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

*Merlisa Andrews*
MERLISA ANDREWS

Sworn to before me this 11th day
Of December, 2007.

*Gabriella Campiglia*
NOTARY PUBLIC

GABRIELLA CAMPIGLIA
Notary Public, State of New York
No. 02CA6144909
Qualified in Nassau County
Commission Expires May 01, 2010