UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY DESKOVIC,                          **ANSWER TO**
                                                                   **CROSS CLAIMS**

                                                                   07 Civ. 8150 (KMK)

                      Plaintiff,

    -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND and ALAN TWEED,

                    Defendants.
-----------------------------------------------------------------X

       Defendants Putnam County and Daniel Stephens, by their attorneys,

SANTANGELO RANDAZZO & MANGONE LLP, for their answer to the cross claims of

Westchester County, Louis Roh and Millard Hyland in the above entitled case say:

       1.     Defendants deny the allegations contained in paragraphs "283" and "284"

of the cross claim.

Dated: Hawthorne, New York
          December 12, 2007

                                                  Respectfully submitted,

                                                  SANTANGELO RANDAZZO & MANGONE LLP
                                                  By: _____
                                                        James A. Randazzo (0156)
                                               Attorneys for Defendants- Putnam County and
                                               Daniel Stephens
                                               151 Broadway
                                               Hawthorne, New York 10532

(914) 741-2929

TO:  COCHRAN, NEUFELD & SCHECK LLP
Attorneys for Plaintiff- Jeffrey Deskovic
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081


OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorney for Defendants- Westchester County, Louis Roh and Millard Hyland
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

## CERTIFICATE OF SERVICE

I, JAMES A. RANDAZZO, hereby certify that on December 13, 2007, I served the within ANSWER TO CROSS CLAIMS upon all parties, by Electronic Case Filing, the address as provided to defendant by notification from this Court:

TO:   COCHRAN, NEUFELD & SCHECK LLP
Attorneys for Plaintiff- Jeffrey Deskovic
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081


OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorney for Defendants- Westchester County, Louis Roh and Millard Hyland
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

_____
James A. Randazzo (JR-0156)