UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY DESKOVIC,                    **ANSWER TO**
                                                        **CROSS CLAIMS**

                                               07 Civ. 8150 (KMK)

                        Plaintiff,

        -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND and ALAN TWEED,

                       Defendants.
------------------------------------------------------------------X

         Defendants Putnam County and Daniel Stephens, by their attorneys, SANTANGELO RANDAZZO & MANGONE LLP, for their answer to the cross claims of the City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski and Eugene Tumolo in the above entitled case say:

         1.      Defendants deny the allegations contained in paragraphs "293" and "294" of the cross claim.

Dated: Hawthorne, New York
        December 21, 2007

                                             Respectfully submitted,

                                             SANTANGELO RANDAZZO & MANGONE LLP

                                             By: _____
                                                   James A. Randazzo (0156)
                                        Attorneys for Defendants Putnam County and
                                        Daniel Stephens

                        151 Broadway
                        Hawthorne, New York 10532
                        (914) 741-2929

TO:    COCHRAN, NEUFELD & SCHECK LLP
        Attorneys for Plaintiff- Jeffrey Deskovic
        99 Hudson Street, 8th Floor
        New York, New York 10013
        (212) 965-9081


        OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
        Attorney for Defendants- Westchester County, Louis Roh and Millard Hyland
        120 Bloomingdale Road
        White Plains, New York 10605
        (914) 422-3900

        MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
        Attorney for Defendants-City of Peekskill, David Levine,
        Thomas McIntyre and Walter Brovarski
        240 Mineola Boulevard
        The Esposito Building
        Mineola, New York 11501
        (516) 741-7676

## CERTIFICATE OF SERVICE

I, JAMES A. RANDAZZO, hereby certify that on December 13, 2007, I served the within ANSWER TO CROSS CLAIMS upon all parties, by Electronic Case Filing, the address as provided to defendant by notification from this Court:

TO:   COCHRAN, NEUFELD & SCHECK LLP
Attorneys for Plaintiff- Jeffrey Deskovic
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081


OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorney for Defendants- Westchester County, Louis Roh and Millard Hyland
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

_____
James A. Randazzo (JR-0156)