

DEC 1 2007

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

**MEMO ENDORSED**

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

December 17, 2007

By Hand

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street. Room 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   Deskovic v. City of Peekskill
      07 Civ. 8150 (KMK)

Dear Judge Karas:

This office represents defendant Officer Tweed in the above-referenced matter, and we submit this letter to request an extension until January 14, 2008 for Officer Tweed to respond to the complaint. Plaintiff has consented to this request. This request is made in order to communicate with Officer Tweed and determine the appropriate response to the complaint, and takes into account the upcoming holiday season. This is the first request for an extension on behalf of Officer Tweed. Accordingly, for the foregoing reasons, we respectfully request an extension until January 14, 2008 for Officer Tweed to respond to the complaint.[1]

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
12/19/07

Respectfully submitted,

John E. Knudsen
Assistant Attorney General
(212) 416-8625

---

[1] Please note that the docket incorrectly reflects that a response by Officer Tweed was due on November 26, 2007. Rather, the correct date is on or about December 21, 2007, since CPLR 308(2) states that service is complete 10 days after the filing of an affidavit of service, which here occurred on November 21, 2007, and thus service was complete on or about December 1, 2007.

cc:     Jennifer E. Laurin, Esq. (all via facsimile)
       Cochran Neufeld & Scheck, LLP

       Brian S. Sokoloff, Esq.
       Miranda Sokoloff Sambursky Slone Verveniotis LLP

       James A. Randazzo, Esq.
       Santangelo Randazzo & Mangone LLP

       Stuart Evan Kahan, Esq.
       Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP