UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JEFFREY DESKOVIC,

                    Plaintiff,                  **Notice of Appearance**

    - against -                               07 Civ. 8150 (KMK)

THE CITY OF PEEKSKILL, Et Al.,

                    Defendants.
------------------------------------------------------------------x

    PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of defendant Alan Tweed.

Dated:  New York, New York
          January 22, 2008

                                      ANDREW M. CUOMO
                                      Attorney General of the
                                       State of New York
                                      Attorney for Defendant Tweed
                                      By:

                                      _____
                                      JOHN E. KNUDSEN (JK-2940)
                                      (212) 416-8625
                                      John.Knudsen@oag.state.ny.us
                                      Assistant Attorney General
                                      120 Broadway
                                      New York, New York 10271