## **DECLARATION OF SERVICE**

JOHN E. KNUDSEN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on January 22, 2008, I caused one copy of the Notice of Appearance to be served on:

Jennifer E. Laurin, Esq.
Cochran Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013

Brian S. Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis LLP
The Esposito Building
240 Mineola Boulevard
Mineola, NY 11501

James A. Randazzo, Esq.
Santangelo Randazzo & Mangone LLP
151 Broadway
Hawthorne, NY 10532

Stuart Evan Kahan, Esq.
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605

William Florence, Esq.
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, NY 10566

by depositing these documents in a sealed, properly addressed envelope, with postage prepaid, in an official depository of the United States Postal Service within the State of New York.

_____
JOHN E. KNUDSEN
Assistant Attorney General

Executed on January 22, 2008