## COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

# MEMO ENDORSED

January 17, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**By UPS Overnight**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601

Re:    **Deskovic v. City of Peekskill, et al., No. 07 Civ. 8150 (KMK)**

Dear Judge Karas,

Counsel for plaintiff Jeffery Deskovic writes in response to the Court's January 16 order setting a pre-motion conference in this action for February 15, 2008. We respectfully request an adjournment of the conference date due to the fact that both of plaintiff's co-lead counsel are scheduled to be out of the country on February 15: Mr. Scheck is scheduled to be abroad from February 10 through February 26, and I will be abroad from February 9 through February 15. This is plaintiff's first request for adjournment of this matter.

After speaking with Your Honor's chambers yesterday regarding this scheduling conflict, we contacted all opposing counsel regarding their schedules on dates after February 27, in order to suggest mutually convenient alternate dates for the pre-motion conference. After hearing back from all opposing counsel as of this morning, it appears that all counsel are available for the pre-motion conference: March 6, March 7, March 10, or March 11. Of course, we will do our utmost to accommodate any other date which is convenient for the Court.

Thank you for your consideration of this request.

*The pre-motion conference will be on March 6, 2008, at 10:00 am.*

Sincerely,

Nick Brustin

SO ORDERED

KENNETH M. KARAS U S D.J.
1/22/08

cc:     (All Via Facsimile)
        John E. Knudsen
        Office of the Attorney General

        Brian S. Sokoloff
        Miranda Sokoloff Sambursky Slone Verveniotis LLP

        James A. Randazzo
        Santangelo Randazzo & Mangone LLP

        Stuart Evan Kahan
        Oxman Tulis Kirkpatrick Whyatt & Geiger, lLP

        William Florence
        City of Peekskill Department of Law