**COCHRAN NEUFELD & SCHECK, LLP**
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

January 24, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**By UPS Overnight**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601

Re:   <u>Deskovic v. City of Peekskill, et al.</u>, No. 07 Civ. 8150 (KMK)

Dear Judge Karas,

  I am one of the attorneys representing plaintiff in the above-captioned action, and I write concerning the upcoming March 6, 2008 pre-motion conference to respectfully request that, to the extent the Court deems it appropriate to hold an initial case management conference at this time, such a conference be scheduled for the same March 6 date.

  On January 18, 2008 all parties in the case participated in a telephonic conference pursuant to Rule 26(f). During that conference, plaintiff's counsel suggested that, in the interest of economy, a request be made to the Court to schedule the initial Rule 16 conference in this action for the same date as the pre-motion conference. All defense counsel stated that they had no opposition to such a request. Since that time, the Court has set the pre-motion conference date as March 6, 2008. Therefore, plaintiff respectfully requests that, in addition to conducting a pre-motion conference on that date, the initial case management conference be conducted as well.

  Thank you for your consideration of this request.

Sincerely,

Jennifer E. Laurin

*Granted.*
*[signature]*
*1/25/08*

cc: (All Via Facsimile)
John E. Knudsen
Office of the Attorney General

Brian S. Sokoloff
Miranda Sokoloff Sambursky Slone Verveniotis LLP

James A. Randazzo
Santangelo Randazzo & Mangone LLP

Stuart Evan Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, lLP

William Florence
City of Peekskill Department of Law