UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY DESKOVIC,

    Plaintiff,

           v.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, and ALAN TWEED

    Defendants.
-----------------------------------------------------------------x
LINDA MCGARR,

    Plaintiff,

           v.

CITY OF PEEKSKILL, WESTCHESTER
COUNTY, DAVID LEVINE, THOMAS
MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND
JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, and
MILLARD HYLAND

    Defendants.
-----------------------------------------------------------------x

No. 07 Civ. 8150 (KMK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

No. 07 Civ. 9488 (KMK)

**STIPULATION AND ORDER REGARDING CONSOLIDATION**

WHEREAS, Plaintiff Jeffrey Deskovic commenced Civil Action No. 07 Civ. 8150 (the "Deskovic Action") on September 18, 2007; and

WHEREAS, Plaintiff Linda McGarr commenced Civil Action No. 07 Civ. 9488 (the "McGarr Action") on October 24, 2007; and

WHEREAS, Plaintiff McGarr designated the McGarr Action as related to the Deskovic Action pursuant to Rules 1.6(a), 15(a), and 15(c) of the Rules of this Court; and

WHEREAS, the Court accepted the McGarr Action as related to the Deskovic Action on or about November 20, 2007; and

WHEREAS, the legal issues, factual issues, defendants, witnesses, and evidence in the Deskovic Action and the McGarr Action overlap substantially; and

WHEREAS, the parties in the McGarr Action and the parties in Deskovic Action, with the exception of Defendant Tweed, agree that both actions will proceed most efficiently if the McGarr Action and the Deskovic Action are consolidated for purposes of discovery; and

WHEREAS, the parties in the McGarr Action and the parties in the Deskovic Action, with the exception of Defendant Tweed, consent to consolidation of the McGarr Action and the Deskovic Action for purposes of discovery; and

WHEREAS, this Stipulation may be executed in duplicate, each of which shall be deemed an original, and facsimile signatures shall have the same force and effect as original signatures; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the parties' undersigned counsel, that the Deskovic Action and the McGarr Action shall be and hereby are consolidated for purposes of discovery.

Dated: February 13, 2008
White Plains, New York

By: _____
Eric Hecker
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
*Attorneys for Linda McGarr*

By: _____
Nick Brustin
Cochran, Neufeld & Scheck LLP
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081
*Attorneys for Jeffrey Deskovic*

By: _____ (855-7147)
Brian Sokoloff
Miranda Sokoloff
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676
*Attorneys for the Peekskill Defendants*

By: _____
Stuart Kahan
Oxman Tulis Kirkpatrick et al.
120 Bloomingdale Rd
White Plains, NY 10605
(914) 422-3900
*Attorneys for the Westchester Defendants*

By: _____
Jim Randazzo
Santangelo Randazzo & Mangone
151 Broadway
Hawthorne, NY 10532
(914) 741-2929
*Attorneys for the Putnam Defendants*

SO ORDERED.

_____
Hon. Kenneth M. Karas
U.S.D.J.
2/19/08

-3-