**COCHRAN NEUFELD & SCHECK, LLP**
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Johnnie L. Cochran, Jr.
(1937-2005)

# MEMO ENDORSED

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

May 9, 2008

**By Facsimile**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601
Fax: (914) 390-4152

Re:   **Deskovic v. City of Peekskill, et al.**, No. 07 Civ. 8150 (KMK)

Dear Judge Karas,

Counsel for plaintiff Jeffrey Deskovic writes to respectfully request a brief extension of the deadline set by the court for plaintiff's filing of an amended complaint or a motion to amend the complaint, from May 12, 2008 to May 16, 2008.[1] This is plaintiff's first request for adjournment of this matter.

This request is prompted by my telephone conversation of this morning with Mr. Kahan, counsel for defendants Westchester County, Louis Roh, and Millard Hyland. Earlier this week plaintiff's counsel had spoken about the proposed complaint with Mr. Kahan, whose clients are most directly implicated by the proposed amendments to the complaint, and had provided him with a copy to share with his clients and the proposed additional individual defendant. After contacting Mr. Kahan this morning to inquire about the status of his clients' position on the proposed amended complaint, he informed me that due to a family medical emergency his time in the office this week had been very limited, and that he might be unable to provide me with his clients' position on the proposed amendments by the Monday filing deadline. In light of these circumstances, Mr. Kahan stated that he had no objection to a request to Your Honor that the deadline for filing either the amended complaint or a motion to amend be extended to Friday, May 16.

---

[1] Following a telephone call placed to Chambers I received permission from Dawn to fax the instant request.

Following my conversation with Mr. Kahan I contacted counsel for the other defendants by email and telephone. Mr. Randazzo, counsel for Putnam County and Mr. Stephens, and Mr. Knudsen, counsel for Mr. Tweed, and Mr. Florence, one of the attorneys for the City of Peekskill and individual Peekskill defendants, have all stated that they have no objection to this request.

Thank you for your consideration of this request.

Sincerely,

Jennifer E. Laurin

cc: (All Via Facsimile)

Stuart Evan Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP

John E. Knudsen
Office of the Attorney General

William Florence
City of Peekskill Department of Law

Brian S. Sokoloff
Miranda Sokoloff Sambursky Slone Verveniotis LLP

James A. Mitchell
Stillman Friedman & Schechtman

James A. Randazzo
Santangelo Randazzo & Mangone LLP

Lori Anne Fee
Wellinghorst & Fronzuto

*Handwritten annotation:* Granted. Plaintiff is given until May 16, 2008 to file, or seek leave to file, an amended complaint. So Ordered. 5/12/08