**COCHRAN NEUFELD & SCHECK, LLP**
99 Hudson Street
New York, New York 10013
———
Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall
———
Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

# MEMO ENDORSED

May 20, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: ___
```

**By Facsimile**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601
Fax: (914) 390-4152

Re:   <u>Deskovic v. City of Peekskill, et al.</u>, No. 07 Civ. 8150 (KMK)

Dear Judge Karas,

    I am one of the attorneys representing plaintiff Jeffrey Deskovic, and I write in response to the May 16, 2008 letter of Assistant Attorney General John Knudsen, which our office received by facsimile yesterday.[1]

    Mr. Knudsen's letter renews a prior request by defendant Alan Tweed for leave to file a motion to dismiss the complaint on venue and joinder grounds. Plaintiff respectfully submits that this request is premature in light of the fact that a motion for leave to file an amended complaint was just submitted on Friday, May 16, and is still pending before Your Honor. Particularly given that certain proposed amended allegations pertain to the venue and joinder arguments initially raised by counsel for Mr. Tweed, it would not serve interests of efficiency to permit the filing of a motion to dismiss prior to a decision on the pending motion for leave to amend.

    To the extent, however, that the Court does conclude that Mr. Tweed's renewed request should be considered at this time, plaintiff respectfully submits that for the reasons set forth in Nick Brustin's letter of January 14, a motion to dismiss on venue or joinder grounds would be without basis and therefore leave to file such a motion should be denied.

---

[1] Leave to fax the instant response was granted by Eric in Your Honor's chambers upon my telephone request on today's date.

Sincerely,

*Jennifer Laurin*

Jennifer E. Laurin
One of the attorneys for Jeffrey Deskovic

cc: (All Via Facsimile)
John E. Knudsen
Richard Brewster
Office of the Attorney General

Brian S. Sokoloff
Miranda Sokoloff Sambursky Slone Verveniotis LLP

James A. Randazzo
Santangelo Randazzo & Mangone LLP

Stuart Evan Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, lLP

William Florence
City of Peekskill Department of Law

James A. Mitchell
Stillman Friedman & Schechtman

Lori Anne Fee
Wellinghorst & Fronzuto

Eric Hecker
Emery Celli Brinckerhoff & Abady

The Court will take up Mr. Tweed's concerns and Plaintiff's desire to amend the Complaint at the June 2, 2008 conference.

SO ORDERED.
KENNETH M. KARAS U.S.D.J.
5/22/08