AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 1:07-cv-8150

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Eugene Tumolo

I certify that I am admitted to practice in this court.

| 5/30/2008 | |
|---|---|
| Date | Signature |

James A. Mitchell                                    JM4150
Print Name                                           Bar Number

Stillman, Friedman & Shechtman, P.C. 425 Park Avenue
Address

New York                NY                10022
City                    State             Zip Code

(212) 223-0200                (212) 223-1942
Phone Number                  Fax Number