# COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

May 29, 2008

**By Facsimile**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601
Fax: (914) 390-4152

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: <u>Deskovic v. City of Peekskill, et al.</u>, No. 07 Civ. 8150 (KMK)

Dear Judge Karas,

I write, at the suggestion of your scheduling clerk Dawn Bordes, with regard to the June 2, 2008 court conference in the above-captioned case.[1]

Your Honor's Individual Rules of Practice provide that "the attorney who will serve as principal trial counsel shall appear at all conferences with the Court." Mr. Deskovic's legal team is staffed with co-principal trial attorneys - Mr. Scheck and Mr. Brustin. Mr. Scheck has a long-standing commitment to attend a meeting in Washington, D.C. on June 2 - which, as the result of a scheduling oversight, conflicts with the court conference of the same date.

I write, therefore, to respectfully request leave to conduct the June 2 conference in the absence of Mr. Scheck and with the attendance of co-principal trial counsel, Mr. Brustin.

Thank you for your consideration of this request.

Sincerely,

Jennifer E. Laurin

Granted
/s/ KMK
5/30/08

---

[1] Ms. Bordes also granted permission to fax this letter.

cc: (All Via Facsimile)

Stuart Evan Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP

John E. Knudsen
Office of the Attorney General

William Florence
City of Peekskill Department of Law

Brian S. Sokoloff
Miranda Sokoloff Sambursky Slone Verveniotis LLP

James A. Mitchell
Stillman Friedman & Schechtman

James A. Randazzo
Santangelo Randazzo & Mangone LLP

Lori Anne Fee
Wellinghorst & Fronzuto