```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

                             Plaintiff,

    -v-

CITY OF PEEKSKILL et al,

                            Defendants.

ORDER

No. 07-CV-8150 (KMK)

KENNETH M. KARAS, District Judge:

    At the status conference held before the Court on June 2, 2008, the Court granted Plaintiff leave to submit an amended complaint. In addition, the Court adopted the following scheduling order with respect to Defendant Alan Tweed's motion to dismiss:

    Defendant Tweed shall serve his motion to dismiss upon Plaintiff by no later than July 11, 2008. Plaintiff shall serve opposition papers by no later than August 1, 2008. Defendant Tweed's reply papers shall be served upon Plaintiff by no later than August 15, 2008. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    The Parties are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    The movant shall electronically file his motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that his papers are being filed. Courtesy copies are to be served on the opposing parties by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

    Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon the opposing side.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

Dated:    June **3**, 2008
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Service List:

Barry C. Scheck, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013
(212) 965-9081
Fax: (212) 965-9084
*Counsel for Plaintiff*

Jennifer Elizabeth Laurin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013
(212) 965-9081
Fax: (212) 965-9084
Email: jen@cnscivilrights.com
*Counsel for Plaintiff*

Nick Joel Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013
(718) 638-5581
Fax: (212) 965-9084
Email: nick@cnscivilrights.com
*Counsel for Plaintiff*

Brian S. Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis LLP
The Esposistio Building
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676
Fax: (516) 741-9060
Email: bsokoloff@msssv.com
*Counsel for Defendant City of Peekskill*

James A. Randazzo, Esq.
Santangelo Randazzo & Mangone LLP
151 Broadway
Hawthorne, NY 10532
(914) 328-5590
Fax: (914) 328-5591
Email: ssr@ssrlegal.com
*Counsel for Defendant Putnam County*

Stuart Evan Kahan, Esq.
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605
(914) 422-3900
Fax: (914) 422-3636
Email: skahan@oxmanlaw.com
*Counsel for Defendant Westchester County*

James Alfred Mitchell, Esq.
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022
(212) 223-0200
Fax: (212) 223-1942
Email: jmitchell@stillmanfriedman.com
*Counsel for Defendant Eugene Tumulo*

John Eric Knudsen, Esq.
New York State Department of Law
The Capitol
Albany, NY 12224
(212) 416-8625
Fax: (212) 416-6075
Email: John.Knudsen@oag.state.ny.us
*Counsel for Alan Tweed*