UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEFFREY DESKOVIC, | ) | No.: CV-07-8150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, GEORGE BOLEN, and ALAN TWEED, | ) | |
| Defendants. | ) | |

      PLEASE TAKE NOTICE that Eric Hecker (EH 0989) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as attorney for Linda McGarr in the related case of 07 Civ. 9488 in the above entitled action and demand that all papers filed through the ECF system be served upon him by e-mail at the office and post office address stated below.

Dated: New York, New York
      June 16, 2008

By: _____
Eric Hecker (EH 0989)

EMERY CELLI BRINCKERHOFF
  & ABADY LLP

75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

*Attorneys for Linda McGarr in the
Related Case of 07 Civ. 9488*