UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Jeffrey Deskovic,

                             Plaintiff,                    07 CIVIL 8150 (KMK)

   -against-

City of Peekskill, et al

                             Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __James A. Randazzo__

☒    *Attorney*

      ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
              __JR0156__

      ☐    I am a Pro Hac Vice attorney

      ☐    I am a Government Agency attorney

☒    *Law Firm/Government Agency Association*

      From: __Santangelo Randazzo & Mangone LLP__

      To:    __Gelardi & Randazzo LLP__

      ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address:* __151 Broadway, Hawthorne, NY 10532__

☒    *Telephone Number:* __914-495-3050__

☒    *Fax Number:* __914-495-3051__

☒    *E-Mail Address:* __jrandazzo@gandrlaw.com__

Dated: __7-1-08__                                   /s/ *[signature]*