UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JEFFREY DESKOVIC,

        Plaintiff,

- against -

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN,
and ALAN TWEED,

        Defendants.
---------------------------------------X

Docket No. 07 Civ. 8150 (KMK)

**ANSWER TO CROSS-CLAIMS OF DEFENDANTS WESTCHESTER COUNTY, LOUIS ROH AND MILLARD HYLAND**

        Defendant EUGENE TUMOLO, by his attorneys, STILLMAN, FRIEDMAN & SHECHTMAN, P.C., as and for his answer to the cross claims of co-defendants WESTCHESTER COUNTY, LOUIS ROH and MILLARD HYLAND ("Cross Claimants"), states the following:

### FIRST CROSS CLAIM

        1. Deny the allegations contained in Cross Claimants' first cross claim (found in ¶ 288 of their answer to the first amended complaint).

### SECOND CROSS CLAIM

        2. Deny the allegations contained in Cross Claimants' second cross claim (found in ¶ 289 of their answer to the first amended complaint).

WHEREFORE, defendant EUGENE TUMOLO requests a judgment dismissing the cross-claims of co-defendants WESTCHESTER COUNTY, LOUIS ROH and MILLARD HYLAND in their entirety.

Dated: New York, New York
July 9, 2008

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: _____
James A. Mitchell [JM 4150]
425 Park Avenue
New York, NY 10022
212-223-0200

*Attorneys for Defendant Eugene Tumolo*