UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEFFREY DESKOVIC,                                                        **ANSWER TO CROSS CLAIMS OF DEFENDANT EUGENE TUMOLO**

                                                                                                     07 Civ. 8150 (KMK)

                                Plaintiff,

                      -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALAN TWEED,

                                Defendants.
-------------------------------------------------------------------X

         Defendants Putnam County and Daniel Stephens, by their attorneys, GELARDI & RANDAZZO LLP, for their answer to the cross claims of Eugene Tumolo in the above entitled case say:

         1.      Defendants deny the allegations contained in paragraphs "298" and "299" of the cross claim.

Dated: Hawthorne, New York
        July 10, 2008

                                      Respectfully submitted,

                                      GELARDI & RANDAZZO LLP

                                      By: _____
                                         James A. Randazzo (JR-0156)
                                      Attorneys for Defendants- Putnam County and
                                      Daniel Stephens
                                      151 Broadway
                                      Hawthorne, New York 10532

(914) 495-3050

TO:   STILLMAN FRIEDMAN & SHECHTMAN, P.C.
      James Mitchell, Esq.
      Attorneys for Defendant-Eugene Tumolo
      425 Park Avenue
      New York, New York 10022
      (212) 223-0200

      COCHRAN NEUFELD & SCHECK, LLP
      Attorney for Plaintiff-Jeffrey Deskovic
      99 Hudson Street
      New York, New York 10013
      (212) 965-9081

      EMERY CELLI BRINCKERHOFF & ABADY LLP
      Eric Hecker, Esq.
      Attorneys for Plaintiff- Linda McGarr
      75 Rockefeller Plaza, 20th Floor
      New York, New York 10019
      (212) 763-5000

      OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
      Stuart Kahan, Esq.
      Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
      120 Bloomingdale Road
      White Plains, New York 10605
      (914) 422-3900

      MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
      Brian Sokoloff, Esq.
      Attorney for Defendants-City of Peekskill, David Levine,
      Thomas McIntyre and Walter Brovarski
      240 Mineola Boulevard
      The Esposito Building
      Mineola, New York 11501
      (516) 741-7676

      WILLIAM FLORENCE, ESQ.
      Attorney for Defendant-
      City of Peekskill Department of Law
      City Hall
      840 Main Street
      Peekskill, New York 10566

      Office of the Attorney General

John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

## CERTIFICATE OF SERVICE

I, JAMES A. RANDAZZO, hereby certify that on July 11, 2008, I served the within ANSWER TO CROSS CLAIMS OF DEFENDANT EUGENE TUMOLO upon all parties, by Electronic Case Filing to the address as provided to defendant by notification from this Court:

TO:   STILLMAN FRIEDMAN & SHECHTMAN, P.C.
    James Mitchell, Esq.
    Attorneys for Defendant-Eugene Tumolo
    425 Park Avenue
    New York, New York 10022
    (212) 223-0200

    COCHRAN NEUFELD & SCHECK, LLP
    Attorney for Plaintiff-Jeffrey Deskovic
    99 Hudson Street
    New York, New York 10013
    (212) 965-9081

    EMERY CELLI BRINCKERHOFF & ABADY LLP
    Eric Hecker, Esq.
    Attorneys for Plaintiff- Linda McGarr
    75 Rockefeller Plaza, 20th Floor
    New York, New York 10019
    (212) 763-5000

    OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
    Stuart Kahan, Esq.
    Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
    120 Bloomingdale Road
    White Plains, New York 10605
    (914) 422-3900

    MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
    Brian Sokoloff, Esq.
    Attorney for Defendants-City of Peekskill, David Levine,
    Thomas McIntyre and Walter Brovarski
    240 Mineola Boulevard
    The Esposito Building
    Mineola, New York 11501
    (516) 741-7676

    WILLIAM FLORENCE, ESQ.
    Attorney for Defendant-
    City of Peekskill Department of Law
    City Hall

840 Main Street
Peekskill, New York 10566

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

_____
James A. Randazzo (JR-0156)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY DESKOVIC,　　　　　　　　　　　　　　　**ANSWER TO CROSS CLAIMS
　　　　　　　　　　　　　　　　　　　　　　　　OF DEFENDANTS CITY OF
　　　　　　　　　　　　　　　　　　　　　　　　PEEKSKILL, DAVID LEVINE,
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS MCINTYRE AND
　　　　　　　　　　　　　　　　　　　　　　　　WALTER BROVARSKI**

　　　　　　　　　　　　　　　　　　　　　　　　07 Civ. 8150 (KMK)

　　　　　　　Plaintiff,

　　　　-against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALAN TWEED,

　　　　　　　Defendants.
------------------------------------------------------------------X

　　　　Defendants Putnam County and Daniel Stephens, by their attorneys, GELARDI &

RANDAZZO LLP, for their answer to the cross claims of the City of Peekskill, David Levine,

Thomas McIntyre and Walter Brovarski in the above entitled case say:

　　　　1.　　Defendants deny the allegations contained in paragraphs "298" and "299"

of the cross claim.

