UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY DESKOVIC,   **ANSWER TO CROSS CLAIMS OF DEFENDANT EUGENE TUMOLO**

07 Civ. 8150 (KMK)

        Plaintiff,

    -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALAN TWEED,

        Defendants.
-----------------------------------------------------------------X

    Defendants Putnam County and Daniel Stephens, by their attorneys, GELARDI & RANDAZZO LLP, for their answer to the cross claims of Eugene Tumolo in the above entitled case say:

    1.    Defendants deny the allegations contained in paragraphs "298" and "299" of the cross claim.

Dated: Hawthorne, New York
       July 10, 2008

                      Respectfully submitted,

                      GELARDI & RANDAZZO LLP

                      By: _____
                         James A. Randazzo (JR 0156)
                      Attorneys for Defendants- Putnam County and
                      Daniel Stephens
                      151 Broadway
                      Hawthorne, New York 10532

(914) 495-3050

TO:    STILLMAN FRIEDMAN & SHECHTMAN, P.C.
James Mitchell, Esq.
Attorneys for Defendant-Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

COCHRAN NEUFELD & SCHECK, LLP
Attorney for Plaintiff-Jeffrey Deskovic
99 Hudson Street
New York, New York 10013
(212) 965-9081

EMERY CELLI BRINCKERHOFF & ABADY LLP
Eric Hecker, Esq.
Attorneys for Plaintiff- Linda McGarr
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Stuart Kahan, Esq.
Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Brian Sokoloff, Esq.
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

WILLIAM FLORENCE, ESQ.
Attorney for Defendant-
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

Office of the Attorney General

John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

**CERTIFICATE OF SERVICE**

       I, JAMES A. RANDAZZO, hereby certify that on July 11, 2008, I served the within ANSWER TO CROSS CLAIMS OF DEFENDANT EUGENE TUMOLO upon all parties, by Electronic Case Filing to the address as provided to defendant by notification from this Court:

TO:    STILLMAN FRIEDMAN & SHECHTMAN, P.C.
        James Mitchell, Esq.
        Attorneys for Defendant-Eugene Tumolo
        425 Park Avenue
        New York, New York 10022
        (212) 223-0200

        COCHRAN NEUFELD & SCHECK, LLP
        Attorney for Plaintiff-Jeffrey Deskovic
        99 Hudson Street
        New York, New York 10013
        (212) 965-9081

        EMERY CELLI BRINCKERHOFF & ABADY LLP
        Eric Hecker, Esq.
        Attorneys for Plaintiff- Linda McGarr
        75 Rockefeller Plaza, 20th Floor
        New York, New York 10019
        (212) 763-5000

        OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
        Stuart Kahan, Esq.
        Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
        120 Bloomingdale Road
        White Plains, New York 10605
        (914) 422-3900

        MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
        Brian Sokoloff, Esq.
        Attorney for Defendants-City of Peekskill, David Levine,
        Thomas McIntyre and Walter Brovarski
        240 Mineola Boulevard
        The Esposito Building
        Mineola, New York 11501
        (516) 741-7676

        WILLIAM FLORENCE, ESQ.
        Attorney for Defendant-
        City of Peekskill Department of Law
        City Hall

840 Main Street
Peekskill, New York 10566

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046


_____
James A. Randazzo (JR-0156)