UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY DESKOVIC,

            ANSWER TO CROSS CLAIMS
            OF DEFENDANTS
            WESTCHESTER COUNTY,
            LOUIS ROH, MILLARD
            HYLAND AND GEORGE
            BOLEN

            07 Civ. 8150 (KMK)

      Plaintiff,

    -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALAN TWEED,

      Defendants.
-----------------------------------------------------------------X

    Defendants Putnam County and Daniel Stephens, by their attorneys, GELARDI & RANDAZZO LLP, for their answer to the cross claims of the Westchester County, Louis Roh, Millard Hyland and George Bolen in the above entitled case say:

    1.  Defendants deny the allegations contained in paragraphs "288" and "289" of the cross claim.

Dated: Hawthorne, New York
     July 9, 2008

            Respectfully submitted,

            GELARDI & RANDAZZO LLP

            By: _____

                                                  James A. Randazzo (JR 0156)
                                                  Attorneys for Defendants- Putnam County and
                                                  Daniel Stephens
                                                  151 Broadway
                                                  Hawthorne, New York 10532
                                                  (914) 495-3050

TO:     OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
           Stuart Kahan, Esq.
           Attorney for Defendants-Westchester County, Louis Roh, Millard Hyland and George
           Bolen
           120 Bloomingdale Road
           White Plains, New York 10605
           (914) 422-3900

           COCHRAN NEUFELD & SCHECK, LLP
           Attorney for Plaintiff-Jeffrey Deskovic
           99 Hudson Street
           New York, New York 10013
           (212) 965-9081

           EMERY CELLI BRINCKERHOFF & ABADY LLP
           Eric Hecker, Esq.
           Attorneys for Plaintiff- Linda McGarr
           75 Rockefeller Plaza, 20th Floor
           New York, New York 10019
           (212) 763-5000

           MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
           Brian Sokoloff, Esq.
           Attorney for Defendants-City of Peekskill, David Levine,
           Thomas McIntyre and Walter Brovarski
           240 Mineola Boulevard
           The Esposito Building
           Mineola, New York 11501
           (516) 741-7676

           WILLIAM FLORENCE, ESQ.
           Attorney for Defendant-
           City of Peekskill Department of Law
           City Hall
           840 Main Street
           Peekskill, New York 10566

STILLMAN FRIEDMAN & SHECHTMAN, P.C.
James Mitchell, Esq.
Attorneys for Defendant-Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

## CERTIFICATE OF SERVICE

I, JAMES A. RANDAZZO, hereby certify that on July 11, 2008, I served the within ANSWER TO CROSS CLAIMS OF DEFENDANTS WESTCHESTER COUNTY, LOUIS ROH, MILLARD HYLAND AND GEORGE BOLEN upon all parties, by Electronic Case Filing to the address as provided to defendant by notification from this Court:

TO:  OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Stuart Kahan, Esq.
Attorney for Defendants-Westchester County, Louis Roh, Millard Hyland and George Bolen
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

COCHRAN NEUFELD & SCHECK, LLP
Attorney for Plaintiff-Jeffrey Deskovic
99 Hudson Street
New York, New York 10013
(212) 965-9081

EMERY CELLI BRINCKERHOFF & ABADY LLP
Eric Hecker, Esq.
Attorneys for Plaintiff- Linda McGarr
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Brian Sokoloff, Esq.
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

WILLIAM FLORENCE, ESQ.
Attorney for Defendant-
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

STILLMAN FRIEDMAN & SHECHTMAN, P.C.
James Mitchell, Esq.

Attorneys for Defendant-Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046


_____
James A. Randazzo (JR-0156)