UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JEFFREY DESKOVIC,

                Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, GEORGE BOLEN, and ALAN TWEED,

                Defendants.
-------------------------------------------------------------x
CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, and WALTER BROVARSKY,

                Third-Party Plaintiffs,

-against-

PETER INSERO and THE LEGAL AID SOCIETY OF WESTCHESTER COUNTY, STEVEN ORLIKOFF, MARICA G. SHEIN, P.C., and MARCIA G. SHEIN

                Third-Party Defendants
-------------------------------------------------------------x

**REPLY TO CROSS-CLAIMS OF DEFENDANTS WESTCHESTER COUNTY, ROH, AND HYLAND**

Docket No.
07 Civ. 8150 (KMK)

      Defendants CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, and WALTER BROVARSKY, by their attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, as and for their reply to the cross-claim of defendants WESTCHESTER COUNTY, LOUIS ROH, and MILLARD HYLAND, set forth as follows:

## FIRST CROSS CLAIM

1. Deny.

## SECOND CROSS-CLAIM

2. Deny.

Dated: Mineola, New York
July 14, 2008

                                            MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for Defendants CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, and WALTER BROVARSKY

By: _____
    BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 07-203

TO:    COCHRAN, NEUFELD & SCHECK, LLP
Attorneys for Plaintiff
99 Hudson Street
New York, New York 10013

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, New York 10605

SANTANGELO, RANDAZZO & MANGONE
Attorneys for Putnam County Defendants
151 Broadway
Hawthorne, New York 10532

STILLMAN, FRIEDMAN & SCHECTMAN, P.C.
Attorneys for Defendant Tumolo
425 Park Avenue
New York, New York 10022

TO: WELLINGHORST & FRONZUTO
Attorneys for Putnam County Defendants
4 Franklin Avenue
Ridgewood, NJ 07450

NEW YORK STATE DEPARTMENT OF LAW
Attorneys for Defendant Tweed
120 Broadway
New York, New York 10271