UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JEFFREY DESKOVIC,

                    Plaintiff,                    07 Civ. 8150 (KMK)(GAY)

    -against-                               **ANSWER TO CROSS-CLAIMS**

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN and JANE DOE,
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALLEN TWEED,

                    Defendants.
------------------------------------------------------------------x

CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER BROVARSKY,

                    Third-Party Plaintiffs,
    -against-

PETER INSERO and THE LEGAL AID SOCIETY
OF WESTCHESTER COUNTY, STEVEN ORLIKOFF,
MARCIA G. SHEIN, P.C. and MARCIA G. SHEIN,

                    Third-Party Defendants.
------------------------------------------------------------------x

        Defendants, Westchester County, Louis Roh, Millard Hyland and George Bolen, by

their attorneys, Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP, of counsel to Westchester

County Attorney Charlene Indelicato, as and for their Answer to the Cross-Claims of

defendant Eugene Tumolo, state as follows:

## ANSWERING THE FIRST CROSS-CLAIM

1. Defendants deny the allegations contained in paragraph "298" of defendants' answer to the first amended complaint and cross-claims.

## ANSWERING THE SECOND CROSS-CLAIM

2. Defendants deny the allegations contained in paragraph "299" of the defendants' answer to the first amended complaint and cross-claims.

**WHEREFORE**, it is respectfully requested that the cross-claims served against defendants Westchester County, Louis Roh, Millard Hyland and George Bolen by defendant Eugene Tumolo be dismissed in their entirety.

Dated:  White Plains, New York
July 16, 2008

_____
Stuart E. Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900 - office
(914) 422-3636 - facsimile
*Of Counsel to Westchester County Attorney Charlene Indelicato Attorneys for defendants Westchester County, Louis Roh, Millard Hyland and George Bolen*

TO: Nick Brustin, Esq.
Cochran Neufeld & Scheck
99 Hudson Street
New York, New York 10013

Eric Hecker, Esq.
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza - 20th Floor
New York, New York 10019

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Gelardi & Randazzo, LLP
151 Broadway
Hawthorne, New York 10532

William Florence
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

James Mitchell, Esq.
Stillman Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Lori Anne Fee, Esq.
Wellinghorst & Fronzuto
4 Franklin Avenue
Ridgewood, New Jersey 07450

John Knudsen, Esq.
Richard Brewster, Esq.
Office of the Attorney General
120 Broadway
New York, New York 10271

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

PAULA L. CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

**On Wednesday, July 16, 2008,** I served the within **ANSWER TO CROSS-CLAIMS** upon:

Nick Brustin, Esq.
Cochran Neufeld & Scheck
99 Hudson Street
New York, New York 10013

Eric Hecker, Esq.
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza - 20th Floor
New York, New York 10019

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Gelardi & Randazzo, LLP
151 Broadway
Hawthorne, New York 10532

William Florence
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

James Mitchell, Esq.
Stillman Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Lori Anne Fee, Esq.
Wellinghorst & Fronzuto
4 Franklin Avenue
Ridgewood, New Jersey 07450

John Knudsen, Esq.
Richard Brewster, Esq.
Office of the Attorney General
120 Broadway
New York, New York 10271

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Paula Chablal

Sworn to before me this
16TH day of July, 2008

Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/20 11