UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JEFFREY DESKOVIC,

                        Plaintiff,                       07 Civ. 8150 (KMK)(GAY)

   -against-                                     **ANSWER TO CROSS-CLAIMS**

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN and JANE DOE,
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALLEN TWEED,

                        Defendants.
------------------------------------------------------------------x

CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER BROVARSKY,

                        Third-Party Plaintiffs,
   -against-

PETER INSERO and THE LEGAL AID SOCIETY
OF WESTCHESTER COUNTY, STEVEN ORLIKOFF,
MARCIA G. SHEIN, P.C. and MARCIA G. SHEIN,

                        Third-Party Defendants.
------------------------------------------------------------------x

       Defendants, Westchester County, Louis Roh, Millard Hyland and George Bolen, by their attorneys, Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP, of counsel to Westchester County Attorney Charlene Indelicato, as and for their Answer to the Cross-Claims of

defendants City of Peekskill, David Levine, Thomas McIntyre and Walter Brovarsky, state as follows:

## ANSWERING THE FIRST CROSS-CLAIM

1. Defendants deny the allegations contained in paragraph "298" of defendants' amended answer to first amended complaint and cross-claims.

## ANSWERING THE SECOND CROSS-CLAIM

2. Defendants deny the allegations contained in paragraph "299" of defendants' amended answer to first amended complaint and cross-claims.

**WHEREFORE**, defendants Westchester County, Louis Roh, Millard Hyland and George Bolen request a judgment dismissing the cross-claims of defendants City of Peekskill, David Levine, Thomas McIntyre and Walter Brovarsky in their entirety.

Dated:   White Plains, New York
         July 16, 2008

_____
Stuart E. Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900 - office
(914) 422-3636 - facsimile
*Of Counsel to Westchester County Attorney Charlene Indelicato Attorneys for defendants Westchester County, Louis Roh, Millard Hyland and George Bolen*

TO:   Nick Brustin, Esq.
      Cochran Neufeld & Scheck
      99 Hudson Street
      New York, New York 10013

      Eric Hecker, Esq.
      Emery, Celli, Brinckerhoff & Abady, LLP
      75 Rockefeller Plaza - 20th Floor
      New York, New York 10019

      Brian Sokoloff, Esq.
      Miranda Sokoloff Sambursky Slone Verveniotis, LLP
      240 Mineola Blvd.
      Mineola, New York 11501

      James A. Randazzo, Esq.
      Gelardi & Randazzo, LLP
      151 Broadway
      Hawthorne, New York 10532

      William Florence
      City of Peekskill Department of Law
      City Hall
      840 Main Street
      Peekskill, New York 10566

      James Mitchell, Esq.
      Stillman Friedman & Shechtman, P.C.
      425 Park Avenue
      New York, New York 10022

      Lori Anne Fee, Esq.
      Wellinghorst & Fronzuto
      4 Franklin Avenue
      Ridgewood, New Jersey 07450

      John Knudsen, Esq.
      Richard Brewster, Esq.
      Office of the Attorney General
      120 Broadway
      New York, New York 10271

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

      PAULA L. CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.
    **On Wednesday, July 16, 2008,** I served the within **ANSWER TO CROSS-CLAIMS** upon:

Nick Brustin, Esq.
Cochran Neufeld & Scheck
99 Hudson Street
New York, New York 10013

Eric Hecker, Esq.
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza - 20th Floor
New York, New York 10019

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Gelardi & Randazzo, LLP
151 Broadway
Hawthorne, New York 10532

William Florence
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

James Mitchell, Esq.
Stillman Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Lori Anne Fee, Esq.
Wellinghorst & Fronzuto
4 Franklin Avenue
Ridgewood, New Jersey 07450

John Knudsen, Esq.
Richard Brewster, Esq.
Office of the Attorney General
120 Broadway
New York, New York 10271

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                                  Paula Chablal

Sworn to before me this
16TH day of July, 2008

_____
Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/20__