UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JEFFREY DESKOVIC,

                Plaintiff,                    07 Civ. 8150 (KMK)(GAY)

  -against-                             **ANSWER TO CROSS-CLAIMS**

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN and JANE DOE,
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALLEN TWEED,

                Defendants.
------------------------------------------------------------------x

CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER BROVARSKY,

                Third-Party Plaintiffs,

  -against-

PETER INSERO and THE LEGAL AID SOCIETY
OF WESTCHESTER COUNTY, STEVEN ORLIKOFF,
MARCIA G. SHEIN, P.C. and MARCIA G. SHEIN,

                Third-Party Defendants.
------------------------------------------------------------------x

        Defendants, Westchester County, Louis Roh, Millard Hyland and George Bolen, by their attorneys, Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP, of counsel to Westchester County Attorney Charlene Indelicato, as and for their Answer to the Cross-Claims of

defendants Putnam County and Daniel Stephens, state as follows:

## ANSWERING THE FIRST CROSS-CLAIM

1. Defendants deny the allegations contained in paragraph "287" of defendant's answer to the first amended complaint and cross-claims.

## ANSWERING THE SECOND CROSS-CLAIM

2. Defendants deny the allegations contained in paragraph "288" of the defendant's answer to the first amended complaint and cross-claims.

**WHEREFORE**, defendants Westchester County, Louis Roh, Millard Hyland and George Bolen demand judgment dismissing the cross-claims of defendants Putnam County and Daniel Stephens in their entirety.

Dated:    White Plains, New York
          July 16, 2008

*[signature]*

Stuart E. Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900 - office
(914) 422-3636 - facsimile
*Of Counsel to Westchester County Attorney Charlene Indelicato Attorneys for defendants Westchester County, Louis Roh, Millard Hyland and George Bolen*

TO:    Nick Brustin, Esq.
Cochran Neufeld & Scheck
99 Hudson Street
New York, New York 10013

Eric Hecker, Esq.
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza - 20th Floor
New York, New York 10019

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Gelardi & Randazzo, LLP
151 Broadway
Hawthorne, New York 10532

William Florence
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

James Mitchell, Esq.
Stillman Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Lori Anne Fee, Esq.
Wellinghorst & Fronzuto
4 Franklin Avenue
Ridgewood, New Jersey 07450

John Knudsen, Esq.
Richard Brewster, Esq.
Office of the Attorney General
120 Broadway
New York, New York 10271