### AFFIDAVIT OF SERVICE

STATE OF NEW YORK               )
                                ) ss.:
COUNTY OF WESTCHESTER           )

      PAULA L. CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

      **On Thursday, July 17, 2008, I served the within ANSWER TO CROSS-CLAIMS** upon:

Nick Brustin, Esq.
Cochran Neufeld & Scheck
99 Hudson Street
New York, New York 10013

Eric Hecker, Esq.
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza - 20th Floor
New York, New York 10019

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Gelardi & Randazzo, LLP
151 Broadway
Hawthorne, New York 10532

William Florence
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

James Mitchell, Esq.
Stillman Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Lori Anne Fee, Esq.
Wellinghorst & Fronzuto
4 Franklin Avenue
Ridgewood, New Jersey 07450

John Knudsen, Esq.
Richard Brewster, Esq.
Office of the Attorney General
120 Broadway
New York, New York 10271

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                      _____
                                        Paula Chablal

Sworn to before me this
17th day of July, 2008

_____
      Notary Public

STUART E. KAHAN
Notary Public, State of New York
No. 02KA4769001
Qualified in Westchester County
Commission Expires June 30, 20___