

# COCHRAN NEUFELD & SCHECK, LLP

99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)



July 29, 2008

**By Facsimile**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601
Fax: 914-390-4152

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:
```

Re:  **Deskovic v. City of Peekskill, et al.**, No. 07 Civ. 8150 (KMK)

Dear Judge Karas,

    I am one of the attorneys for plaintiff Jeffrey Deskovic, and I write to request, respectfully, an adjournment of the current deadline for plaintiff's response to the motion to dismiss filed by defendant Alan Tweed, from August 1 to August 12, with the deadline for Mr. Tweed's reply to be correspondingly adjourned to August 26.[1]  Counsel for Mr. Tweed, John Knudsen, has stated that he has no opposition to the request.  This is plaintiff's first request for an adjournment of this deadline, and the application is prompted by an emergency matter that arose unexpectedly today in another case handled by two attorneys for Mr. Deskovic.  Unfortunately, the matter will require our immediate and undivided attention for the next several days.  Additionally, I am currently scheduled to be out of the office for the entirety of the week of August 4.

    Accordingly, we respectfully ask that the Court grant plaintiff's unopposed request for an eleven-day adjournment of the remaining motion to dismiss briefing deadlines.



---

[1] Permission to send the instant letter by facsimile was granted by Alicia, in Your Honor's chambers.

Sincerely,

*Jennifer E. Laurin*

Jennifer E. Laurin

cc: (All Via Facsimile)

Stuart Evan Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP

John E. Knudsen
Office of the Attorney General

William Florence
City of Peekskill Department of Law

Brian S. Sokoloff
Miranda Sokoloff Sambursky Slone Verveniotis LLP

James A. Mitchell
Stillman Friedman & Schechtman

James A. Randazzo
Santangelo Randazzo & Mangone LLP

Lori Anne Fee
Wellinghorst & Fronzuto

Eric Hecker
Emery, Celli, Brinckerhoff & Abady, LLP

*Granted*
*M/S*
*So Ordered. 7/31/08*