UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

        Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, and GEORGE BOLEN, and AlAN TWEED

        Defendants.

CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, and WALTER BROVARSKY,

        Third-Party Plaintiffs,

-against-

PETER INSERO and THE LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

        Third-Party Defendants.

Docket No.
07 Civ. 8150 (KMK)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that defendants The Legal Aid Society of Westchester County and Peter Insero hereby appear in the above entitled action by their attorneys, Rosen & Livingston, and demand that all papers in this action to be served upon the

undersigned at the office and postal office address stated below, and all papers filed via the ECF system be served upon the undersigned via email.

Dated: New York, New York
       August 14, 2008

Yours, *etc.*

ROSEN & LIVINGSTON

By: _____
Peter I. Livingston, Esq. (PL 1377)
Deborah B. Koplovitz, Esq. (DK 1131)
pil@rosenlivingston.com
dk@rosenlivingston.com
275 Madison Avenue, Suite 500
New York, New York 10016
(212) 687-7770

TO: COCHRAN, NEUFELD & SCHECK LLP
      Attorneys for Plaintiff
      99 Hudson Street
      New York, NY 10013

      OXMAN TULIS KIRKPATRICK
      WHYATT & GEIGER, LLP
      representing Westchester County
      Louis Roh, Millard Hyland,
      George Bolen
      120 Bloomingdale Road
      White Plains, NY 10605
      (914) 422-3900
      (914) 422-3636 (fax)
      Attn: Stuart Evan Kahan

undersigned at the office and postal office address stated below, and all papers filed via the ECF system be served upon the undersigned via email.

Dated: New York, New York
      August 14, 2008

Yours, *etc.*

ROSEN & LIVINGSTON

By: _____
Peter I. Livingston, Esq. (PL 1377)
Deborah B. Koplovitz, Esq. (DK 1131)
pil@rosenlivingston.com
dk@rosenlivingston.com
275 Madison Avenue, Suite 500
New York, New York 10016
(212) 687-7770

TO: COCHRAN, NEUFELD & SCHECK LLP
Attorneys for Plaintiff
99 Hudson Street
New York, NY 10013

OXMAN TULIS KIRKPATRICK
WHYATT & GEIGER, LLP
representing Westchester County
Louis Roh, Millard Hyland,
George Bolen
120 Bloomingdale Road
White Plains, NY 10605
(914) 422-3900
(914) 422-3636 (fax)
Attn: Stuart Evan Kahan

skahan@oxmanlaw.com

STILLMAN, FRIEDMAN &
SHECHTMAN, P.C.
425 Park Avenue
New York, NY 10022
212-223-0200
212-223-1942 (fax)

GELARDI & RANDAZZO LLP
151 Broadway
SUITE S-608
Hawthorne, NY 10573
914-328-5590
914-328-5591 (fax)

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
The Esposistio Building
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676
(516) 741-9060 (fax)
Attn: Brian S. Sokoloff
bsokoloff@msssv.com

NEW YORK STATE DEPARTMENT OF LAW
Attorneys for Defendant Tweed
120 Broadway
New York, New York 10271