IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC )
 )
    Plaintiff, )
 )
LINDA McGARR )
 )
    Consolidated Plaintiff )
 ) CIVIL ACTION NO.:
vs. ) 07-CV-8150 (KMK)
 )
CITY OF PEEKSKILL, PUTNAM )
COUNTY, WESTCHESTER COUNTY, ) **STIPULATION**
DAVID LEVINE, THOMAS )
McINTYRE, WALTER BROVARSKI, )
EUGENE TUMOLO, JOHN AND JANE )
DOE SUPERVISORS, DANIEL )
STEPHENS, LOUIS ROH, )
MILLARD HYLAND, GEORGE )
BOLEN, and ALAN TWEED )
 )
    Defendants. )
 )
---
CITY OF PEEKSKILL, DAVID )
LEVINE, THOMAS McINTYRE, and )
WALTER BROVARSKI, )
 )
    Third Party Plaintiffs, )
 )
v. )

|  |  |
|---|---|
| STEVEN ORLIKOFF, MARCIA G. SHEIN, P.C., MARCIA G. SHEIN, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY | ) ) ) ) ) ) ) |
| Third Party Defendants | ) ) |

## STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel of record for the Third Party Plaintiffs that Defendants Marcia G. Shein and Marcia G. Shein, P.C. time to answer, move, or otherwise respond to Plaintiff's Third Party Complaint is hereby extended up to and including September 22, 2008.

Respectfully submitted, this 18th day of August, 2008.

**Consented to By:**

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
s/Brian S. Sokoloff
Brian S. Sokoloff
New York Bar No.: 7147
240 Mineola Blvd.
The Esposito Building
Mineola, NY 11501
Telephone   (516) 741-7676
Facsimile    (516) 741-9060
Email:        bsokoloff@msssv.com

I:\WP\CW\7719-001\A080814.Ext of Time for Answer_2.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I have electronically filed this Stipulation for Extension of Time to File Answer or Responsive Pleading with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

<u>Attorneys for Plaintiff</u>
Barry C. Scheck
Jennifer E. Laurin
Nick J. Brustin

<u>Attorneys for Consolidated Plaintiff</u>
Erik Hecker
Elora Mukherjee

<u>Attorney for Defendant Putnam County and Daniel Stephens</u>
James A. Randazzo

<u>Attorney for Defendant Westchester County, Louis Roh, Millard Hyland, and George Bolen</u>
Stuart Evan Kahan

<u>Attorneys for Defendant Eugene Tumolo</u>
Brian Sokoloff
James A. Mitchell

<u>Attorney for Defendant Alan Tweed</u>
John E. Knudsen

<u>Attorney for Defendants/Third Party Plaintiffs City of Peekskill, David Levine, Thomas McIntyre, and Walter Brovarsky</u>
Brian Sokoloff

<u>Attorney for Third Party Defendants Peter Insero and Legal Aid of Westchester County</u>
Peter I. Livingston

This 18th day of August 2008.

<u>s/Brian S. Sokoloff</u>
Brian S. Sokoloff
New York Bar No.: 7147

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP**
240 Mineola Blvd.
The Esposito Building
Mineola, NY 11501
Telephone   (516) 741-7676
Facsimile   (516) 741-9060
Email:       bsokoloff@msssv.com

I:\WP\CW\7719-001\A080814.Ext of Time for Answer.2.doc