## ROSEN & LIVINGSTON
ATTORNEYS AT LAW

275 MADISON AVENUE, SUITE 500 • NEW YORK, NEW YORK 10016-1101

(212) 687-7770

TELECOPIER (212) 687-8030

EMAIL ADDRESS info@rosenlivingston.com

Writer's Email Address dk@rosenlivingston.com

| | |
|---|---|
| MORTON H. ROSEN<br>PETER I. LIVINGSTON<br>BRUCE A. CHOLST<br>MARY L. KOSMARK | S. DAVID HARRISON<br>Of Counsel<br><br>ALAN M. GOLDBERG<br>Special Counsel |
| ANDREW B. FREEDLAND<br>DEBORAH B. KOPLOVITZ<br>ANDREW J. WAGNER | IRINA BUSHKOV<br>JODY WEGWERT<br>RACHEL WENIG<br>Legal Assistants |

August 25, 2008

### VIA ELECTRONIC FILING AND REGULAR MAIL

Honorable George A. Yanthis
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

    Re: 7:07-cv-08150-KMK-GAY; Deskovic v. City of Peekskill et al
    Our File: 6010-57

Dear Judge Yanthis:

    This firm represents the Third Party Defendants, the Legal Aid Society of Westchester County and Peter Insero in the above-named matter which was brought by Plaintiff, Jeffrey Deskovic. Third Party Plaintiffs, City of Peekskill, et. al. brought a Third-Party Complaint on or about July 7, 2008. We are submitting this letter to request a one month extension of time to answer or otherwise move with respect to the Third-Party Complaint to October 15, 2008

    Our clients' deadline to file an answer is currently scheduled for September 14, 2008. This is the Legal Aid Society's and Peter Insero's first request for an extension of time. We have obtained Plaintiff's consent for this request, as is evidenced by the enclosed stipulation.

    Thank you very much for your time and consideration of this request.

Very Truly Yours,

*[signature]*

Deborah B. Koplovitz (DK1131)

August 25, 2008
Page 2

cc.    COCHRAN, NEUFELD & SCHECK LLP
       Attorneys for Plaintiff
       99 Hudson Street
       New York, NY 10013

       OXMAN TULIS KIRKPATRICK
       WHYATT & GEIGER, LLP
       representing Westchester County
       Louis Roh, Millard Hyland,
       George Bolen
       120 Bloomingdale Road
       White Plains, NY 10605
       (914) 422-3900
       (914) 422-3636 (fax)
       Attn: Stuart Evan Kahan
       skahan@oxmanlaw.com

       STILLMAN, FRIEDMAN &
       SHECHTMAN, P.C.
       425 Park Avenue
       New York, NY 10022
       212-223-0200
       212-223-1942 (fax)

       GELARDI & RANDAZZO LLP
       151 Broadway
       SUITE S-608
       Hawthorne, NY 10573
       914-328-5590
       914-328-5591 (fax)

       MIRANDA SOKOLOFF SAMBURSKY
       SLONE VERVENIOTIS LLP
       The Esposistio Building
       240 Mineola Boulevard
       Mineola, NY 11501
       (516) 741-7676
       (516) 741-9060 (fax)
       Attn: Brian S. Sokoloff

August 25, 2008
Page 3

    bsokoloff@msssv.com

    NEW YORK STATE DEPARTMENT OF LAW
    Attorneys for Defendant Tweed
    120 Broadway
    New York, New York 10271

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

    Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, and GEORGE BOLEN, and ALAN TWEED

    Defendants.

Docket No.
07 Civ. 8150 (KMK)

**STIPULATION**

CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, and WALTER BROVARSKY,

    Third-Party Plaintiffs,

-against-

PETER INSERO and THE LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

    Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that:

    1) Rosen & Livingston hereby accepts service of the Third Party Complaint on behalf of Peter Insero and the Legal Aid Society of Westchester County.

2) The time for the Third Party Defendants, Peter Insero and the Legal Aid Society of Westchester to answer or otherwise move with respect to the Third Party Complaint is extended to and includes October 15, 2008.

3) Facsimile signatures shall be deemed to be originals for purposes of this stipulation.

Dated: New York, New York
August 14, 2008

| MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP | ROSEN & LIVINGSTON |
|---|---|
| By: *(signature)* <br> Brian S. Sokoloff <br> The Esposistio Building <br> 240 Mineola Boulevard <br> Mineola, NY 11501 <br> (516) 741-7676 <br> (516) 741-9060 (fax) <br> bsokoloff@msssv.com | By: *(signature)* <br> Peter I. Livingston, Esq. (PL 1377) <br> Deborah B. Koplovitz, Esq. (DK 1131) <br> 275 Madison Avenue, Suite 500 <br> New York, New York 10016 <br> (212) 687-7770 <br> pil@rosenlivingston.com <br> dk@rosenlivingston.com |