UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JEFFREY DESKOVIC,

                Plaintiff,

- against -

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN,
and ALAN TWEED,

                Defendants.
---------------------------------------------------------------X
CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER
BROVARSKY,

                Third-Party Plaintiffs,

- against -

STEVEN ORLIKOFF, MARCIA G. SHEIN, P.C.
and MARCIA G. SHEIN,

              Third-Party Defendants
---------------------------------------------------------------X

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE**

Docket No
07 Civ. 8150 (KMK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    WHEREAS, Third-Party Defendant Steven Orlikoff ("Orlikoff") was served with a Third-Party Summons and Complaint on or about July 29, 2008; and

    WHEREAS, it appears that the deadline for Orlikoff to answer or otherwise move with respect to the Third-Party action is August 18, 2008; and

    WHEREAS, Orlikoff has requested an extension of time to answer or otherwise move in the Third-Party action

NOW, IT IS HEREBY STIPULATED AND AGREED by and between counsels to the Third-Party Plaintiffs and Orlikoff that:

1   The deadline for Orlikoff to answer or otherwise move with respect to the Third-Party action be and hereby is extended from August 18, 2008 to **September 17, 2008**

2   This Stipulation may be executed by facsimile and filed in counterparts

Dated: New York, New York
August 14, 2008

KAHN & GOLDBERG, LLP

_____
Michele Kahn, Esq (mk-3035)
Attorneys for Third-Party Defendant
Steven Orlikoff
708 Third Avenue – 19th Floor
New York, New York 10017
(212) 687-5066

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP

_____
Brian Sokoloff, Esq. (bss-7147)
Attorneys for Defendant / Third Party
Defendant City of Peekskill, et al
240 Mineola Blvd
Mineola, New York 11501
(516) 741-7676

/orlikoff/ peekskill / stip extend ans Desko

So Ordered.

_____
U. S. D. J.

DATED: 8/2/08

2