UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X

JEFFREY DESKOVIC,

        Plaintiff,

- against -

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN,
and ALAN TWEED,

        Defendants.
───────────────────────────────X
CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER
BROVARSKY,

        Third-Party Plaintiffs,

- against -

STEVEN ORLIKOFF, MARCIA G. SHEIN, P.C.
and MARCIA G. SHEIN,

        Third-Party Defendants.
───────────────────────────────X

**ORIGINAL**

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 8150 (KMK)

        PLEASE TAKE NOTICE that the third party Defendant, STEVEN ORLIKOFF, hereby appears in the above entitled action, and that the undersigned has been retained as Attorney(s) for said Third Party Defendant and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
August 26, 2008

                              KAHN & GOLDBERG, LLP

                              _____
                              Michele Kahn, Esq. (MK 3035)
                              Attorneys for Third-Party Defendant
                                 Steven Orlikoff
                              708 Third Avenue – 19th Floor
                              New York, New York 10017
                              (212) 687-5066

TO:    Brian Sokoloff, Esq.
        MIRANDA SOKOLOFF SAMBURSKY
        SLONE VERVENIOTIS LLP
        Attorneys for Defendant / Third Party
        Plaintiff City of Peekskill, *et al*
        240 Mineola Blvd.
        Mineola, New York 11501
        (516) 741-7676

        COCHRAN, NEUFELD & SCHECK, LLP
        Attorneys for Plaintiff
        99 Hudson Street
        New York, New York 10013

        OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
        Attorneys for Westchester County Defendants
        120 Bloomingdale Road
        White Plains, New York 10605

        GELARDI & RANDAZZO
        Attorneys for Putnam County Defendants
        151 Broadway
        Hawthorne, New York 10532

        STILLMAN, FRIEDMAN & SCHECTMAN, P.C.
        Attorneys for Defendant Tumolo
        425 Park Avenue
        New York, New York 10022

        NEW YORK STATE DEPARTMENT OF LAW
        Attorneys for Defendant Tweed
        120 Broadway
        New York, New York 10271

/orlikoff/ peekskill / Notice of App Desko