UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── X
JEFFREY DESKOVIC,

        Plaintiff,

                                          **AFFIDAVIT OF SERVICE**

  - against -

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,      Docket No.
THOMAS McINTYRE, WALTER BROVARSKI,   07 Civ. 8150 (KMK)
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN,
and ALAN TWEED,

        Defendants.
───────────────────────────────── X
CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER
BROVARSKY,

        Third-Party Plaintiffs,

  - against -

STEVEN ORLIKOFF, MARCIA G. SHEIN, P.C.
and MARCIA G. SHEIN,

        Third-Party Defendants.
───────────────────────────────── X

        MARIE LYTLE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Bronx County, New York. That on the 27th day of August, 2008, I served a copy of the within NOTICE OF APPEARANCE upon:

                Brian Sokoloff, Esq.
                MIRANDA SOKOLOFF SAMBURSKY
                SLONE VERVENIOTIS LLP
                Attorneys for Defendant / Third Party
                Plaintiff City of Peekskill, *et al*
                240 Mineola Blvd.

Mineola, New York 11501
(516) 741-7676

COCHRAN, NEUFELD & SCHECK, LLP
Attorneys for Plaintiff
99 Hudson Street
New York, New York 10013

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, New York 10605

GELARDI & RANDAZZO
Attorneys for Putnam County Defendants
151 Broadway
Hawthorne, New York 10532

STILLMAN, FRIEDMAN & SCHECTMAN, P.C.
Attorneys for Defendant Tumolo
425 Park Avenue
New York, New York 10022

NEW YORK STATE DEPARTMENT OF LAW
Attorneys for Defendant Tweed
120 Broadway
New York, New York 10271

at the designated address by depositing a true copy of same enclosed in a post paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                              MARIE LYTLE

Sworn to before me this
27th day of August, 2008

_____
NOTARY PUBLIC

MK\Olikoff\AOS Notice of APP-DESK

MICHELE KAHN
Notary Public, State of New York
No. 4932464
Qualified in New York County
Commission Expires 5-2-10

2