

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

August 25, 2008

By Facsimile

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street. Room 533
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:  Deskovic v. City of Peekskill
     07 Civ. 8150 (KMK)(GAY)

Dear Judge Karas:

This letter is written to request a one day extension, from August 26 to August 27, 2008, for Defendant Tweed to submit reply papers in support of his motion to dismiss the complaint.[1] Plaintiff has no objection to this request. The reason for this request is that a personal matter has arisen that requires my time out of the office for a significant portion of the day tomorrow, August 26. Accordingly, I respectfully request the above one day extension to submit defendant Tweed's reply papers in support of his motion to dismiss.

*Defendant Tweed is given until September 3, 2008 to file his reply in support of his motion to dismiss. So Ordered.*
*[signature] 8/28/08*

Respectfully submitted,

/s/ John E. Knudsen

John E. Knudsen
Assistant Attorney General
(212) 416-8625

cc:  Jennifer E. Laurin, Esq. (all via facsimile)
     Cochran Neufeld & Scheck, LLP

---

[1] This letter is being faxed with permission from Lisa in your chambers.

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us

Brian S. Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis LLP

James A. Randazzo, Esq.
Santangelo Randazzo & Mangone LLP

Stuart Evan Kahan, Esq.
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP

William Florence, Esq.
City of Peekskill Department of Law

James Mitchell, Esq.
Stillman Friedman and Shechtman, P.C.

Lori Ann Fee, Esq.
Wellinghorst & Fronzuto

Eric Hecker, Esq.
Emery Celli Brinckerhoff & Abady LLP