UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

    Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, and GEORGE BOLEN, and ALAN TWEED

    Defendants.

CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, and WALTER BROVARSKY,

    Third-Party Plaintiffs,

-against-

PETER INSERO and THE LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

    Third-Party Defendants.

Docket No.
07 Civ. 8150 (KMK)

**STIPULATION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that:

    1) Rosen & Livingston hereby accepts service of the Third Party Complaint on behalf of Peter Insero and the Legal Aid Society of Westchester County.

2) The time for the Third Party Defendants, Peter Insero and the Legal Aid Society of Westchester to answer or otherwise move with respect to the Third Party Complaint is extended to and includes October 15, 2008.

3) Facsimile signatures shall be deemed to be originals for purposes of this stipulation.

Dated: New York, New York
       August 14, 2008

| MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP | ROSEN & LIVINGSTON |
|---|---|
| By: /s/ Brian S. Sokoloff<br>The Esposistio Building<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>(516) 741-7676<br>(516) 741-9060 (fax)<br>bsokoloff@msssv.com | By: /s/ Peter I. Livingston<br>Peter I. Livingston, Esq. (PL 1377)<br>Deborah B. Koplovitz, Esq. (DK 1131)<br>275 Madison Avenue, Suite 500<br>New York, New York 10016<br>(212) 687-7770<br>pil@rosenlivingston.com<br>dk@rosenlivingston.com |

SO ORDERED: /s/ George A. Yanthis   9/3/08
Hon. George A. Yanthis
United States Magistrate Judge.

2

C:\WORDPERF\DK\docs\pleadings\LA-deskovic.stipulation.doc