

# NEUFELD SCHECK & BRUSTIN, LLP
## 99 Hudson Street
## New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick Brustin
Debi Cornwall

Anna Benvenutti Hoffmann
Emma Freudenberger
Amos Blackman
Chloe Cockburn
Sandy Henderson

Johnnie L. Cochran, Jr.
(1937-2005)



August 19, 2011

**Via UPS Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

### RE: Deskovic v. City of Peekskill, et al., 07-CV-8150 (KMK)(GAY)
### McGarr v. City of Peekskill, et al., 07-CV-9488(KMK)(GAY)

Dear Judge Karas,

      I write on behalf of Plaintiff Jeffrey Deskovic in response to the August 16, 2011 letter from Defendant City of Peekskill's insurance coverage counsel requesting a pre-motion conference addressing the City's request to file a motion to implead its liability insurance companies. Plaintiff respectfully suggests that a pre-motion conference and motion may be unnecessary under these circumstances, and requests that the Court consider granting Defendants permission to implead these third-party defendants at this time.

      It is our understanding that all parties to the *Deskovic* and *McGarr* actions consent to the filing of the third-party complaint impleading Peekskill's insurers: the ultimate relief sought by Peekskill after its requested pre-motion conference and motion. While the prospective third-party defendants may object, they are not entitled to notice or an opportunity to be heard before any such complaint is filed. *See Gross v. Hanover Ins. Co.*, 138 F.R.D. 53, 55 n.3 (S.D.N.Y. 1991). Thus, both during any pre-motion conference and in any subsequent briefing on a motion to implead, Peekskill's requests will be unopposed.

      As the Court is aware, we are currently in the middle of a summary judgment briefing schedule: Defendant Tumolo served his motion for summary judgment on August 5, 2011;

1

Defendants Peekskill, Levine and McIntyre's Rule 56.1 statements were served August 18, 2011, and their motions are due to be served by August 25, 2011; and Plaintiffs' opposition to all motions is due by the end of October, 2011.

In the meantime, Plaintiffs and the Peekskill Defendants have agreed to pursue mediation, and to seek a two-month stay from this Court pending the resolution of that process.[1] Plaintiff is currently prepared to file a consent motion seeking court-ordered mediation—to include participation of Plaintiffs, the Peekskill Defendants, and Peekskill's insurers—as well as a stay of the proceedings against the Peekskill Defendants. However, at Peekskill's request, Plaintiff has delayed filing this motion until the insurers are impleaded into this action.

It is for this reason that Plaintiff respectfully requests that the Court consider deviating from its usual practice of requiring a pre-motion conference. In the alternative, Plaintiff respectfully requests the Court consider a conference at the Court's earliest convenience to address this issue.

Respectfully Submitted,

Nick Brustin

CC (via email):

*In light of the parties' concurrence, the Court grants the request of the City of Peekskill to implead the liability insurance companies. Peekskill is to do this by September 9, 2011.*

*So Ordered.*

*8/24/11*

---

[1] Plaintiff does not believe it would be productive to engage in mediation with Defendants Stephens or Putnam County at this time, and does not intend to request any stay of the proceedings against those defendants.

2

Vincent Gelardi
vg@vincentgelardi.com
Gelardi & Randazzo, LLP
800 Westchester Ave., Suite S-608
Rye Brook, NY 10573

Robert Delicate
rdelicate@harwoodlloyd.com
Wellinghorst & Fronzuto
4 Franklin Ave.
Ridgewood, New Jersey 07450

James Mitchell
jmitchell@stillmanfriedman.com
Stillman Friedman and Shechtman, P.C.
425 Park Ave.
New York, NY 10022

Diane Houk
dhouk@ecbalaw.com
Debbie Greenberger
dgreenberger@ecbalaw.com
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

William Passannante
wpassannanter@andersonkill.com
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Peter Meisels
peter.meisels@wilsonelser.com
John Flannery
john.flanney@wilsonelser.com
Lalit Loomba
lalit.loomba@wilsonelser.com
Wilson Elser Moskowitz Edelman& Dicker, LLP
3 Gannett Drive
White Plains, NY 10604-3407

3