UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

    Plaintiff,

    v.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,    No.. CV-07-8150 (KMK)(GAY)
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, PETER INSERO, and LEGAL AID
SOCIETY OF WESTCHESTER COUNTY

    Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

---

LINDA McGARR,

    Plaintiff,

    v.

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS McINTYRE,
WTER BROVARSKI, EUGENE TUMOLO,    No. CV-7-9488 KMK)(GAY)
JOHN AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, and MILLARD HYLAND,

    Defendants.

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that in exchange for the City of Peekskill's (the "City") promise and resolution to indemnify David Levine, Thomas McIntyre, Walter Brovarski and Eugene Tumolo (the "Peekskill Individual Defendants") for any compensatory damages and attorney fees and costs awarded against them should plaintiffs succeed against them in these

3459522.1

actions, that plaintiffs hereby discontinue with prejudice all claims for punitive damages against the Peekskill Individual Defendants arising from the allegations set forth in Jeffrey Deskovic's Third Amended Complaint and Linda McGarr's Second Amended Complaint.

The plaintiffs agree that this stipulation shall not constitute a waiver of any defenses, including apportionment, that the City and/or the Peekskill Individual Defendants may have to plaintiffs' claims, including their claims for attorneys' fees.

White Plains

Dated: _____, New York
August 26, 2011

| | |
|---|---|
| NEUFELD SCHECK & BRUSTIN, LLP<br>Attorneys for Plaintiff | WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>Attorneys for Defendants City of<br>Peekskill, David Levine, Thomas<br>McIntyre, and Walter Brovarski |
| By: _____<br>Nick Brustin<br>99 Hudson Street, 8th Floor<br>New York, NY 10013<br>(212) 965-9081 | By: _____<br>Peter Meisels<br>3 Gannett Drive<br>White Plains, NY 10604<br>(914) 872-7156 |

EMERY CELLI BRINGERHOFF & ABADY LLP
Attorneys for Plaintiff Linda McGarr

By: _____
   Diane Houk, Esq.
   75 Rockefeller Plaza, 20th Floor
   New York, NY 10019
   (212) 763-5000

SO ORDERED:

_____
Kenneth M. Karas, *U.S.D.J.*

3459522.1

actions, that plaintiffs hereby discontinue with prejudice all claims for punitive damages against the Peekskill Individual Defendants arising from the allegations set forth in Jeffrey Deskovic's Third Amended Complaint and Linda McGarr's Second Amended Complaint.

The plaintiffs agree that this stipulation shall not constitute a waiver of any defenses, including apportionment, that the City and/or the Peekskill Individual Defendants may have to plaintiffs' claims, including their claims for attorneys' fees.

Dated: _____, New York
August __, 2011

| | |
|---|---|
| NEUFELD SCHECK & BRUSTIN, LLP<br>Attorneys for Plaintiff | WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>Attorneys for Defendants City of<br>Peekskill, David Levine, Thomas<br>McIntyre, and Walter Brovarski |
| By: _____<br>Nick Brustin<br>99 Hudson Street, 8th Floor<br>New York, NY 10013<br>(212) 965-9081 | By: _____<br>Peter Meisels<br>3 Gannett Drive<br>White Plains, NY 10604<br>(914) 872-7156 |

EMERY CELLI BRINGERHOFF & ABADY LLP
Attorneys for Plaintiff Linda McGarr

By: *[signature: Diane L. Houk]*
Diane Houk, Esq.
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000

SO ORDERED:
*[signature]*
Kenneth M. Karas, U.S.D.J.
9/5/11

3459522.1