USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

    Plaintiff,

        v.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,          No.. CV-07-8150 (KMK)(GAY)
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, PETER INSERO, and LEGAL AID
SOCIETY OF WESTCHESTER COUNTY

    Defendants.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the respective parties, that plaintiff Jeffrey Deskovic hereby discontinues with

prejudice his *Monell* claims, as set forth in his Third Amended Complaint, against defendant City

of Peekskill.

Dated: _White Plains_, New York
      August 26, 2011

NEUFELD SCHECK & BRUSTIN, LLP          WILSON ELSER MOSKOWITZ
Attorneys for Plaintiff                EDELMAN & DICKER, LLP
                                       Attorneys for Defendants City of
                                       Peekskill, David Levine, Thomas
                                       McIntyre, and Walter Brovarski

By: _____                    By: _____
    Nick Brustin                          Peter Meisels
    99 Hudson Street, 8th Floor           3 Gannett Drive
    New York, NY 10013                    White Plains, NY 10604
    (212) 965-9081                        (914) 872-7156

3461703.1

SO ORDERED:

Kenneth M. Karas, U.S.D.J.

9/5/11

3461703.1