USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

    Plaintiff,

v.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, PETER INSERO, and LEGAL AID
SOCIETY OF WESTCHESTER COUNTY

    Defendants.

No. CV-07-8150 (KMK)(GAY)

---

## STIPULATION

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that in exchange for the agreement by defendants City of Peekskill, David Levine, Thomas McIntyre and Eugene Tumolo not to raise any objections or defenses based on lack of notice with respect to plaintiff's *respondeat superior* claim for malicious prosecution, plaintiff Jeffrey Deskovic hereby discontinues with prejudice all of his state law claims against all of the defendants except for his claim for malicious prosecution against the City of Peekskill, through the doctrine of *respondeat superior*.

34694961

This stipulation may be signed in counterparts.

Dated: White Plains, New York
August 26, 2011

NEUFELD SCHECK & BRUSTIN, LLP
Attorneys for Plaintiff

By: _____
Nick Brustin
99 Hudson Street, 8th Floor
New York, NY 10013
(212) 965-9081

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for Defendants City of
Peekskill, David Levine, Thomas
McIntyre, and Walter Brovarski

By: _____
Peter Meisels
3 Gannett Drive
White Plains, NY 10604
(914) 872-7156

STILLMAN FRIEDMAN & SHECTMAN, P.C.
Attorneys for Defendant Eugene Tumolo
425 Park Ave.
New York, NY 10022

By: _____
James Mitchell

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.
9/5/11

3469496.1