UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

    Plaintiff,

v.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, PETER INSERO, and LEGAL AID
SOCIETY OF WESTCHESTER COUNTY

    Defendants.

No. CV-07-8150 (KMK)(GAY)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that Plaintiff JEFFREY DESKOVIC hereby discontinues with prejudice all claims against defendant EUGENE TUMOLO arising from the allegations set forth in Plaintiff DESKOVIC's Third Amended Complaint except for COUNT VI, Supervisory Liability, and COUNT VIII, Failure to Intercede.

Dated: New York, New York
August 31, 2011

NEUFELD SCHECK & BRUSTIN, LLP
Attorneys for Plaintiff Jeffrey Deskovic

By: _____
Nick Brustin
99 Hudson Street, 8th Floor
New York, NY 10013
(212) 965-9081


STILLMAN FRIEDMAN & SHECHTMAN, P.C.
Attorneys for Defendant Eugene Tumolo

By: _____
James Mitchell
425 Park Ave.
New York, NY 10022

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
9/8/11