USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

    Plaintiff,

v.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY

    Defendants.

No. CV-07-8150 (KMK)(GAY)

---

LINDA MCGARR,

    Plaintiff,

v.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY

    Defendants.

No. 07-CV-9488 (KMK)(GAY)

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that in exchange for the agreement by defendants City of Peekskill, David Levine, Thomas McIntyre, and Eugene Tumolo not to put forth any argument that Walter Brovarski caused or was in any way responsible for Jeffrey Deskovic's alleged

3469546.1

wrongful incarceration or the other injuries or damages for which plaintiffs Jeffrey Deskovic and Linda McGarr seek to hold defendants David Levine, Thomas McIntyre and Eugene Tumolo accountable, plaintiffs hereby discontinue with prejudice all claims against defendant Walter Brovarski arising from the allegations set forth in plaintiff Deskovic's Third Amended Complaint and plaintiff McGarr's Second Amended Complaint.

This stipulation may be signed in counterparts.

Dated: White Plains, New York
August __, 2011

NEUFELD SCHECK & BRUSTIN, LLP
Attorneys for Plaintiff Jeffrey Deskovic

By: _____
Nick Brustin
99 Hudson Street, 8th Floor
New York, NY 10013
(212) 965-9081

STILLMAN FRIEDMAN & SHECTMAN, P.C.
Attorneys for Defendant Eugene Tumolo

By: _____
James Mitchell
425 Park Ave.
New York, NY 10022

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for Defendants City of Peekskill, David Levine, Thomas McIntyre, and Walter Brovarski

By: _____
Peter Meisels
3 Gannett Drive
White Plains, NY 10604
(914) 872-7156

EMERY CELLI BRINCKERHOFF
& ABADY, LLP
Attorneys for Plaintiff Linda McGarr

By: _____
Diane Houk
75 Rockefeller Plaza
20th Floor
New York, NY 10019

3469546.1

wrongful incarceration or the other injuries or damages for which plaintiffs Jeffrey Deskovic and Linda McGarr seek to hold defendants David Levine, Thomas McIntyre and Eugene Tumolo accountable, plaintiffs hereby discontinue with prejudice all claims against defendant Walter Brovarski arising from the allegations set forth in plaintiff Deskovic's Third Amended Complaint and plaintiff McGarr's Second Amended Complaint.

This stipulation may be signed in counterparts.

Dated: _____, New York
   August __, 2011

NEUFELD SCHECK & BRUSTIN, LLP
Attorneys for Plaintiff Jeffrey Deskovic

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for Defendants City of
Peekskill, David Levine, Thomas
McIntyre, and Walter Brovarski

By: _____
 Nick Brustin
 99 Hudson Street, 8th Floor
 New York, NY 10013
 (212) 965-9081

By: _____
 Peter Meisels
 3 Gannett Drive
 White Plains, NY 10604
 (914) 872-7156

STILLMAN FRIEDMAN & SHECTMAN, P.C.
Attorneys for Defendant Eugene Tumolo

EMERY CELLI BRINCKERHOFF
& ABADY, LLP
Attorneys for Plaintiff Linda McGarr

By: _____
 James Mitchell
 425 Park Ave.
 New York, NY 10022

By: *[signature]* Diane L. Houk
 Diane Houk
 75 Rockefeller Plaza
 20th Floor
 New York, NY 10019

SO ORDERED: *[signature]*
Kenneth M. Karas, U.S.D.J.
9/28/11

1469546.1