UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

    Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, PETER INSERO, and LEGAL AID
SOCIETY OF WESTCHESTER COUNTY

    Defendants.

STIPULATION PURSUANT TO
FRCP 41 DISCONTINUING
PLAINTIFF'S ACTION AND
DEFENDANTS' CROSS-CLAIMS
WITH PREJUDICE AGAINST
DEFENDANTS WESTCHESTER
COUNTY, LOUIS ROH AND
MILLARD HYLAND ONLY

No. 07-CV-8150 (KMK)(GAY)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

---

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), by and between the undersigned, the attorneys of record for the plaintiff Jeffrey Deskovic and the defendants City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, Daniel Stephens, Louis Roh and Millard Hyland, that whereas no party hereto is an infant or incompetent person for whom a committee or conservatee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action including all cross-claims asserted by the defendants be, and the same hereby is discontinued with prejudice as to the settling defendants Westchester County, Louis Roh and Millard Hyland only, without costs to the settling parties as against the others. All cross-claims asserted by the settling defendants Westchester County, Louis Roh and Millard Hyland are discontinued with prejudice.

The signing of this stipulation shall not operate to waive or diminish the right of the defendants, City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, Daniel Stephens and Putnam County to seek an apportionment of liability against Westchester County, Louis Roh and Millard Hyland. This stipulation may be filed without further notice with the Clerk of the Court.

This Stipulation may be executed in counterparts.

Dated: White Plains, New York
July 22, 2011

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: _____
Lalit K. Loomba, Esq.
Attorneys for Defendants
City of Peekskill, David Levine, Thomas McIntyre and
Walter Brovarski
3 Gannett Drive
White Plains, New York 10604
(914)323-7000


BLEAKLEY PLATT & SCHMIDT, LLP

By:_____
Peter Harrington, Esq.
Attorneys for Defendant, Louis Roh
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700

STILLMAN FRIEDMAN & SCHECHTMAN, P.C.

By:_____
James Mitchell, Esq.
Attorneys for Defendant Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

2

3405577.1

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER, LLP

By: _____
    Stuart E. Kahan, Esq. of counsel to Westchester
    County Attorney Robert F. Meehan, Attorneys for
    Defendants Westchester County and Millard
    Hyland
    120 Bloomingdale Road, Suite 100
    White Plains, New York 10605
    (914) 422-3900

GELARDI & RANDAZZO, LLP

By: _____
    Vincent Garlardi, Esq.
    Attorneys for Defendants Putnam County
      and Daniel Stephens
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 251-0603

HARWOOD LLOYD, LLC

By: _____
    Robert Dellocate, Esq.
    Attorneys for Defendants Putnam County and
      and Daniel Stephens
    130 Main Street
    Hackensack, New Jersey 07601
    (210) 487-1080

NEUFELD SCHECK & BRUSTIN, LLP

By: _____
    Nick Brustin, Esq.
    Attorneys Plaintiff
    99 Hudson Street
    8th Floor
    New York, New York 10013
    (212) 965-9081

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER, LLP

By:_____
    Stuart E. Kahan, Esq. of counsel to Westchester
    County Attorney Robert F. Meehan, Attorneys for
    Defendants Westchester County and Millard
    Hyland
    120 Bloomingdale Road, Suite 100
    White Plains, New York 10605
    (914) 422-3900

GELARDI & RANDAZZO, LLP

By:_____
    Vincent Garlardi, Esq.
    Attorneys for Defendants Putnam County
      and Daniel Stephens
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 251-0603

HARWOOD LLOYD, LLC

By: _[signature]_____
    Robert ~~Dellocate,~~ Esq. Delicate
    Attorneys for Defendants Putnam County and
      and Daniel Stephens
    130 Main Street
    Hackensack, New Jersey 07601
    (210) 487-1080

NEUFELD SCHECK & BRUSTIN, LLP

By:_____
    Nick Brustin, Esq.
    Attorneys Plaintiff
    99 Hudson Street
    8th Floor
    New York, New York 10013
    (212) 965-9081

3

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER, LLP

By:_____
    Stuart E. Kahan, Esq. of counsel to Westchester
    County Attorney Robert F. Meehan, Attorneys for
    Defendants Westchester County and Millard
    Hyland
    120 Bloomingdale Road, Suite 100
    White Plains, New York 10605
    (914) 422-3900

GELARDI & RANDAZZO, LLP

By:_____
    Vincent Gelardi, Esq.
    Attorneys for Defendants Putnam County
      and Daniel Stephens
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 251-0603

HARWOOD LLOYD, LLC

By:_____
    Robert Dellocate, Esq.
    Attorneys for Defendants Putnam County and
      and Daniel Stephens
    130 Main Street
    Hackensack, New Jersey 07601
    (210) 487-1080

NEUFELD SCHECK & BRUSTIN, LLP

By:_____
    Nick Brustin, Esq.
    Attorneys Plaintiff
    99 Hudson Street
    8th Floor
    New York, New York 10013
    (212) 965-9081

The signing of this stipulation shall not operate to waive or diminish the right of the defendants, City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, Daniel Stephens and Putnam County to seek an apportionment of liability against Westchester County, Louis Roh and Millard Hyland. This stipulation may be filed without further notice with the Clerk of the Court.

This Stipulation may be executed in counterparts.

Dated: White Plains, New York
July 22, 2011

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: _____
Lalit K. Loomba, Esq.
Attorneys for Defendants
City of Peekskill, David Levine, Thomas McIntyre and
Walter Brovarski
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
Peter Harrington, Esq.
Attorneys for Defendant, Louis Roh
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700

STILLMAN FRIEDMAN & SCHECHIMAN, P.C.

By: _____
James Mitchell, Esq.
Attorneys for Defendant Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

2

3405577.1

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER, LLP

By:_____
    Stuart E. Kahan, Esq. of counsel to Westchester
    County Attorney Robert F. Meehan, Attorneys for
    Defendants Westchester County and Millard
    Hyland
    120 Bloomingdale Road, Suite 100
    White Plains, New York 10605
    (914) 422-3900

GELARDI & RANDAZZO, LLP

By:_____
    Vincent Garlardi, Esq.
    Attorneys for Defendants Putnam County
      and Daniel Stephens
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 251-0603

HARWOOD LLOYD, LLC

By:_____
    Robert Dellocate, Esq.
    Attorneys for Defendants Putnam County and
      and Daniel Stephens
    130 Main Street
    Hackensack, New Jersey 07601
    (210) 487-1080

NEUFELD SCHECK & BRUSTIN, LLP

By: _____
    Nick Brustin, Esq.
    Attorneys Plaintiff
    99 Hudson Street
    8th Floor
    New York, New York 10013
    (212) 965-9081

_____
U.S.D.J.      10/5/11

3

3405577.1