# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK |

-------------------------------------------------------------------X

**JEFFREY DESKOVIC,**

            Plaintiff(s),

**CITY OF PEEKSKILL, PUTNAM COUNTY, ET AL.,**

            Defendant(s).

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

Civil Action No.: CV-07-8150 (KMK)(GAY)

-------------------------------------------------------------------X

**LINDA MCGARR,**

            Plaintiff(s),

**CITY OF PEEKSKILL, WESTCHESTER COUNTY, ET AL.,**

            Defendant(s).

Civil Action No.: CV-07-9488 (KMK)(GAY)

-------------------------------------------------------------------X

**CITY OF PEEKSKILL,**

            Third-Party Plaintiff(s),

**WESTPORT INSURANCE COMPANY, ET AL.,**

            Third-Party Defendant(s).

Civil Action No.: CV-07-9488 (KMK)(GAY)

-------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Tuesday, September 27, 2011, at 9:05 A.M. deponent **served** the within Cover Letter Dated 9/26/11; **Summons** and **Third Party Complaint** which was endorsed with the Civil Action No.: CV-07-8150; **Summons** and **Third Party Complaint** which was endorsed with the Civil Action No.: CV-07-9488; and **Order** dated September 19, 2011 in both above-captioned actions and included a check for $40.

Upon:         **Westport Insurance Company** as a successor-in-interest to **International Insurance Company**
Located at:    c/o State of New York, Insurance Department, Superintendent of Insurance, 25 Beaver Street, 4th Floor, New York, New York 10004

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **Westport Insurance Company** as a successor-in-interest to **International Insurance Company,** c/o State of New York, Insurance Department, Superintendent of Insurance, **personally**, deponent knew said corporation so served to be the corporation described in said Third Party Summons in a Civil Action and knew said individual to be **Charlene E. Norris** – Administration, General Counsel's Office, thereof and she stated that she was authorized to accept service of process for Westport Insurance Company as a successor-in-interest to International Insurance Company, c/o State of New York, Insurance Department, Superintendent of Insurance

Charlene E. Norris' Description: African American, Black Skin, Female, Black Hair, 50 Years Old, 5'4" and 125 Lbs

                                                                                        Corey Guskin
                                                                                        License # 1094475

Sworn to before me this 27th day of September, 2011

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires Nov ? ?? 14