UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEFFREY DESKOVIC,

           Plaintiff,                    Docket No.: 07 CV 8150

                                            NOTICE OF APPEARANCE

   -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE
THOMAS McINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE,
SUPERVISORS DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, AND ALAN TWEED,

           **Defendants.**
-----------------------------------------------------------x

       **PLEASE TAKE NOTICE,** That Thomas A. Martin, Esq., a member of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Third Party Defendant, THE TRAVELERS INDEMNITY COMPANY, as successor-in-interest by merger of GULF INSURANCE COMPANY s/h/a THE TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
          October 17, 2011

By: _____
Thomas A. Martin, Esq.
PUTNEY, TWOMBLY, HALL & HIRSON LLP
*Attorneys for Plaintiffs*
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
E-mail: tmartin@putneylaw.com