UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, ET AL.,<br><br>                Defendants. | No. CV-07-8150 (KMK) (GAY)<br><br>**NOTICE OF APPEARANCE** |
| LINDA MCGARR,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, ET AL.,<br><br>                Defendants. | No. CV-07-9488 (KMK) (GAY)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned attorney hereby appears as an attorney of record for Third-Party Defendant United National Insurance Company in the above-referenced actions and further requests that copies of all papers in these actions be served upon her at her office and address set forth below.

CH/379737V1

Dated: October 18, 2011

SEDGWICK LLP

By: _____
Jessika J. Moon (JM-3108)
**SEDGWICK LLP**
*Attorneys for Third-Party Defendant*
UNITED NATIONAL INSURANCE COMPANY
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202 Telephone
(212) 422-0925 Facsimile
jessika.moon@sedgwicklaw.com

## CERTIFICATE OF SERVICE

I, JESSIKA J. MOON, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served **via ECF** and **via regular mail** on October 18, 2011, upon:

See attached service list

Dated: New York, New York
October 18, 2011

*Jessika J. Moon*
Jessika J. Moon

1

NY/753788v1

## SERVICE LIST

| | |
|---|---|
| **Plaintiff Jeffrey Deskovic** | Barry C. Scheck<br>Cochran, Neufeld & Scheck, LLP<br>99 Hudson Street<br>New York, NY 10013<br>(212) 965-9081<br>Fax: (212) 965-9084 |
| **Consolidated Plaintiff Linda McGarr** | Eric J. Hecker<br>Emery Celli Brinckerhoff & Abady, LLP<br>75 Rockefeller Plaza<br>20th Floor<br>New York, NY 10019<br>(212) 763-5000<br>Fax: (212) 763-5001 |
| **Movant M.D. Charles Catanese** | Joseph F. Mahoney<br>County Attorney, County of Orange, New York<br>Law Dept., 255 Main Street<br>Goshen, NY 10924<br>(845) 291-3150<br>Fax: (845) 291-3167<br>Email: jjmahoney@orangecountygov.com |
| **Defendant City of Peekskill** | William Gorman Passannante<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1000<br>Fax: (212) 278-1733<br>Email: wpassannante@andersonkill.com<br><br>Peter Alexander Meisels<br>Wilson Elser, Moskowitz Edelman & Dicker LLP<br>(White Plains)<br>3 Gannett Drive<br>White Plains, NY 10604<br>(914) 323-7000<br>Fax: (914) 323-7001<br>Email: peter.meisels@wilsonelser.com |

| | |
|---|---|
| **Defendant Westchester County** | Stuart Evan Kahan<br>Oxman Tulis Kirpatrick Whyatt & Geiger, LLP<br>120 Bloomingdale Road<br>White Plains, NY 10605<br>(914) 422-3900<br>Fax: (914) 422-3636<br>Email: skahan@oxmanlaw.com |
| **Defendant David Levine** | John Martin Flannery<br>Wilson Elser Moskowitz Edelman & Dicker LLP (CT)<br>1010 Washington Blvd.<br>Stamford, CT 06901<br>(914) 323-7000<br>Fax: (914) 323-7001<br>Email: john.flannery@wilsonelser.com |
| **Defendant Eugene Tumolo** | James Alfred Mitchell<br>Stillman, Friendman & Shechtman, P.C.<br>425 Park Avenue<br>New York, NY 10022<br>(212) 223-0200<br>Fax: (212) 223-1942<br>Email: jmitchell@stillmanfriedman.com |
| **Defendant Louis Roh** | Robert Meade<br>Bleakley Platt & Schmidt, LLP<br>One North Lexington Avenue<br>White Plains, NY 10601<br>(914) 287-6112<br>Fax: (914) 683-6956<br>Email: remade@bplaw.com |
| **Defendant New York State Department of Health** | Kathryn Elena Leone<br>Office of the Attorney General, New York State<br>120 Broadway<br>New York, NY 10271<br>(212) 416-8661<br>Email: kathryn.leone@ag.ny.gov |
| **Cross Claimant Daniel Stephens** | James A. Randazzo<br>Gelardi & Randazzo LLO<br>800 Westchester Ave.,Suite S-608<br>Rye Brooke, NY 10573<br>(914) 328-5590<br>Fax: (914) 328-5591<br>jrandazzo@gandrlaw.com |

| | |
|---|---|
| **Westport Insurance Company,** as successor-in-interest to North River Insurance Company<br><br>**North River Insurance Company**<br><br>**Westport Insurance Company,** as a successor-in-interest to International Insurance Company | Darcy Ibach<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 West Adams Street<br>Suite 300<br>Chicago, IL 60661<br>dibach@lbbslaw.com<br>(312) 463-3339 |
| **TIG Insurance Company, as a successor-in-interest to International Insurance Company** | TIG Insurance Co.<br>250 Commercial Street<br>Suite 5000<br>Manchester, NH 03101-1116<br>(603) 656-2233 |
| **Underwriters at Lloyd's, London**<br><br>**CX Reinsurance Company Limited,** as successor-in-interest to CNA International Reinsurance Company<br><br>**CX Reinsurance Company Limited,** as successor-in-interest to CNA Reinsurance of London, Limited<br><br>**Sphere Drake Insurance PLC**<br><br>**United National Insurance Company** | Patrick T. Walsh<br>Jill A. Kaplan<br>Hinkhouse Williams Walsh LLP<br>180 Stetson Avenue<br>Suite 3400<br>Chicago, IL 60601<br>pwalsh@hww-law.com<br><br>(312) 784-5412<br>jkaplan@hww-law.com<br>(312) 784-5421 |
| **Illinois Union Insurance Company** | ACE INA Ins. Co. of North America<br>436 Walnut Street<br>Philadelphia, PA 19106-3703<br>(215) 640-1000 |
| **Travelers Indemnity Company as successor-in-interest to Gulf Insurance Company** | Travelers Indemnity Co.<br>One Tower Square<br>Hartford, CT 06183<br>(860) 277-0111 |
| **American Motorists Insurance Company,** as successor-in-interest to American Protection Insurance Company<br><br>**American Motorists Insurance Company,** as successor-in-interest to Specialty National Insurance Company | Karen M. Dixon<br>Meckler Bulger Tilson Marick & Pearson<br>123 N. Wacker Dr. Suite 1800<br>Chicago, IL 60606<br>karen.dixon@mbtlaw.com<br>(312) 474-7900<br>(312) 474-7913<br>Fax (312) 474-7898 |

| | |
|---|---|
| **Harco National Insurance Company** | Harco National Insurance Co.<br>702 Oberlin Road<br>Raleigh, NC 27605 |
| **Illinois National Insurance Company** | Illinois National Insurance Co.<br>300 South Riverside Plaza<br>Suite 2100<br>Chicago, IL 60606-6613 |
| **Markel American Insurance Company** | Steven J. Fried<br>Clausen Miller PC<br>One Chase Manhattan Plaza<br>39th Floor<br>New York, NY 10005<br>sfried@clausen.com<br>Tel: (212) 805-3920 |