UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, ET AL.,<br><br>　　　　　　　Defendants. | No. CV-07-8150 (KMK) (GAY)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |
| LINDA MCGARR,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, ET AL.,<br><br>　　　　　　　Defendants. | No. CV-07-9488 (KMK) (GAY)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendant United National Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

　　　All outstanding shares of Third-Party Defendant, United National Insurance Company, are owned by American Insurance Service, Inc., a corporation domiciled in the Commonwealth of Pennsylvania. American Insurance Service, Inc. is ultimately owned by Global Indemnity Services, Ltd.. which is domiciled in Ireland and publicly traded on NASDAQ. United National Insurance Company owns 100% of the common stock of Diamond State Insurance Company, 100% of common stock of Penn Independent Corporation, and 2.2% of the common stock of Penn-America Group, Inc.

Dated:  New York, New York
        October 18, 2011

                        Respectfully submitted,

                        By: _____
                        Jessika J. Moon (JM-3108)
                        SEDGWICK LLP
                        *Attorneys for Third-Party Defendant*
                        UNITED NATIONAL INSURANCE COMPANY
                        125 Broad Street, 39th Floor
                        New York, New York 10004-2400
                        (212) 422-0202 Telephone
                        (212) 422-0925 Facsimile
                        [Our file no. 04730-000006]

*Of Counsel:*
Catalina J. Sugayan (*pro hac vice* pending)
David M. Dolendi (*pro hac vice* pending)
SEDGWICK LLP
One North Wacker Dr., Suite 4200
Chicago, IL 60606
(312) 641-9050/Telephone
(312) 941-9530/Facsimile

## CERTIFICATE OF SERVICE

I, JESSIKA J. MOON, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** was served **via ECF** and **via regular mail** on October 18, 2011, upon:

See attached service list

Dated: New York, New York
October 18, 2011

*Jessika J. Moon*

## SERVICE LIST

| | |
|---|---|
| **Plaintiff Jeffrey Deskovic** | Barry C. Scheck<br>Cochran, Neufeld & Scheck, LLP<br>99 Hudson Street<br>New York, NY 10013<br>(212) 965-9081<br>Fax: (212) 965-9084 |
| **Consolidated Plaintiff Linda McGarr** | Eric J. Hecker<br>Emery Celli Brinckerhoff & Abady, LLP<br>75 Rockefeller Plaza<br>20th Floor<br>New York, NY 10019<br>(212) 763-5000<br>Fax: (212) 763-5001 |
| **Movant M.D. Charles Catanese** | Joseph F. Mahoney<br>County Attorney, County of Orange, New York<br>Law Dept., 255 Main Street<br>Goshen, NY 10924<br>(845) 291-3150<br>Fax: (845) 291-3167<br>Email: jjmahoney@orangecountygov.com |
| **Defendant City of Peekskill** | William Gorman Passannante<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1000<br>Fax: (212) 278-1733<br>Email: wpassannante@andersonkill.com<br><br>Peter Alexander Meisels<br>Wilson Elser, Moskowitz Edelman & Dicker LLP<br>(White Plains)<br>3 Gannett Drive<br>White Plains, NY 10604<br>(914) 323-7000<br>Fax: (914) 323-7001<br>Email: peter.meisels@wilsonelser.com |

