# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

**JEFFREY DESKOVIC,**

             Plaintiff(s),

**CITY OF PEEKSKILL, PUTNAM COUNTY, ET AL.,**

             Defendant(s).

-----------------------------------------------------------------X

**LINDA MCGARR,**

             Plaintiff(s),

**CITY OF PEEKSKILL, WESTCHESTER COUNTY, ET AL.,**

             Defendant(s).

-----------------------------------------------------------------X

**CITY OF PEEKSKILL,**

             Third-Party Plaintiff(s),

**WESTPORT INSURANCE COMPANY, ET AL.,**

             Third-Party Defendant(s).

-----------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

Civil Action No.: CV-07-8150 (KMK)(GAY)

Civil Action No.: CV-07-9488 (KMK)(GAY)

Civil Action No.: CV-07-9488 (KMK)(GAY)

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Tuesday, September 27, 2011, at 9:05 A.M. deponent **served** the within Cover Letter Dated 9/26/11; **Summons** and **Third Party Complaint** which was endorsed with the Civil Action No.: CV-07-8150; **Summons** and **Third Party Complaint** which was endorsed with the Civil Action No.: CV-07-9488; and **Order** dated September 19, 2011 in both above-captioned actions and included a check for $40.

Upon:       **CX Reinsurance Company Limited** as successor-in-interest to **CNA International Reinsurance Company**
Located at:  c/o State of New York, Insurance Department, Superintendent of Insurance, 25 Beaver Street, 4th Floor, New York, New York 10004

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **CX Reinsurance Company Limited** as successor-in-interest to **CNA International Reinsurance Company**, c/o State of New York, Insurance Department, Superintendent of Insurance, **personally**, deponent knew said corporation so served to be the corporation described in said Third Party Summons in a Civil Action and knew said individual to be **Charlene E. Norris** – Administration, General Counsel's Office, thereof and she stated that she was authorized to accept service of process for CX Reinsurance Company Limited as successor-in-interest to CNA International Reinsurance Company, c/o State of New York, Insurance Department, Superintendent of Insurance

Charlene E. Norris' Description: African American, Black Skin, Female, Black Hair, 50 Years Old, 5'4" and 125 Lbs

                                                                Corey Guskin
                                                                License # 1094475

Sworn to before me this 27th day of September, 2011

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires Nov. 1, 20[14]