UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

                              Plaintiff,

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMASMCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

                              Defendants.

CITY OF PEEKSKILL,

                              Third-Party Plaintiff,

      -against-

WESTPORT INSURANCE COMPANY as Successor-in-interest to NORTH RIVER INSURANCE COMPANY,

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

      *Caption continued on next page*

**CV-07-8150(KMK)(GAY)**
ECF CASE

> **Caption continued from previous page**
>
> CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,
>
> CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED
>
> SPHERE DRAKE INSURANCE PLC,
>
> ILLINOIS UNION INSURANCE COMPANY,
>
> UNITED NATIONAL INSURANCE COMPANY,
>
> TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,
>
> AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,
>
> AMERICAN MOTORIST INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,
>
> HARCO NATIONAL INSURANCE COMPANY,
>
> ILLINOIS NATIONAL INSURANCE COMPANY, and
>
> MARKEL AMERICAN INSURANCE COMPANY,
>
>                       Third-Party Defendants

## APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants, Certain Underwriters at Lloyd's, London (see Attachment A hereto);

CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company; CX Reinsurance Company Limited, as successor-in-interest to CNA Reinsurance of London, Limited; RiverStone (UK) Limited, as successor-in-interest to Sphere Drake Insurance Limited (formerly known as Sphere Drake Insurance PLC); and United National Insurance Company (as to Policy Numbers CP62686; CPD62686; CP62831; and CPD62831 only, as identified on Exhibit A to City of Peekskill's Third Party Complaint) (collectively, "London Insurers"). This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

October 20, 2011                              Respectfully Submitted,


                                              ___s/ Matthew B. Anderson_____
                                              MENDES & MOUNT



Patrick T. Walsh, # 6202062                   Matthew B. Anderson #MA9145
Bradley Klein # 6300224                       MENDES & MOUNT LLP
HINKHOUSE WILLIAMS WALSH LLP                  750 Seventh Avenue
180 N. Stetson Ave., Suite 3400               New York, New York 10019
Chicago, IL 60601                             Phone: (212) 261-8412
Phone: (312) 784-5400


Attorneys for Defendants Certain Underwriters at Lloyd's, London; CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company; CX Reinsurance Company Limited, as successor-in-interest to CNA Reinsurance of London, Limited; RiverStone (UK) Limited, as successor-in-interest to Sphere Drake Insurance Limited (formerly known as Sphere Drake Insurance PLC); and United National Insurance Company (as to Policy Numbers CP62686; CPD62686; CP62831; and CPD62831 only, as identified on Exhibit A to City of Peekskill's Third Party Complaint).

## **ATTACHMENT A**

The below Syndicate numbers are those Syndicates whose members may have subscribed individually, and not jointly, each for their own part and not for the part of another, to one or more of the policies alleged in the City of Peekskill's Third Party Complaint and severally subscribed by Certain Underwriters at Lloyd's, London. This list is based upon information currently available to Certain Underwriters at Lloyd's, London, and those Defendants expressly reserve the right to supplement or amend this list.

| | | | |
|---|---|---|---|
| 15  | 212 | 570  | 1034 |
| 47  | 269 | 604  | 1051 |
| 122 | 289 | 620  | 1086 |
| 164 | 322 | 923  | 1096 |
| 190 | 376 | 947  | 1113 |
| 204 | 484 | 990  | 1141 |
| 205 | 529 | 991  | 1145 |
| 210 | 546 | 1007 | 1151 |

4831-7543-3740, v. 1