UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br>        Plaintiff,<br>v.<br>CITY OF PEEKSKILL,<br>        Defendant, Third-Party Plaintiff,<br>v.<br>WESTPORT INSURANCE COMPANY,<br>        Third-Party Defendant. | Civil Action No. CV-07-8150<br>(KMK)(GAY) |

## APPEARANCE OF COUNSEL

**TO:** The Clerk of Court and all parties of record

Please take notice, that Stephanie A. Nashban, a member of Lewis Brisbois Bisgaard & Smith LLP, being admitted or otherwise authorized to practice before this Court, hereby appears in this case as counsel for: Third-Party Defendant Westport Insurance Corporation (improperly titled as Westport Insurance Company); Third-Party Defendant Westport Insurance Corporation as Successor-In-Interest to North River Insurance Company, and Third-Party Defendant Westport Insurance Corporation as Successor-in-Interest to International Insurance Company, and requests that a copy of all papers in this action be served upon the undersigned at the address stated below and served on Darcy L. Ibach, Lewis Bisgaard & Smith LLP, 550 W. Adams, Suite 300, Chicago, Illinois, 60661.

Dated: New York, New York
      October 24, 2011

By: _____
    Stephanie A. Nashban (SN-6806)
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    *Attorney for Westport Insurance Corporation*
    77 Water Street, Suite 2100
    New York, New York  10005
    (212) 232-1300
    (212) 232-1399 *(FAX)*
    nashban@lbbslaw.com

Darcy L. Ibach
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams – suite 300
Chicago, IL  60661
(312) 312-463-3339
(312) 345-1778 (fax)
dibach@lbbslaw.com