## <u>CERTIFICATE OF SERVICE</u>

I, Stephanie A. Nashban, hereby certify and affirm that a true and correct copy of the attached Appearance was served via ECF and regular mail on October 24, 2011 upon:

See Attached Service List.

Dated: New York, New York
October 24, 2011

_____
Stephanie A. Nashban

SERVICE LIST

**Plaintiff, Jeffrey Deskovic**
Barry C. Scheck
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY  10013
(212) 965-9081
(212) 965-9084 (fax)

**Plaintiff, Linda McGarr**
Eric J. Hecker
Emery Celli Brinckerhoff & Abady LLP
75 Rockerfeller Plaza
20th Floor
New York, NY  10019
(212) 763-5000
(212) 763-5001  (fax)

**Defendant/Third Party Plaintiff**
William Gorman Passannante
Anderson Kill & Olick P.C.
1251 Avenue of the Americas
New York, NY  10020
(212) 278-1000
(212) 278-1733  (fax)
email: wpassannante@andersonkill.com

Peter Alexander Meisels
Wilson Elser Moskowitz Edelman & Dicker LLP
(White Plains)
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
(914) 323-7001 (fax)
email:  peter.meisels@wilsonelser.com

**Cross-Claimant Daniel Stephens**
James A. Randazzo
Gelardi & Randazzo LLO
800 Westchester Ave, Suite S-608
Rye Brooke, NY  10573
(914) 328-5590
(914) 328-5591 fax
jrandazzo@gandrlaw.com

**Westport Insurance Corporation,**
**Westport Insurance Corporation**
**As Successor-In-Interest to**
**North River Insurance Company and**
**Westport Insurance Corporation**
**As Successor-In-Interest to**
**International Insurance Company**

Stephanie A. Nashban
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street – Suite 2100
New York, New York  10005
(212) 232-1300
nashban@lbbslaw.com

Darcy L. Ibach
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street – Suite 300
Chicago, IL  60661
(312) 463-3339
(312) 345-1778 (fax)
dibach@lbbslaw.com

**TIG Insurance Company, as a**
**Successor-In-Interest to**
**International Insurance Company**

TIG Insurance Co.
250 Commercial St.  Suite 5000
Manchester, NH  03101-1116
(603) 656-2233

**Underwriters at Lloyd's London**

**CX Reinsurance Company Limited, as**
**Successor-In-Interest to CNA Intl.**
**Reinsurance Company**

**CX Reinsurance Company Limited, as**
**Successor-In-Interest to CNA**
**Reinsurance of London, Limited**

Patrick T. Walsh
Jill A. Kaplan
Hinkhouse Williams Walsh LLP
180 Stetson Avenue – Suite 3400
Chicago, Il  60601

pwalsh@hww-law.com
(312) 784-5412
jkaplan@hww-law.com
(312) 784-5421

**United National Insurance Company**
Jessika J. Moon
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York  10004-2400
(212) 422-0202

**Illinois Union Insurance Company**

ACE INA Ins. Co. of North America
436 Walnut Street
Philadelphia, PA 19106-3703
(215) 640-1000

**Travelers Indemnity Company as
Successor-In-Interest to Gulf
Insurance Company**

Thomas A. Martin
Putney Twombly Hall & Hirson LLP
521 5th Avenue
New York, New York  10175
(212) 682-0200

**American Motorists Insurance Company, as
Successor-In-Interest to American Protection
Insurance Company, American Motorists
Insurance Company, as Successor-In-Interest
to Speciality National Insurance Company**

Karen M. Dixon
Meckler Bulger Tilson Maric & Pearson
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Karen.Dixon@mbtlaw.com
(312) 474-7913
(312) 474-7898  (fax)

Anthony R. Gambardella
Rivkin Radler
Long Island
926 RXR Plaza
Uniondale, NY  11556-0926
(515) 357-3091
(516) 357-3333 (fax)
anthony.gambardella@rivkin.com

**Harco National Insurance Company**

Harco National Insurance Company
702 Oberlin Road
Raleigh, NC   27605

**Illinois National Insurance Company**
Illinois National Insurance Co.
300 S. Riverside Plaza – Suite 2100
Chicago, IL  60606-6613

**Markel American Insurance Company**
Steven J. Fried
Clausen Miller PC
One Chase Manhattan Plaza – 39th Floor
New York, New York  10005
sfried@clausen.com
(212) 805-3920