UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

          Plaintiff,

vs.

CITY OF PEEKSKILL, ET AL.,

          Defendants.

No. CV-07-8150 (KMK) (GAY)

**MOTION TO ADMIT DAVID M. DOLENDI *PRO HAC VICE***

LINDA MCGARR,

          Plaintiff,

vs.

CITY OF PEEKSKILL, ET AL.,

          Defendants.

No. CV-07-9488 (KMK) (GAY)

**MOTION TO ADMIT DAVID M. DOLENDI *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jessika J. Moon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Applicant's Name: David M. Dolendi
Company Name: Sedgwick LLP
Address: One North Wacker Dr., Suite 4200
City/State/Zip: Chicago, IL 60606
Phone Number: (312) 641-9050
Fax Number: (312) 641-9530
Email Address: david.dolendi@sedgwicklaw.com

David M. Dolendi is a member in good standing of the bar of the State of Illinois. There are no pending disciplinary proceedings against Mr. Dolendi in any state or federal court.

Dated:  New York, New York
        October 18, 2011

                    Respectfully submitted,

                    By: _____
                        Jessika J. Moon (JM-3108)
                        **SEDGWICK LLP**
                        *Attorneys for Third-Party Defendant*
                        UNITED NATIONAL INSURANCE COMPANY
                        125 Broad Street, 39th Floor
                        New York, New York 10004-2400
                        (212) 422-0202 Telephone
                        (212) 422-0925 Facsimile
                        [Our file no. 04730-000006]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>                  Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, ET AL.,<br><br>                  Defendants. | No. CV-07-8150 (KMK) (GAY)<br><br><br>**AFFIDAVIT OF JESSIKA J. MOON<br>IN SUPPORT OF MOTION TO<br>ADMIT DAVID M. DOLENDI *PRO<br>HAC VICE*** |
| LINDA MCGARR,<br><br>                  Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, ET AL.,<br><br>                  Defendants. | No. CV-07-9488 (KMK) (GAY)<br><br><br>**AFFIDAVIT OF JESSIKA J. MOON<br>IN SUPPORT OF MOTION TO<br>ADMIT DAVID M. DOLENDI *PRO<br>HAC VICE*** |

State of New York  )
                :ss
County of New York  )

      Jessika J. Moon, being duly sworn, hereby deposes and says as follows:

      1.     I am an attorney at Sedgwick LLP, counsel for Third-Party Defendant United

National Insurance Company in the above-captioned actions. I am familiar with the proceedings

in these cases. I make this statement based on my personal knowledge of the facts set forth

herein and in support of United National Insurance Company's Motion to Admit David M.

Dolendi as counsel *pro hac vice* to represent United National Insurance Company in these matters.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am a Member in Good Standing with this Court.

3.      Mr. Dolendi is an attorney for Sedgwick LLP, and has worked at the firm since 2008.

4.      Mr. Dolendi is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. Mr. Dolendi is also currently a Member in Good Standing with the United States District Courts for the Northern District of Illinois and the Eastern District of Michigan.

5.      Mr. Dolendi is a Member in Good Standing with the Bar of the State of Illinois. In accordance with Local Rule 1.3(c), a copy of a Certificate of Good Standing dated September 29, 2011 from the Illinois Supreme Court is attached hereto as Exhibit A.

6.      Accordingly, I am pleased to move the Court for admission of David M. Dolendi, Esq., *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of David M. Dolendi, Esq., *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit David M. Dolendi, Esq., *pro hac vice*, to represent Third-Party Defendant United National Insurance Company in the above-captioned matters be granted.

Jessika J. Moon  (JM-3108)

Sworn to before me this
___18___ day of October, 2011

Notary Public

DEMARIS MEDINA
Notary Public, State of New York
No. 01ME6102057
Qualified in Bronx County
Commission Expires December 08, 2011

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

David Michael Dolendi

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, September 29, 2011.

*Carolyn Taft Grosboll*

Clerk

## CERTIFICATE OF SERVICE

I, JESSIKA J. MOON, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION TO AND AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT DAVID M. DOLENDI *PRO HAC VICE*** was served **via regular mail** on October 19, 2011, upon:

**See attached service list**

Dated: New York, New York
          October 19, 2011

Jessika J. Moon

1

NY/753789v1

## SERVICE LIST

| | |
|---|---|
| **Plaintiff Jeffrey Deskovic** | Barry C. Scheck<br>Cochran, Neufeld & Scheck, LLP<br>99 Hudson Street<br>New York, NY 10013<br>(212) 965-9081<br>Fax: (212) 965-9084 |
| **Consolidated Plaintiff Linda McGarr** | Eric J. Hecker<br>Emery Celli Brinckerhoff & Abady, LLP<br>75 Rockefeller Plaza<br>20th Floor<br>New York, NY 10019<br>(212) 763-5000<br>Fax: (212) 763-5001 |
| **Movant M.D. Charles Catanese** | Joseph F. Mahoney<br>County Attorney, County of Orange, New York<br>Law Dept., 255 Main Street<br>Goshen, NY 10924<br>(845) 291-3150<br>Fax: (845) 291-3167<br>Email: jjmahoney@orangecountygov.com |
| **Defendant City of Peekskill** | William Gorman Passannante<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1000<br>Fax: (212) 278-1733<br>Email: wpassannante@andersonkill.com<br><br>Peter Alexander Meisels<br>Wilson Elser, Moskowitz Edelman & Dicker LLP<br>(White Plains)<br>3 Gannett Drive<br>White Plains, NY 10604<br>(914) 323-7000<br>Fax: (914) 323-7001<br>Email: peter.meisels@wilsonelser.com |

