UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, ET AL.,<br><br>          Defendants. | No. CV-07-8150 (KMK) (GAY)<br><br>**ORDER FOR ADMISSION OF CATALINA J. SUGAYAN *PRO HAC VICE* ON WRITTEN MOTION** |
| LINDA MCGARR,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, ET AL.,<br><br>          Defendants. | No. CV-07-9488 (KMK) (GAY)<br><br>**ORDER FOR ADMISSION OF CATALINA J. SUGAYAN *PRO HAC VICE* ON WRITTEN MOTION**<br><br>**Document filed electronically** |

Upon the motion of Jessika J. Moon, an attorney for Third-Party Defendant United National Insurance Company, and said Sponsor Attorney's Affidavit in Support,

**IT IS HEREBY ORDERED** that:

|  |  |
|---|---|
| Applicant's Name: | Catalina J. Sugayan |
| Company Name: | Sedgwick LLP |
| Address: | One North Wacker Dr., Suite 4200 |
| City/State/Zip: | Chicago, IL 60606 |
| Phone Number: | (312) 641-9050 |
| Fax Number: | (312) 641-9530 |
| Email Address: | catalina.sugayan@sedgwicklaw.com |

CH/379736V1

is admitted *pro hac vice* as counsel for Third-Party Defendant United National Insurance Company in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       October 26, 2011

_____
United States District Court Judge