UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>        Defendants. | Index No. CV-07-8150 (KMK)(GAY)<br><br>**NOTICE OF APPEARANCE** |
| LINDA MCGARR,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND,<br><br>        Defendants. | Index No. CV-07-9488 (KMK)(GAY) |
| CITY OF PEEKSKILL,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>WESTPORT INSURANCE COMPANY as successor-in-interest to NORTH RIVER INSURANCE COMPANY,<br><br>*Caption continued on next page* | |

nydocs1-974290.2

*Caption continued from previous page*

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE COMPANY,

TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,

*Caption continued on next page*

---

**Caption continued from previous page**

HARCO NATIONAL INSURANCE COMPANY,

ILLINOIS NATIONAL INSURANCE COMPANY, and

MARKEL AMERICAN INSURANCE COMPANY,

                Third-Party Defendants.

---

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as an attorney of record for Defendant and Third-Party Plaintiff City of Peekskill and further requests that copies of all papers in these actions be served upon him at his office and address set forth below.

Dated: October 27, 2011         **ANDERSON KILL & OLICK, P.C**

By:  /s/ Steven J. Pudell
      Steven J. Pudell
      One Gateway Center, Suite 1510
      Newark, NJ 07102
      Telephone: (973) 642-5877
      Facsimile: 973-621-6361

      William G. Passannante
      Raymond A. Mascia, Jr.
      1251 Avenue of the Americas
      New York, New York 10020
      Telephone: (212) 278-1000
      Facsimile: (212) 278-1733

      *Attorneys for Defendant and*
      *Third-Party Plaintiff City of Peekskill*