# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEFFREY DESKOVIC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. CV-07-8150 |
| | ) | (KMK)(GAY) |
| CITY OF PEEKSKILL, | ) | |
| Defendant, Third-Party Plaintiff, | ) | ORDER FOR ADMISSION PRO |
| v. | ) | HAC VICE ON WRITTEN |
| | ) | MOTION |
| WESTPORT INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

The motion of Darcy L. Ibach for admission to practice Pro Hac Vice in the above captioned

action is granted.

Applicant has declared that she is a member in good standing of the bar of Illinois; and that

her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Darcy L. Ibach |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 550 W. Adams Street – Suite 300 |
| City/State/Zip: | Chicago, IL  60661 |
| Telephone/Fax: | (312) 463-3339  (312) 345-1778 fax |
| E-Mail: | dibach@lbbslaw.com |

Applicant having requested admission Pro Hac Vice to appear as counsel for Third-Party

Defendants, Westport Insurance Corporation, Westport Insurance Corporation as Successor-In-

Interest to North River Insurance Company and Westport Insurance Corporation as Successor-In-

Interest to International Insurance Company (collectively "Westport");

**IT IS HEREBY ORDERED THAT:**  Darcy L. Ibach, Lewis Brisbois Bisgaard & Smith

LLP, 550 West Adams Street, Suite 300, Chicago, IL 60661, 312-463-3339, is admitted to practice

*pro hac vice* as counsel for Westport in the above captioned case in the United States District Court

4829-5468-4428.1

for the Southern District of New York.  All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF

password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
      October _____, 2011
      November

SO ORDERED:

United States District Judge