UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

                Plaintiff,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, PETER INSERO, and
LEGAL AID SOCIETY OF WESTCHESTER
COUNTY,

                Defendants.

Index No. CV-07-8150 (KMK)(GAY)

**STIPULATION**

---

LINDA MCGARR,

                Plaintiff,

vs.

CITY OF PEEKSKILL, WESTCHESTER
COUNTY, DAVID LEVINE, THOMAS
MCINTYRE, WALTER BROVARSKI, EUGENE
TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, AND MILLARD HYLAND,

                Defendants.

Index No. CV-07-9488 (KMK)(GAY)



---

CITY OF PEEKSKILL,

                Third-Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY as
successor-in-interest to NORTH RIVER
INSURANCE COMPANY,

       ***Caption continued on next page***

---

nydocs1-976902.2

*Caption continued from previous page*

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE COMPANY,

TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,

*Caption continued on next page*

nydocs1-976902.2

> *Caption continued from previous page*
>
> HARCO NATIONAL INSURANCE COMPANY,
>
> ILLINOIS NATIONAL INSURANCE
> COMPANY, and
>
> MARKEL AMERICAN INSURANCE
> COMPANY,
>
> Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned attorneys, in light of Judge Karas' court ordered mediation to take place December 1, 2011 (and possibly December 2, 2011), the parties agree as follows:

1.      The time for Third-Party Defendants Westport Insurance Company as successor-in-interest to North River Insurance Company and as a successor-in-interest to International Insurance Company; North River Insurance Company; TIG Insurance Company as a successor-in-interest to International Insurance Company; Underwriters at Lloyd's, London; CX Reinsurance Company Limited as successor-in-interest to CNA International Reinsurance Company and CNA Reinsurance of London, Limited; Sphere Drake Insurance PLC; Illinois Union Insurance Company; United National Insurance Company; Travelers Indemnity Company as successor-in-interest to Gulf Insurance Company; American Motorists Insurance Company as successor-in-interest to American Protection Insurance Company and Specialty National Insurance Company; Harco National Insurance Company; Illinois National Insurance Company; and, Markel American Insurance Company (collectively, the "Third-Party Defendants") to appear, and to move or answer in connection with the third-party complaints filed in the above captions actions, is extended to January 6, 2012.

-3-

2.      There have been no previous requests for extensions.

3.      This Stipulation may be signed in counterparts with all counterparts together constituting one complete Stipulation.

4.      Signatures received by facsimile or e-mail shall be deemed an original for purposes of this Stipulation.

5.      Third-Party Defendants reserve all rights to request the Court to grant further extensions.

*[signatures pages to follow]*

-4-

Dated: OCTOBER ___, 2011                    DATED: OCTOBER ___, 2011

        LEWIS BRISBOIS BISGAARD              ANDERSON KILL & OLICK, PC
        & SMITH LLP

By: _____            By: _____
        DARCY IBACH                         WILLIAM G. PASSANNANTE
        550 WEST ADAMS STREET               STEVEN J. PUDELL
        SUITE 300                           VIANNY M. PICHARDO
        CHICAGO, ILLINOIS 60661             1251 AVENUE OF THE AMERICAS
        DIBACH@LBBSLAW.COM                  NEW YORK, NEW YORK 10020
        TEL: (312) 463-3339                 WPASSANNANTE@ANDERSONKILL.COM
                                            SPUDELL@ANDERSONKILL.COM
                                            VPICHARDO@ANDERSONKILL.COM
                                            TEL: (212) 278-1000

        ATTORNEYS FOR THIRD-PARTY           ATTORNEYS FOR THIRD-PARTY
        DEFENDANTS WESTPORT                 PLAINTIFF CITY OF PEEKSKILL
        INSURANCE COMPANY AS
        SUCCESSOR-IN-INTEREST TO NORTH
        RIVER INSURANCE COMPANY;
        NORTH RIVER INSURANCE
        COMPANY; AND
        WESTPORT INSURANCE
        COMPANY AS SUCCESSOR-IN-
        INTEREST TO INTERNATIONAL
        INSURANCE COMPANY

Dated:   October ___ , 2011

     HINKHOUSE WILLIAMS
     WALSH LLP

By:   _____

     PATRICK T. WALSH
     BRADLEY KLEIN
     180 NORTH STETSON AVENUE
     SUITE 3400
     CHICAGO, ILLINOIS 60601
     PWALSH@HWW-LAW.COM
     BKLEIN@HWW-LAW.COM
     TEL: (312) 784-5400

     ATTORNEYS FOR THIRD-PARTY
     DEFENDANTS UNDERWRITERS AT
     LLOYD'S, LONDON; CX
     REINSURANCE COMPANY
     LIMITED AS SUCCESSOR-IN-INTEREST
     TO CNA INTERNATIONAL
     REINSURANCE COMPANY; CX
     REINSURANCE COMPANY
     LIMITED AS SUCCESSOR-IN-INTEREST
     TO CNA REINSURANCE OF
     LONDON, LIMITED; RIVERSTONE
     (UK) LIMITED, AS SUCCESSOR-IN-
     INTEREST TO SPHERE DRAKE
     INSURANCE LIMITED
     (FORMERLY KNOWN AS SPHERE
     DRAKE INSURANCE PLC); AND
     UNITED NATIONAL INSURANCE
     COMPANY (AS TO POLICY NUMBERS
     CP62686; CPD62686; CP62831; AND
     CPD62831 ONLY)

