USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC, | Index No. CV-07-8150 (KMK)(GAY) |
| Plaintiff, | |
| vs. | |
| CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY, | **STIPULATION** |
| Defendants. | |
| LINDA MCGARR, | Index No. CV-07-9488 (KMK)(GAY) |
| Plaintiff, | |
| vs. | |
| CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND, | |
| Defendants. | |
| CITY OF PEEKSKILL, | |
| Third-Party Plaintiff, | |
| vs. | |
| WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY, | |
| ***Caption continued on next page*** | |

*Caption continued from previous page*

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as successor-in-
interest to INTERNATIONAL INSURANCE
COMPANY,

WESTPORT INSURANCE CORPORATION as
successor-in-interest to INTERNATIONAL
INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED as
successor-in-interest to CNA INTERNATIONAL
REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED as
successor-in-interest to CNA REINSURANCE OF
LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE
COMPANY,

TRAVELERS INDEMNITY COMPANY as
successor-in-interest to GULF INSURANCE
COMPANY,

AMERICAN MOTORISTS INSURANCE
COMPANY as successor-in-interest to
AMERICAN PROTECTION INSURANCE
COMPANY,

AMERICAN MOTORISTS INSURANCE
COMPANY as successor-in-interest to
SPECIALTY NATIONAL INSURANCE
COMPANY,

*Caption continued on next page*

nydocs1-976902.2

*Caption continued from previous page*

HARCO NATIONAL INSURANCE COMPANY,

ILLINOIS NATIONAL INSURANCE
COMPANY, and

MARKEL AMERICAN INSURANCE
COMPANY,

                    Third-Party Defendants.

           IT IS HEREBY STIPULATED AND AGREED, by and between the parties

through their undersigned attorneys, in light of Judge Karas' court ordered mediation to take

place December 1, 2011 (and possibly December 2, 2011), the parties agree as follows:

           1.      The time for Third-Party Defendants Westport Insurance Corporation as

successor-in-interest to North River Insurance Company and as a successor-in-interest to

International Insurance Company; North River Insurance Company; TIG Insurance Company as

a successor-in-interest to International Insurance Company; Underwriters at Lloyd's, London;

CX Reinsurance Company Limited as successor-in-interest to CNA International Reinsurance

Company and CNA Reinsurance of London, Limited; Sphere Drake Insurance PLC; Illinois

Union Insurance Company; United National Insurance Company; Travelers Indemnity Company

as successor-in-interest to Gulf Insurance Company; American Motorists Insurance Company as

successor-in-interest to American Protection Insurance Company and Specialty National

Insurance Company; Harco National Insurance Company; Illinois National Insurance Company;

and, Markel American Insurance Company (collectively, the "Third-Party Defendants") to

appear, and to move or answer in connection with the third-party complaints filed in the above

captions actions, is extended to January 6, 2012.

nydocs1-976902.2

2.      There have been no previous requests for extensions.

3.      This Stipulation may be signed in counterparts with all counterparts together constituting one complete Stipulation.

4.      Signatures received by facsimile or e-mail shall be deemed an original for purposes of this Stipulation.

5.      Third-Party Defendants reserve all rights to request the Court to grant further extensions.

*[signatures pages to follow]*

nydoca1-976902.2

Dated:   *November* ~~October~~ **3**, 2011          DATED:   *November* ~~October~~ **3**, 2011

LEWIS BRISBOIS BISGAARD          ANDERSON KILL & OLICK, PC
& SMITH LLP

By: *Darcy L. Ibach*              By: *Vianny Pichardo*
DARCY IBACH                   WILLIAM G. PASSANNANTE
550 WEST ADAMS STREET            STEVEN J. PUDELL
SUITE 300                        VIANNY M. PICHARDO
CHICAGO, ILLINOIS 60661           1251 AVENUE OF THE AMERICAS
DIBACH@LBBSLAW.COM           NEW YORK, NEW YORK 10020
TEL: (312) 463-3339              WPASSANNANTE@ANDERSONKILL.COM
                                SPUDELL@ANDERSONKILL.COM
                                VPICHARDO@ANDERSONKILL.COM
                                TEL: (212) 278-1000

