Case 7:07-cv-08150-KMK   Document 421   Filed 11/21/11   Page 1 of 1

**MEMO ENDORSED**



# TRAUB LIEBERMAN
# STRAUS & SHREWSBERRY LLP
NEW YORK | NEW JERSEY | FLORIDA | CHICAGO

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

November 18, 2011

<u>VIA Mail</u>

The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

Re:  *Deskovic v. City of Peekskill, et al.*
     Docket No.: 07-CV-08150
     Our File No.: 103.5018

Dear Judge Karas:

The undersigned represents Markel American Insurance Co., a third party defendant in the captioned matter. I will be appearing in person at the upcoming mediation. I write to request your Honor's permission to permit a representative of Markel American to be available by telephone during the mediation.

Respectfully submitted,

Meryl R. Lieberman

cc: All counsel

*The question of who should appear at the mediation is not one to be answered by this Court.*

*So ordered -*
*11/21/11*