UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JEFFREY DESKOVIC,                                    Index No. CV-07-8150 (KMK)
                                                     (GAY)
                Plaintiff,

    -against-                                     **MOTION FOR ADMISSION
                                                                           PRO HAC VICE**
CITY OF PEEKSKILL, et al.,

                Defendant.

------------------------------------------------------------------X

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Karen M. Dixon, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for American Motorists Insurance Company, as successor in interest to both American Protection Insurance Company and to Specialty National Insurance Company, in the above-captioned action.

       I am in good standing of the bars of the states of Illinois and Nebraska, the United States District Court for the Northern District of Illinois, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Seventh Circuit, and the United States Supreme Court, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 9, 2011

                                              Respectfully submitted,

                                              _/s/ Karen M. Dixon_
                                              Applicant Signature

| | |
|---|---|
| Applicant's Name: | Karen M. Dixon |
| Firm Name: | Meckler, Bulger, Tilson, Marick & Pearson LLP |
| Address: | 123 North Wacker Drive, Suite 1800 |
| City/State/Zip: | Chicago, Illinois 60606 |
| Telephone/Fax: | (312) 474-7913/(312) 474-7898 |
| E-Mail: | karen.dixon@mbtlaw.com |

2546429 v1

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Karen Marie Dixon

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1997 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, November 16, 2011.

*Carolyn Taft Grosboll*

Clerk

# SUPREME COURT

# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on April 2, 1998, Karen Marie Dixon was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on November 4, 2011.

_____
Clerk

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>CITY OF PEEKSKILL, et al.,<br>　　　　　　Defendant, Third-Party Plaintiff.<br>　　v.<br>WESTPORT INSURANCE COMPANY, et al.<br>　　　　　　Third-Party Defendant. | ) Civil Action No. CV- 07-8150<br>) (KMK) (GAY)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

TO:　　See All Counsel of Record

I hereby certify under penalties of perjury as provided by law, that the following:

1.　　Motion to Admit Pro Hac Vice of Karen M. Dixon
2.　　Certificates of Good Standing for Karen M. Dixon
3.　　Fee Check and
4.　　Proposed Order for Admission Pro Hac Vice

were sent to the above attorney and all counsel on the attached service list by depositing the same in the U.S. Mail with proper first-class postage and via Federal Express for the Southern District of New York this 22nd day of November, 2011.

By: /s/ *[signature]*
Michael E. Buckley
RIVKIN RADLER LLP
Attorneys for American Motorists
Insurance Company as successor-in-
Interest to American Protection Insurance
Company and Specialty National
Insurance Company
926 RXR Plaza
Uniondale, New York  11556-0926
(516) 357-3390

# SERVICE LIST

**Plaintiff, Jeffrey Deskovic**
Barry C. Scheck
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013
(212) 965-9081
(212) 965-9084 (fax)

**Plaintiff, Linda McGarr**
Eric J. Hecker
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
(212) 763-5001 (fax)

**Defendant/Third-Party Plaintiff**
William Gorman Passannante
Anderson Kill & Olick P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 (fax)
Email: wpassannante@andersonkill.com

Peter Alexander Meisels
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
(914) 323-7001 (fax)
Email: peter.meisels@wilsonelser.com

**Cross-Claimant Daniel Stephens**
James A. Randazzo
Gelardi & Randazzo LLO
800 Westchester Ave., Suite S-608
Rye Brook, NY 10573
(914) 328-5590
(914) 328-5591 (fax)
jrandazzo@gandrlaw.com

2

**Westport Insurance Corporation**
**Westport Insurance Corporation**
**As Successor-In-Interest to**
**North River Insurance Company and**
**Westport Insurance Corporation**
**As Successor-In-Interest to**
**International Insurance Company**

Stephanie A. Nashban
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street – Suite 2100
New York, NY 10005
(212) 232-1300
snashban@lbbslaw.com

Darcy L. Ibach
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street – Suite 300
Chicago, IL 60661
(312) 463-3339
(312) 345-1778 (fax)
dibach@lbbslaw.com

**TIG Insurance Company, as a**
**Successor-In-Interest to**
**International Insurance Company**

TIG Insurance Co.
250 Commercial Street, Suite 5000
Manchester, NH 03101-1116
(603) 656-2233

**Underwriters at Lloyd's London**

**CX Reinsurance Company Limited, as**
**Successor-In-Interest to CAN Intl.**
**Reinsurance Company**

**CX Reinsurance Company Limited, as**
**Successor-In-Interest to CAN**
**Reinsurance of London, Limited**

Patrick T. Walsh
Jill A. Kaplan
Hinkhouse Williams Walsh LLP
180 Stetson Avenue – Suite 3400
Chicago, IL 60601
pwalsh@hww-law.com
(312) 784-5412

3

jkaplan@hww-law.com
(312) 784-5421

**United National Insurance Company**

Jessika J. Moon
Sedgwick LLP
125 Brand Street, 39th Floor
New York, NY 10004-2400
(212) 422-0202

**Illinois Union Insurance Company**

ACE INA Ins. Co. of North America
437 Walnut Street
Philadelphia, PA 19106-3703
(215) 640-1000

**Travelers Indemnity Company as Successor-In-Interest to Gulf Insurance Company**

Thomas A. Martin
Putney Twombly Hall & Hirson LLP
521 5th Avenue
New York, NY 10175
(212) 682-0200

**American Motorists Insurance Company, as Successor-In-Interest to American Protection Insurance Company, American Motorists Insurance Company, as Successor-In-Interest to Specialty National Insurance Company**

Karen M. Dixon
Meckler Bulger Tilson Marick & Pearson
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Karen.Dixon@mbtlaw.com
(312) 474-7913
(312) 474-7898 (fax)

Anthony R. Gambardella
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926
(516) 357-3091
(516) 357-3333 (fax)
anthony.gambardella@rivkin.com

4

**Harco National Insurance Company**

Harco National Insurance Company
702 Oberlin Road
Raleigh, NC  27605

**Illinois National Insurance Company**

Illinois National Insurance Co.
300 S. Riverside Plaza – Suite 2100
Chicago, IL  60606-6613

**Markel American Insurance Company**

Steven J. Fried
Clausen Miller PC
One Chase Manhattan Plaza – 39th Floor
New York, NY  10005
sfried@clausen.com
(212) 805-3920

2548902 v1

5