UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>               Defendants. | Index No. CV-07-8150 (KMK)(GAY)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _____<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |
| LINDA MCGARR,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND,<br><br>               Defendants. | Index No. CV-07-9488 (KMK)(GAY) |
| CITY OF PEEKSKILL,<br><br>               Third-Party Plaintiff,<br><br>vs.<br><br>WESTPORT INSURANCE COMPANY as successor-in-interest to NORTH RIVER INSURANCE COMPANY,<br>*Caption continued on next page* | |

nydocs1-977860.4

**Caption continued from previous page**

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE COMPANY,

TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,

*Caption continued on next page*

> **Caption continued from previous page**
>
> HARCO NATIONAL INSURANCE COMPANY,
>
> ILLINOIS NATIONAL INSURANCE COMPANY, and
>
> MARKEL AMERICAN INSURANCE COMPANY,
>
>                 Third-Party Defendants.

**WHEREAS**, Third-Party Plaintiff City of Peekskill ("Plaintiff" or "Peekskill") has asserted claims against TIG Insurance Company as successor-in-interest to International Insurance Company ("TIG") in the above-entitled action.

**WHEREAS**, Peekskill and TIG seek to reduce the expense and burden of litigation to themselves, to the other parties in this action, and to the Court;

**WHEREAS**, International Insurance Company issued insurance policy no. 531-001915-2, in effect from 12/31/1990 to 12/31/1991 ("International Policy"), to Peekskill;

**WHEREAS**, TIG has represented and Westport Insurance Company as successor-in-interest to International Insurance Company ("Westport") has acknowledged Westport's legal responsibility and liability for the International Policy, to Peekskill;

**NOW, THEREFORE**, in consideration of this Stipulation of Dismissal Without Prejudice, Peeskill and TIG, by and through their respective counsel of record, hereby mutually agree to the following:

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that all claims against TIG with respect to the International Policy are dismissed without prejudice as against Third-Party Defendant TIG Insurance Company as successor-in-interest pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED**, that each undersigned party shall bear its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED AND AGREED**, that that nothing contained in this Stipulation shall operate so as to create an estoppel as to any finding of fact, or create or expand any rights, remedies or liabilities of the parties hereto, except that Peekskill's dismissal without prejudice tolls, as of the date of filing of the Third-Party Complaints in the above referenced actions, any potentially applicable statutes of limitations of any jurisdiction as to all claims in the Third-Party Complaints in the above referenced actions. Moreover, all time-based defenses to

Peekskill's claims in the Third-Party Complaints in the above referenced actions are preserved to the extent they exist, but only to the extent they existed, as of the date of the filing of the Third-Party Complaints in the above referenced actions.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation does not constitute a representation, assertion or admission of the rights, duties or obligations of any party under the International Policy subject to this Stipulation. Furthermore, this Stipulation does not constitute a representation or admission regarding the substantive merits of any claim subsequently asserted against or among the parties to this Stipulation or against the International Policy. Moreover, TIG reserves all of its defenses.

DATED: December 5, 2011

ANDERSON KILL & OLICK, P.C.

BY: _____
WILLIAM G. PASSANNANTE
STEVEN J. PUDELL
VIANNY M. PICHARDO
1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020
WPASSANNANTE@ANDERSONKILL.COM
SPUDELL@ANDERSONKILL.COM
VPICHARDO@ANDERSONKILL.COM
TEL: (212) 278-1000

**ATTORNEYS FOR THIRD-PARTY PLAINTIFF CITY OF PEEKSKILL**

DATED: NOVEMBER 17, 2011

TIG INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL INSURANCE COMPANY

BY: _____
REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

**THIRD-PARTY DEFENDANT TIG INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL INSURANCE COMPANY**

SO ORDERED this 6th day of December, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

4