# HARWOOD LLOYD, LLC

COUNSELLORS AT LAW

130 MAIN STREET
HACKENSACK, NEW JERSEY 07601

(201) 487-1080

FACSIMILE (201) 487-4758

350 FIFTH AVENUE, 59TH FLOOR
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118
(212) 268-5136
FACSIMILE (212) 564-1135

WWW.HARWOODLLOYD.COM

RICHARD J. RYAN
MICHAEL B. OROPOLLO
DAVID F. MCBRIDE †
RUSSELL A. PEPE ◊†
THOMAS LOIKITH
GREGORY J. IRWIN ◊†
DAVID T. ROBERTSON ◊
JEANNE O. MARINO †
PETER E. MUELLER
MICHAEL J. BRADY †
RICHARD W. LE BLANCO
DAVID M. REPETTO
CURTIS J. TURPAN

STEPHEN WELLINGHORST ‡
JOSEPH P. SCORESE †
KRISTINE DENNING †
GREGG A. ILARDI ◊†

FRANK V. D. LLOYD (1956-2007)
VICTOR C. HARWOOD, III (1960-1999)
PETER CIOLINO (1957-2009)

◊ CERTIFIED BY THE SUPREME COURT
   OF NEW JERSEY AS CIVIL TRIAL ATTORNEY
† ALSO ADMITTED IN NY
‡ ALSO ADMITTED IN PA

W. FLETCHER HOCK, JR.
JAMES P. LOGAN
OF COUNSEL

WARREN C. FARRELL ◊
EVELYN R. STORCH
ROBYN B. LINDSAY †
COUNSEL

PAUL E. KIEL‡
KENNETH R. FOREMAN ◊‡
ANDREW G. TOULAS ◊
MELISSA A. HARTIGAN

EILEEN P. KUZMA †
KATHLEEN M. LEE
SETH D. GRIEP
LAUREN BETTMAN GERSHENGORN
GEOFFREY D. MUELLER †
RUSSELL F. ANDERSON, JR. †
ANTHONY S. BOCCHI
LEVI W. BARRETT †
JOHN W. MCDERMOTT †
UPNEET S. TEJI
ROBERT L. DELICATE †
VICTORIA D. SILVA †
CARRIANN LERNER





DIRECT DIAL: (201)359-3588
DIRECT EMAIL: rdelicate@HarwoodLloyd.com
DIRECT FAX: (201) 487-4758
REPLY TO: Hackensack
FILE NO.: 9650-3 (822)

December 7, 2011

**VIA FEDERAL EXPRESS**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: **Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)**
    **McGarr v. City of Peekskill, et al, Case No. 07 Civ. 9488 (KMK) (GAY)**

Dear Judge Karas:

Counsel for defendant, Dan Stephens and Putnam County would like to request a one (1) week extension of the due date for defendant's Reply Brief. Defense counsel, Ms. Cockburn and Mr. Brustin, counsel for plaintiff, Jeffrey Deskovic, consent to this adjournment. Ms. Greenberger counsel for plaintiff, Linda McGarr also consents to this adjournment. Under the new schedule, defendant's reply Motion will be due on Monday, December 19, 2011.

Thanking you for your consideration of this request.

Respectfully submitted,

ROBERT DELICATE
RD/sp
cc: Chloe Cockburn, via e-mail
    Debbie Greenberger, Esq., via e-mail
    Nick Brustin, Esq., via e-mail

Granted.

So Ordered.

12/7/11

1842015-1