UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JEFFREY DESKOVIC,

                      Plaintiff,

        -against-

CITY OF PEEKSKILL, et al.,

                      Defendant.

----------------------------------------------------------------X

Index No. CV-07-8150 (KMK) (GAY)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Karen M. Dixon, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of state(s) of Illinois, Nebraska, the United States Court of Appeals for the Seventh Circuit and the United States Supreme Court; and that his/her contact information is as follows:

    Applicant's Name:    Karen M. Dixon

    Firm Name:    Meckler, Bulger, Tilson, Marick & Pearson LLP

    Address:    123 North Wacker Drive, Suite 180

    City/State/Zip:    Chicago, Illinois 60606

    Telephone/Fax:    (312) 474-7913/(312) 474-7898

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for American Protection Insurance Company and Specialty National Insurance Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: ~~November~~ December 12, 2011

_____
United States District/Magistrate Judge