WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive, White Plains, New York 10604-3407 Tel: (914) 323-7000 Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**Peter A. Meisels, Partner**
Peter.Meisels@wilsonelser.com

December 13, 2011

**Via Facsimile**
914-390-4152

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re: Jeffrey Deskovic v. City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland, Peter Insero and Legal Aid Society of Westchester County, Docket No. 07 Civ. 8150 (KMK) (GAY)

Linda McGarr v. City of Peekskill, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland, Docket No. 07 Civ. 9488 (KMK) (GAY

Dear Judge Karas:

We represent the City of Peekskill, David Levine and Thomas McIntyre in these federal civil rights actions.

Pursuant to your order (Docket # 165) a mediation was conducted on December 1, 2011. Although we were unable to reach a resolution on December 1st, settlement discussions are continuing. At this juncture we, and plaintiffs' counsel, believe there is a good possibility that the remaining claims against the Peekskill defendants can be resolved without the necessity of further litigation.

Under the circumstances, plaintiffs' counsel join us in requesting that the stay of the proceedings against the Peekskill defendants provided for in your order be continued until February 1, 2012. If agreeable to the Court, at that time we

will notify the Court of our progress towards reaching a global settlement of the claims against the Peekskill defendants.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Peter A. Meisels

PAM:kt
Enclosures
cc: Nick Brustin, Esq.
Diane Houk, Esq.
James Mitchell, Esq.
William G. Passannante, Esq.
Steven Pudell, Esq.

Granted.
So ordered.

12/13/11