Robert Delicate (RD-7363)
HARWOOD LLOYD, LLC
*Attorneys for Defendants Daniel Stephens and Putnam County*
350 5th Avenue, 59th Floor, Empire State Building
New York, New York 10118
(201)-359-3530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY<br><br>Defendants. | **DECLARATION OF<br><u>ROBERT DELICATE</u>**<br><br>No. 7:07-cv-8150 (KMK) (GAY)<br><br>**ECF Case** |
| LINDA MCGARR<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND<br><br>Defendants. | No. 7:07-cv-09488 (KMK) (GAY)<br><br>**ECF Case** |

ROBERT L. DELICATE, an attorney duly admitted to practice law in the

Southern District of New York hereby affirms the following under the penalties of

perjury:

1. I am an associate in the law firm of Harwood Lloyd, LLC, attorney for the Defendant, Daniel Stephens and Putnam County. I submit this Declaration in support of Defendant, Daniel Stephens' and Putnam County's Motion for Summary Judgment.

2. Annexed hereto are the following exhibits:

    A. Plaintiff's Third Amended Complaint;

    B. Answer to Plaintiff's Third Amended Complaint;

    C. Excerpts from Plaintiff's Exhibit 1;

    D. Excerpts from the deposition of Plaintiff, Jeffrey Deskovic;

    E. Excerpts from the 50-h hearing of Jeffrey Deskovic;

    F. Excerpts from the sentencing of Jeffrey Deskovic;

    G. Excerpts from the deposition of Dan Stephens;

    H. Excerpts from the trial testimony given by Dan Stephens;

    I. Excerpts from the deposition of George Bolen;

    J. Excerpts from the deposition of Thomas McIntyre;

    K. Transcribed conversation from January 10, 1990 between Jeffrey Deskovic and David Levine;

    L. Plaintiff's pre-motion letter dated April 27, 2011;

    M. Excerpts from plaintiff's Exhibit 1, relating to the polygraph examination conducted on January 25, 1990.

Dated: New York, New York
       August 5, 2011

                              YOURS, etc.,

                              HARWOOD LLOYD, LLC

By: /s/

    Robert Delicate (RD-7363)
    *Attorneys for Defendant, Daniel Stephens*
    350 5th Avenue, 59th Floor,
    Empire State Building
    New York, New York 10118
    (201) 359-3530

TO:

Nick Brustin
nick@nsbcivilrights.com
Chloe Cockburn
chloe@nsbcivilrights.com
Neufeld, Scheck and Brustin LLP
99 Hudson St.
New York, New York 10013

Vincent Gelardi
vg@vincentgelardi.com
Gelardi & Randazzo, LLP
800 Westchester Ave., Suite S-608
Rye Brook, NY 10573

James Mitchell
jmitchell@stillmanfriedman.com
Stillman Friedman and Shechtman, P.C. 425 Park Ave.
New York, NY 10022

Peter Meisels
Peter.meisels@wilsonelser.com
John Flannery
john.flanney@wilsonelser.com
Lalit Loomba
lalit.loomba@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604-3407

William Harrington wpharrington@bpslaw.com
Pete Harrington pharrington@bpslaw.com

Bleakley Platt & Schmidt,
LLP One North Lexington Avenue
White Plains, NY 10601

Stuart Kahan
skahan@oxmanlaw.com
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Rd. White Plains, NY 10605

Diane Houk dhouk@ecbalaw.com
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019