Dated: Hawthorne, New York
　　　　July 9, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　GELARDI & RANDAZZO LLP

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　James A. Randazzo (JR 0156)

                        Attorneys for Defendants- Putnam County and
                        Daniel Stephens
                        151 Broadway
                        Hawthorne, New York 10532
                        (914) 495-3050

TO:   MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
       Brian Sokoloff, Esq.
       Attorney for Defendants-City of Peekskill, David Levine,
       Thomas McIntyre and Walter Brovarski
       240 Mineola Boulevard
       The Esposito Building
       Mineola, New York 11501
       (516) 741-7676

       COCHRAN NEUFELD & SCHECK, LLP
       Attorney for Plaintiff-Jeffrey Deskovic
       99 Hudson Street
       New York, New York 10013
       (212) 965-9081

       EMERY CELLI BRINCKERHOFF & ABADY LLP
       Eric Hecker, Esq.
       Attorneys for Plaintiff- Linda McGarr
       75 Rockefeller Plaza, 20th Floor
       New York, New York 10019
       (212) 763-5000

       OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
       Stuart Kahan, Esq.
       Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
       120 Bloomingdale Road
       White Plains, New York 10605
       (914) 422-3900

       WILLIAM FLORENCE, ESQ.
       Attorney for Defendant-
       City of Peekskill Department of Law
       City Hall
       840 Main Street
       Peekskill, New York 10566

       STILLMAN FRIEDMAN & SHECHTMAN, P.C.
       James Mitchell, Esq.

Attorneys for Defendant-Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

## CERTIFICATE OF SERVICE

       I, JAMES A. RANDAZZO, hereby certify that on July 11, 2008, I served the within ANSWER TO CROSS CLAIMS OF DEFENDANTS CITY OF PEEKSKILL, DAVID LEVINE, THOMAS MCINTYRE AND WALTER BROVARSKI upon all parties, by Electronic Case Filing to the address as provided to defendant by notification from this Court:

TO:    MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
        Brian Sokoloff, Esq.
        Attorney for Defendants-City of Peekskill, David Levine,
        Thomas McIntyre and Walter Brovarski
        240 Mineola Boulevard
        The Esposito Building
        Mineola, New York 11501
        (516) 741-7676

        COCHRAN NEUFELD & SCHECK, LLP
        Attorney for Plaintiff-Jeffrey Deskovic
        99 Hudson Street
        New York, New York 10013
        (212) 965-9081

        EMERY CELLI BRINCKERHOFF & ABADY LLP
        Eric Hecker, Esq.
        Attorneys for Plaintiff- Linda McGarr
        75 Rockefeller Plaza, 20th Floor
        New York, New York 10019
        (212) 763-5000

        OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
        Stuart Kahan, Esq.
        Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
        120 Bloomingdale Road
        White Plains, New York 10605
        (914) 422-3900

        WILLIAM FLORENCE, ESQ.
        Attorney for Defendant-
        City of Peekskill Department of Law
        City Hall
        840 Main Street
        Peekskill, New York 10566

        STILLMAN FRIEDMAN & SHECHTMAN, P.C.
        James Mitchell, Esq.
        Attorneys for Defendant-Eugene Tumolo

425 Park Avenue
New York, New York 10022
(212) 223-0200

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046


_____
James A. Randazzo (JR-0156)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY DESKOVIC,

                    Plaintiff,

                -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALAN TWEED,

                    Defendants.
------------------------------------------------------------------X

ANSWER TO CROSS CLAIMS OF DEFENDANTS WESTCHESTER COUNTY, LOUIS ROH, MILLARD HYLAND AND GEORGE BOLEN

07 Civ. 8150 (KMK)

       Defendants Putnam County and Daniel Stephens, by their attorneys, GELARDI & RANDAZZO LLP, for their answer to the cross claims of the Westchester County, Louis Roh, Millard Hyland and George Bolen in the above entitled case say:

       1.     Defendants deny the allegations contained in paragraphs "288" and "289" of the cross claim.

Dated: Hawthorne, New York
       July 9, 2008

                                   Respectfully submitted,

                                   GELARDI & RANDAZZO LLP

                                   By: _____

        James A. Randazzo (JR 0156)
Attorneys for Defendants- Putnam County and
Daniel Stephens
151 Broadway
Hawthorne, New York 10532
(914) 495-3050

TO:    OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Stuart Kahan, Esq.
Attorney for Defendants-Westchester County, Louis Roh, Millard Hyland and George Bolen
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

COCHRAN NEUFELD & SCHECK, LLP
Attorney for Plaintiff-Jeffrey Deskovic
99 Hudson Street
New York, New York 10013
(212) 965-9081

EMERY CELLI BRINCKERHOFF & ABADY LLP
Eric Hecker, Esq.
Attorneys for Plaintiff- Linda McGarr
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Brian Sokoloff, Esq.
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

WILLIAM FLORENCE, ESQ.
Attorney for Defendant-
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

STILLMAN FRIEDMAN & SHECHTMAN, P.C.
James Mitchell, Esq.
Attorneys for Defendant-Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

## CERTIFICATE OF SERVICE

I, JAMES A. RANDAZZO, hereby certify that on July 11, 2008, I served the within ANSWER TO CROSS CLAIMS OF DEFENDANTS WESTCHESTER COUNTY, LOUIS ROH, MILLARD HYLAND AND GEORGE BOLEN upon all parties, by Electronic Case Filing to the address as provided to defendant by notification from this Court:

TO: OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Stuart Kahan, Esq.
Attorney for Defendants-Westchester County, Louis Roh, Millard Hyland and George Bolen
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

COCHRAN NEUFELD & SCHECK, LLP
Attorney for Plaintiff-Jeffrey Deskovic
99 Hudson Street
New York, New York 10013
(212) 965-9081

EMERY CELLI BRINCKERHOFF & ABADY LLP
Eric Hecker, Esq.
Attorneys for Plaintiff- Linda McGarr
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Brian Sokoloff, Esq.
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

WILLIAM FLORENCE, ESQ.
Attorney for Defendant-
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

STILLMAN FRIEDMAN & SHECHTMAN, P.C.
James Mitchell, Esq.

Attorneys for Defendant-Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

_____
James A. Randazzo (JR-0156)