| | |
|---|---|
| **Defendant Westchester County** | Stuart Evan Kahan<br>Oxman Tulis Kirpatrick Whyatt & Geiger, LLP<br>120 Bloomingdale Road<br>White Plains, NY 10605<br>(914) 422-3900<br>Fax: (914) 422-3636<br>Email: skahan@oxmanlaw.com |
| **Defendant David Levine** | John Martin Flannery<br>Wilson Elser Moskowitz Edelman & Dicker LLP (CT)<br>1010 Washington Blvd.<br>Stamford, CT 06901<br>(914) 323-7000<br>Fax: (914) 323-7001<br>Email: john.flannery@wilsonelser.com |
| **Defendant Eugene Tumolo** | James Alfred Mitchell<br>Stillman, Friendman & Shechtman, P.C.<br>425 Park Avenue<br>New York, NY 10022<br>(212) 223-0200<br>Fax: (212) 223-1942<br>Email: jmitchell@stillmanfriedman.com |
| **Defendant Louis Roh** | Robert Meade<br>Bleakley Platt & Schmidt, LLP<br>One North Lexington Avenue<br>White Plains, NY 10601<br>(914) 287-6112<br>Fax: (914) 683-6956<br>Email: remade@bplaw.com |
| **Defendant New York State Department of Health** | Kathryn Elena Leone<br>Office of the Attorney General, New York State<br>120 Broadway<br>New York, NY 10271<br>(212) 416-8661<br>Email: kathryn.leone@ag.ny.gov |
| **Cross Claimant Daniel Stephens** | James A. Randazzo<br>Gelardi & Randazzo LLO<br>800 Westchester Ave., Suite S-608<br>Rye Brooke, NY 10573<br>(914) 328-5590<br>Fax: (914) 328-5591<br>jrandazzo@gandrlaw.com |

| | |
|---|---|
| **Westport Insurance Company,** as successor-in-interest to North River Insurance Company<br><br>**North River Insurance Company**<br><br>**Westport Insurance Company,** as a successor-in-interest to International Insurance Company | Darcy Ibach<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 West Adams Street<br>Suite 300<br>Chicago, IL 60661<br>dibach@lbbslaw.com<br>(312) 463-3339 |
| **TIG Insurance Company, as a successor-in-interest to International Insurance Company** | TIG Insurance Co.<br>250 Commercial Street<br>Suite 5000<br>Manchester, NH 03101-1116<br>(603) 656-2233 |
| **Underwriters at Lloyd's, London**<br><br>**CX Reinsurance Company Limited,** as successor-in-interest to CNA International Reinsurance Company<br><br>**CX Reinsurance Company Limited,** as successor-in-interest to CNA Reinsurance of London, Limited<br><br>**Sphere Drake Insurance PLC**<br><br>**United National Insurance Company** | Patrick T. Walsh<br>Jill A. Kaplan<br>Hinkhouse Williams Walsh LLP<br>180 Stetson Avenue<br>Suite 3400<br>Chicago, IL 60601<br>pwalsh@hww-law.com<br><br>(312) 784-5412<br>jkaplan@hww-law.com<br>(312) 784-5421 |
| **Illinois Union Insurance Company** | ACE INA Ins. Co. of North America<br>436 Walnut Street<br>Philadelphia, PA 19106-3703<br>(215) 640-1000 |
| **Travelers Indemnity Company as successor-in-interest to Gulf Insurance Company** | Travelers Indemnity Co.<br>One Tower Square<br>Hartford, CT 06183<br>(860) 277-0111 |
| **American Motorists Insurance Company,** as successor-in-interest to American Protection Insurance Company<br><br>**American Motorists Insurance Company,** as successor-in-interest to Specialty National Insurance Company | Karen M. Dixon<br>Meckler Bulger Tilson Marick & Pearson<br>123 N. Wacker Dr. Suite 1800<br>Chicago, IL 60606<br>karen.dixon@mbtlaw.com<br>(312) 474-7900<br>(312) 474-7913<br>Fax (312) 474-7898 |

| | |
|---|---|
| **Harco National Insurance Company** | Harco National Insurance Co.<br>702 Oberlin Road<br>Raleigh, NC 27605 |
| **Illinois National Insurance Company** | Illinois National Insurance Co.<br>300 South Riverside Plaza<br>Suite 2100<br>Chicago, IL 60606-6613 |
| **Markel American Insurance Company** | Steven J. Fried<br>Clausen Miller PC<br>One Chase Manhattan Plaza<br>39th Floor<br>New York, NY 10005<br>sfried@clausen.com<br>Tel: (212) 805-3920 |