| | |
|---|---|
| **Defendant Westchester County** | Stuart Evan Kahan<br>Oxman Tulis Kirpatrick Whyatt & Geiger, LLP<br>120 Bloomingdale Road<br>White Plains, NY 10605<br>(914) 422-3900<br>Fax: (914) 422-3636<br>Email: skahan@oxmanlaw.com |
| **Defendant David Levine** | John Martin Flannery<br>Wilson Elser Moskowitz Edelman &<br>Dicker LLP (CT)<br>1010 Washington Blvd.<br>Stamford, CT 06901<br>(914) 323-7000<br>Fax: (914) 323-7001<br>Email: john.flannery@wilsonelser.com |
| **Defendant Eugene Tumolo** | James Alfred Mitchell<br>Stillman, Friendman & Shechtman, P.C.<br>425 Park Avenue<br>New York, NY 10022<br>(212) 223-0200<br>Fax: (212) 223-1942<br>Email: jmitchell@stillmanfriedman.com |
| **Defendant Louis Roh** | Robert Meade<br>Bleakley Platt & Schmidt, LLP<br>One North Lexington Avenue<br>White Plains, NY 10601<br>(914) 287-6112<br>Fax: (914) 683-6956<br>Email: remade@bplaw.com |
| **Defendant New York State Department of Health** | Kathryn Elena Leone<br>Office of the Attorney General, New York State<br>120 Broadway<br>New York, NY 10271<br>(212) 416-8661<br>Email: kathryn.leone@ag.ny.gov |
| **Cross Claimant Daniel Stephens** | James A. Randazzo<br>Gelardi & Randazzo LLO<br>800 Westchester Ave.,Suite S-608<br>Rye Brooke, NY 10573<br>(914) 328-5590<br>Fax: (914) 328-5591<br>jrandazzo@gandrlaw.com |

| | |
|---|---|
| **Westport Insurance Company, as successor-in-interest to North River Insurance Company**<br><br>**North River Insurance Company**<br><br>**Westport Insurance Company, as a successor-in-interest to International Insurance Company** | Darcy Ibach<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 West Adams Street<br>Suite 300<br>Chicago, IL 60661<br>dibach@lbbslaw.com<br>(312) 463-3339 |
| **TIG Insurance Company, as a successor-in-interest to International Insurance Company** | TIG Insurance Co.<br>250 Commercial Street<br>Suite 5000<br>Manchester, NH 03101-1116<br>(603) 656-2233 |
| **Underwriters at Lloyd's, London**<br><br>**CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company**<br><br>**CX Reinsurance Company Limited, as successor-in-interest to CNA Reinsurance of London, Limited**<br><br>**Sphere Drake Insurance PLC**<br><br>**United National Insurance Company** | Patrick T. Walsh<br>Jill A. Kaplan<br>Hinkhouse Williams Walsh LLP<br>180 Stetson Avenue<br>Suite 3400<br>Chicago, IL 60601<br>pwalsh@hww-law.com<br><br>(312) 784-5412<br>jkaplan@hww-law.com<br>(312) 784-5421 |
| **Illinois Union Insurance Company** | ACE INA Ins. Co. of North America<br>436 Walnut Street<br>Philadelphia, PA 19106-3703<br>(215) 640-1000 |
| **Travelers Indemnity Company as successor-in-interest to Gulf Insurance Company** | Travelers Indemnity Co.<br>One Tower Square<br>Hartford, CT 06183<br>(860) 277-0111 |
| **American Motorists Insurance Company, as successor-in-interest to American Protection Insurance Company**<br><br>**American Motorists Insurance Company, as successor-in-interest to Specialty National Insurance Company** | Karen M. Dixon<br>Meckler Bulger Tilson Marick & Pearson<br>123 N. Wacker Dr. Suite 1800<br>Chicago, IL 60606<br>karen.dixon@mbtlaw.com<br>(312) 474-7900<br>(312) 474-7913<br>Fax (312) 474-7898 |

| Harco National Insurance Company | Harco National Insurance Co.<br>702 Oberlin Road<br>Raleigh, NC 27605 |
|---|---|
| Illinois National Insurance Company | Illinois National Insurance Co.<br>300 South Riverside Plaza<br>Suite 2100<br>Chicago, IL 60606-6613 |
| Markel American Insurance Company | Steven J. Fried<br>Clausen Miller PC<br>One Chase Manhattan Plaza<br>39th Floor<br>New York, NY 10005<br>sfried@ciausen.com<br>Tel: (212) 805-3920 |