Dated:   October ___ , 2011

     MECKLER BULGER TILSON
     MARICK & PEARSON

By:   _____

     KAREN M. DIXON
     123 N. WACKER DR. SUITE 1800
     CHICAGO, ILLINOIS 60606
     KAREN.DIXON@MBTLAW.COM
     TEL: (312) 474-7900

     ATTORNEYS FOR THIRD-PARTY
     DEFENDANTS AMERICAN
     MOTORISTS INSURANCE
     COMPANY AS SUCCESSOR-IN-
     INTEREST TO AMERICAN
     PROTECTION INSURANCE
     COMPANY; AND AMERICAN
     MOTORISTS INSURANCE
     COMPANY AS SUCCESSOR-IN-
     INTEREST TO SPECIALTY
     NATIONAL INSURANCE
     COMPANY

-6-

Dated:   October ___, 2011

SEDGWICK, DETERT, MORAN
& ARNOLD LLP

By:   _____

DAVID M. DOLENDI
JESSIKA JOORA MOON
SEDGWICK, DETERT, MORAN
& ARNOLD LLP
ONE NORTH WACKER DRIVE
SUITE 4200
CHICAGO, IL  60606-2841
DAVID.DOLENDI@SEDGWICKLAW.COM
JESSIKA.MOON@SEDGWICKLAW.COM
Tel: (312) 641-9050

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT UNITED NATIONAL
INSURANCE COMPANY**


Dated:   October ___, 2011

PUTNEY TWOMBLY HALL
& HIRSON LLP

By:   _____

THOMAS MARTIN
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
TMARTIN@PUTNEYLAW.COM
TEL: (212) 682-0020 EXT. 203

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT TRAVELERS
INDEMNITY COMPANY AS
SUCCESSOR-IN-INTEREST TO GULF
INSURANCE COMPANY**


Dated:   October ___, 2011

D'AMATO & LYNCH, LLP

By:   _____

DAVID J. KUFFLER
TWO WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
DKUFFLER@DAMATO-LYNCH.COM
TEL: (212) 269-0927

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT ILLINOIS NATIONAL
INSURANCE COMPANY**


Dated:   October ___, 2011

WHITE FLEISCHNER & FINO, LLP

By:   _____

JANET P. FORD, ESQ.
61 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10006
JFORD@WFF-LAW.COM
TEL: (212) 487-9700

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT HARCO NATIONAL
INSURANCE COMPANY**

DATED:   OCTOBER ___, 2011

DATED:   OCTOBER ___, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

ILLINOIS UNION INSURANCE
COMPANY

BY: _____

BY: _____

REPRESENTATIVE:

REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH  03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

436 WALNUT STREET
PHILADELPHIA, PA 19106-3703
WWW.ACEUSA.COM
TEL: (215) 640-1000

**THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY**

**THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY**

DATED:   OCTOBER ___, 2011

MARKEL AMERICAN INSURANCE
COMPANY

BY: _____

REPRESENTATIVE:

N14 W2380 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

**THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY**

-8-

DATED:   OCTOBER ___, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: _____

REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

**THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY**

DATED:   OCTOBER ___, 2011

MARKEL AMERICAN INSURANCE
COMPANY

BY: _____

REPRESENTATIVE:

N14 W2380 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

**THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY**

DATED:   OCTOBER 25, 2011

Clyde + Co US LLP
~~ILLINOIS UNION INSURANCE
COMPANY~~

BY: _____

~~REPRESENTATIVE:~~ Marianne May

436 WALNUT STREET     200 Campus Dr.
PHILADELPHIA, ~~PA 19106-3703~~  Suite 300
WWW.ACEUSA.COM        Florham Park NJ
~~TEL: (215) 640-1000~~    07932
Attorneys for     973-210-6700
**THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY**

SO ORDERED this ____ day of _____, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

-8-

DATED:   OCTOBER *21*, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: _____
       REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

**THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY** AS
**SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY**


DATED:   OCTOBER ___, 2011

MARKEL AMERICAN INSURANCE
COMPANY

BY: _____
       REPRESENTATIVE:

N14 W2380 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

**THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY**


DATED:   OCTOBER ___, 2011

ILLINOIS UNION INSURANCE
COMPANY

BY: _____
       REPRESENTATIVE:

436 WALNUT STREET
PHILADELPHIA, PA 19106-3703
WWW.ACEUSA.COM
TEL: (215) 640-1000

**THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY**


**SO ORDERED** this ____ day of _____, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

-8-

DATED:   OCTOBER ___, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

DATED:   OCTOBER ___, 2011

ILLINOIS UNION INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

436 WALNUT STREET
PHILADELPHIA, PA 19106-3703
WWW.ACEUSA.COM
TEL: (215) 640-1000

THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY

DATED:   OCTOBER ___, 2011

Counsel for
MARKEL AMERICAN INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

Meryl R. Lieberman
N14 W23800 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

Attorney For
THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, New York 10532
Tel (914) 347-2600
Fax (914) 347-8898

SO ORDERED this 7th day of November, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

-8-

nydocs1-976902.2