ATTORNEYS FOR THIRD-PARTY         ATTORNEYS FOR THIRD-PARTY
DEFENDANTS WESTPORT *Corporation*     PLAINTIFF CITY OF PEEKSKILL
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO NORTH
RIVER INSURANCE COMPANY; *on policies: FTZ 51121*
~~NORTH RIVER INSURANCE~~         *FTZ 61144*
~~COMPANY;~~ AND             *FTZ 5D3-076 942-8*
WESTPORT INSURANCE
*Corporation* COMPANY AS SUCCESSOR-IN-
INTEREST TO INTERNATIONAL
INSURANCE COMPANY *on policy 531-001915-2*

Dated:   October **30**, 2011

      HINKHOUSE WILLIAMS
      WALSH LLP

By:

      PATRICK T. WALSH
      BRADLEY KLEIN
      180 NORTH STETSON AVENUE
      SUITE 3400
      CHICAGO, ILLINOIS 60601
      PWALSH@HWW-LAW.COM
      BKLEIN@HWW-LAW.COM
      TEL: (312) 784-5400

      ATTORNEYS FOR THIRD-PARTY
      DEFENDANTS UNDERWRITERS AT
      LLOYD'S, LONDON; CX
      REINSURANCE COMPANY
      LIMITED AS SUCCESSOR-IN-INTEREST
      TO CNA INTERNATIONAL
      REINSURANCE COMPANY; CX
      REINSURANCE COMPANY
      LIMITED AS SUCCESSOR-IN-INTEREST
      TO CNA REINSURANCE OF
      LONDON, LIMITED; RIVERSTONE
      (UK) LIMITED, AS SUCCESSOR-IN-
      INTEREST TO SPHERE DRAKE
      INSURANCE LIMITED
      (FORMERLY KNOWN AS SPHERE
      DRAKE INSURANCE PLC); AND
      UNITED NATIONAL INSURANCE
      COMPANY (AS TO POLICY NUMBERS
      CP62686; CPD62686; CP62831; AND
      CPD62831 ONLY)

Dated:   October ___, 2011

      MECKLER BULGER TILSON
      MARICK & PEARSON

BY:

      KAREN M. DIXON
      123 N. WACKER DR. SUITE 1800
      CHICAGO, ILLINOIS 60606
      KAREN.DIXON@MBTLAW.COM
      TEL: (312) 474-7900

      ATTORNEYS FOR THIRD-PARTY
      DEFENDANTS AMERICAN
      MOTORISTS INSURANCE
      COMPANY AS SUCCESSOR-IN-
      INTEREST TO AMERICAN
      PROTECTION INSURANCE
      COMPANY; AND AMERICAN
      MOTORISTS INSURANCE
      COMPANY AS SUCCESSOR-IN-
      INTEREST TO SPECIALTY
      NATIONAL INSURANCE
      COMPANY

Dated:  October ___, 2011

      HINKHOUSE WILLIAMS
      WALSH LLP

By:      _____

      PATRICK T. WALSH
      BRADLEY KLEIN
      180 NORTH STETSON AVENUE
      SUITE 3400
      CHICAGO, ILLINOIS 60601
      PWALSH@HWW-LAW.COM
      BKLEIN@HWW-LAW.COM
      TEL: (312) 784-5400

      ATTORNEYS FOR THIRD-PARTY
      DEFENDANTS UNDERWRITERS AT
      LLOYD'S, LONDON; CX
      REINSURANCE COMPANY
      LIMITED AS SUCCESSOR-IN-INTEREST
      TO CNA INTERNATIONAL
      REINSURANCE COMPANY; CX
      REINSURANCE COMPANY
      LIMITED AS SUCCESSOR-IN-INTEREST
      TO CNA REINSURANCE OF
      LONDON, LIMITED; RIVERSTONE
      (UK) LIMITED, AS SUCCESSOR-IN-
      INTEREST TO SPHERE DRAKE
      INSURANCE LIMITED
      (FORMERLY KNOWN AS SPHERE
      DRAKE INSURANCE PLC); AND
      UNITED NATIONAL INSURANCE
      COMPANY (AS TO POLICY NUMBERS
      CP62686; CPD62686; CP62831; AND
      CPD62831 ONLY)

Dated:  October 28, 2011

      MECKLER BULGER TILSON
      MARICK & PEARSON

BY:      _____

      KAREN M. DIXON
      123 N. WACKER DR. SUITE 1800
      CHICAGO, ILLINOIS 60606
      KAREN.DIXON@MBTLAW.COM
      TEL: (312) 474-7900

BY:      *RIVKIN RADLER LLP*
      _____
      *ANTHONY R. GAMBARDELLA, 926 RXR PLAZA*
      *UNIONDALE, NEW YORK 11556-0926*

      ATTORNEYS FOR THIRD-PARTY *ANTHONY.GAMBARDELLA*
      DEFENDANTS ~~AMERICAN~~ *@RIVKIN.COM*
      ~~MOTORISTS INSURANCE~~ *TEL: (516)*
      ~~COMPANY AS SUCCESSOR-IN-~~ *357-3091*
      ~~INTEREST TO~~ AMERICAN
      PROTECTION INSURANCE
      COMPANY; AND ~~AMERICAN~~
      ~~MOTORISTS INSURANCE~~
      ~~COMPANY AS SUCCESSOR-IN-~~
      ~~INTEREST TO~~ SPECIALTY
      NATIONAL INSURANCE
      COMPANY

Dated:   October 20, 2011

        SEDGWICK, ~~DETERT, MORAN~~
        ~~& ARNOLD~~ LLP

By:   _____
        DAVID M. DOLENDI
        JESSIKA JOORA MOON
        SEDGWICK, ~~DETERT, MORAN~~
        ~~& ARNOLD~~ LLP
        ONE NORTH WACKER DRIVE
        SUITE 4200
        CHICAGO, IL 60606-2841
        DAVID.DOLENDI@SEDGWICKLAW.COM
        JESSIKA.MOON@SEDGWICKLAW.COM
        Tel: (312) 641-9050

        ATTORNEYS FOR THIRD-PARTY
        DEFENDANT UNITED NATIONAL
        INSURANCE COMPANY

Dated:   October ___, 2011

        PUTNEY TWOMBLY HALL
        & HIRSON LLP

By:   _____
        THOMAS MARTIN
        521 FIFTH AVENUE
        NEW YORK, NEW YORK 10175
        TMARTIN@PUTNEYLAW.COM
        TEL: (212) 682-0020 EXT. 203

        ATTORNEYS FOR THIRD-PARTY
        DEFENDANT TRAVELERS
        INDEMNITY COMPANY AS
        SUCCESSOR-IN-INTEREST TO GULF
        INSURANCE COMPANY

Dated:   October ___, 2011

        D'AMATO & LYNCH, LLP

By:   _____
        DAVID J. KUFFLER
        TWO WORLD FINANCIAL CENTER
        NEW YORK, NEW YORK 10281
        DKUFFLER@DAMATO-LYNCH.COM
        TEL: (212) 269-0927

        ATTORNEYS FOR THIRD-PARTY
        DEFENDANT ILLINOIS NATIONAL
        INSURANCE COMPANY

Dated:   October ___, 2011

        WHITE FLEISCHNER & FINO, LLP

By:   _____
        JANET P. FORD, ESQ.
        61 BROADWAY, 18TH FLOOR
        NEW YORK, NEW YORK 10006
        JFORD@WFF-LAW.COM
        TEL: (212) 487-9700

        ATTORNEYS FOR THIRD-PARTY
        DEFENDANT HARCO NATIONAL
        INSURANCE COMPANY

-7-

Dated:    October ___, 2011                          Dated:    October ___, 2011

SEDGWICK, DETERT, MORAN                              PUTNEY TWOMBLY HALL
& ARNOLD LLP                                         & HIRSON LLP

By:    _____          By:    _____
DAVID M. DOLENDI                                    THOMAS MARTIN
JESSIKA JOORA MOON                                  521 FIFTH AVENUE
SEDGWICK, DETERT, MORAN                             NEW YORK, NEW YORK 10175
& ARNOLD LLP                                        TMARTIN@PUTNEYLAW.COM
ONE NORTH WACKER DRIVE                              TEL: (212) 682-0020 EXT. 203
SUITE 4200
CHICAGO, IL 60606-2841
DAVID.DOLENDI@SEDGWICKLAW.COM
JESSIKA.MOON@SEDGWICKLAW.COM
Tel: (312) 641-9050

ATTORNEYS FOR THIRD-PARTY                           ATTORNEYS FOR THIRD-PARTY
DEFENDANT UNITED NATIONAL                           DEFENDANT TRAVELERS
INSURANCE COMPANY                                   INDEMNITY COMPANY AS
                                                    SUCCESSOR-IN-INTEREST TO GULF
                                                    INSURANCE COMPANY

Dated:    October ___, 2011                          Dated:    October ___, 2011

D'AMATO & LYNCH, LLP                                 WHITE FLEISCHNER & FINO, LLP

By:    _____          By:    _____
DAVID J. KUFFLER                                    JANET P. FORD, ESQ.
TWO WORLD FINANCIAL CENTER                          61 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10281                            NEW YORK, NEW YORK 10006
DKUFFLER@DAMATO-LYNCH.COM                           JFORD@WFF-LAW.COM
TEL: (212) 269-0927                                 TEL: (212) 487-9700

ATTORNEYS FOR THIRD-PARTY                           ATTORNEYS FOR THIRD-PARTY
DEFENDANT ILLINOIS NATIONAL                         DEFENDANT HARCO NATIONAL
INSURANCE COMPANY                                   INSURANCE COMPANY

-7-

nydocs1-976902.2

Dated:   October ___, 2011

    SEDGWICK, DETERT, MORAN
    & ARNOLD LLP

By:   _____
    DAVID M. DOLENDI
    JESSIKA JOORA MOON
    SEDGWICK, DETERT, MORAN
    & ARNOLD LLP
    ONE NORTH WACKER DRIVE
    SUITE 4200
    CHICAGO, IL 60606-2841
    DAVID.DOLENDI@SEDGWICKLAW.COM
    JESSIKA.MOON@SEDGWICKLAW.COM
    Tel: (312) 641-9050

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT UNITED NATIONAL
    INSURANCE COMPANY

Dated:   October ___, 2011

    D'AMATO & LYNCH, LLP

By:   _____
    DAVID J. KUFFLER
    TWO WORLD FINANCIAL CENTER
    NEW YORK, NEW YORK 10281
    DKUFFLER@DAMATO-LYNCH.COM
    TEL: (212) 269-0927

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT ILLINOIS NATIONAL
    INSURANCE COMPANY

Dated:   October 2?, 2011

    PUTNEY TWOMBLY HALL
    & HIRSON LLP

By:   _____
    THOMAS MARTIN
    521 FIFTH AVENUE
    NEW YORK, NEW YORK 10175
    TMARTIN@PUTNEYLAW.COM
    TEL: (212) 682-0020 EXT. 203

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT TRAVELERS
    INDEMNITY COMPANY AS
    SUCCESSOR-IN-INTEREST TO GULF
    INSURANCE COMPANY

Dated:   October ___, 2011

    WHITE FLEISCHNER & FINO, LLP

By:   _____
    JANET P. FORD, ESQ.
    61 BROADWAY, 18TH FLOOR
    NEW YORK, NEW YORK 10006
    JFORD@WFF-LAW.COM
    TEL: (212) 487-9700

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT HARCO NATIONAL
    INSURANCE COMPANY

-7-

nydocs1-978902.2

Dated:    October ___, 2011

       SEDGWICK, DETERT, MORAN
       & ARNOLD LLP

By:    _____

       DAVID M. DOLENDI
       JESSIKA JOORA MOON
       SEDGWICK, DETERT, MORAN
       & ARNOLD LLP
       ONE NORTH WACKER DRIVE
       SUITE 4200
       CHICAGO, IL 60606-2841
       DAVID.DOLENDI@SEDGWICKLAW.COM
       JESSIKA.MOON@SEDGWICKLAW.COM
       Tel: (312) 641-9050

       ATTORNEYS FOR THIRD-PARTY
       DEFENDANT UNITED NATIONAL
       INSURANCE COMPANY

Dated:    October ___, 2011

       D'AMATO & LYNCH, LLP

By:    _____

       DAVID J. KUFFLER
       TWO WORLD FINANCIAL CENTER
       NEW YORK, NEW YORK 10281
       DKUFFLER@DAMATO-LYNCH.COM
       TEL: (212) 269-0927

       ATTORNEYS FOR THIRD-PARTY
       DEFENDANT ILLINOIS NATIONAL
       INSURANCE COMPANY


Dated:    October ___, 2011

       PUTNEY TWOMBLY HALL
       & HIRSON LLP

By:    _____

       THOMAS MARTIN
       521 FIFTH AVENUE
       NEW YORK, NEW YORK 10175
       TMARTIN@PUTNEYLAW.COM
       TEL: (212) 682-0020 EXT. 203

       ATTORNEYS FOR THIRD-PARTY
       DEFENDANT TRAVELERS
       INDEMNITY COMPANY AS
       SUCCESSOR-IN-INTEREST TO GULF
       INSURANCE COMPANY

Dated:    October 25, 2011

       WHITE FLEISCHNER & FINO, LLP

By:    _____

       JANET P. FORD, ESQ.
       61 BROADWAY, 18TH FLOOR
       NEW YORK, NEW YORK 10006
       JFORD@WFF-LAW.COM
       TEL: (212) 487-9700

       ATTORNEYS FOR THIRD-PARTY
       DEFENDANT HARCO NATIONAL
       INSURANCE COMPANY

-7-

nydocs1-976902.2

DATED:   OCTOBER 21, 2011                    DATED:   OCTOBER ___, 2011

   TIG INSURANCE COMPANY AS                  ILLINOIS UNION INSURANCE
   SUCCESSOR-IN-INTEREST TO                  COMPANY
   INTERNATIONAL INSURANCE
   COMPANY

BY: _____           BY: _____
    REPRESENTATIVE:                        REPRESENTATIVE:

   250 COMMERCIAL STREET                     436 WALNUT STREET
   SUITE 5000                                PHILADELPHIA, PA 19106-3703
   MANCHESTER, NH 03101-1116                 WWW.ACEUSA.COM
   WWW.TIGSPECIALTY.COM                      TEL: (215) 640-1000
   TEL: (603) 656-2233


   THIRD-PARTY DEFENDANT TIG                 THIRD-PARTY DEFENDANT ILLINOIS
   INSURANCE COMPANY AS                      UNION INSURANCE COMPANY
   SUCCESSOR-IN-INTEREST TO
   INTERNATIONAL INSURANCE
   COMPANY



DATED:   OCTOBER ___, 2011


   MARKEL AMERICAN INSURANCE
   COMPANY

BY: _____
    REPRESENTATIVE:

   N14 W23180 STONE RIDGE DRIVE
   WAUKESHA, WISCONSIN 53188
   WWW.MARKELCORP.COM
   TEL: (262) 548-9880

   THIRD-PARTY DEFENDANT MARKEL
   AMERICAN INSURANCE                        SO ORDERED this ___ day of _____, 2011.
   COMPANY

                                             _____
                                             The Honorable Kenneth M. Karas
                                             United States District Judge

nydocs1-978902.2

DATED: OCTOBER ___, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

DATED: OCTOBER ___, 2011

Counsel for
MARKEL AMERICAN INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:
Meryl R. Lieberman
N14 W23880 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880
Attorney For
THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY

DATED: OCTOBER ___, 2011

ILLINOIS UNION INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

436 WALNUT STREET
PHILADELPHIA, PA 19106-3703
WWW.ACEUSA.COM
TEL: (215) 640-1000

THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY

TRAUB LIEBERMAN STRAUS&
SHREWSBERRY LLP
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, New York 10532
Tel (914) 347-2600
Fax (914) 347-8898

SO ORDERED this ___ day of _____, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

-8-

nydocs1-976902.2

DATED: OCTOBER ___, 2011

   TIG INSURANCE COMPANY AS
   SUCCESSOR-IN-INTEREST TO
   INTERNATIONAL INSURANCE
   COMPANY

BY: _____
   REPRESENTATIVE:

   250 COMMERCIAL STREET
   SUITE 5000
   MANCHESTER, NH 03101-1116
   WWW.TIGSPECIALTY.COM
   TEL: (603) 656-2233

   THIRD-PARTY DEFENDANT TIG
   INSURANCE COMPANY AS
   SUCCESSOR-IN-INTEREST TO
   INTERNATIONAL INSURANCE
   COMPANY


DATED: OCTOBER ___, 2011

   MARKEL AMERICAN INSURANCE
   COMPANY

BY: _____
   REPRESENTATIVE:

   N14 W2380 STONE RIDGE DRIVE
   WAUKESHA, WISCONSIN 53188
   WWW.MARKELCORP.COM
   TEL: (262) 548-9880

   THIRD-PARTY DEFENDANT MARKEL
   AMERICAN INSURANCE
   COMPANY

DATED: OCTOBER 25, 2011

   Clyde + Co US LLP
   ~~ILLINOIS UNION INSURANCE COMPANY~~

BY: _____ *[signature]*
   REPRESENTATIVE: Marianne May

   436 WALNUT STREET   200 Campus Dr.
   PHILADELPHIA, PA 19106-3703  Suite 300
   WWW.ACEUSA.COM   Florham Park NJ
   TEL: (215) 640-1000   07932
   Attorneys for   973-210-6700
   THIRD-PARTY DEFENDANT ILLINOIS
   UNION INSURANCE COMPANY

SO ORDERED this 16th day of November, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

nydocs1-976902.2