UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JEFFREY DESKOVIC,                    Index No. CV-07-8150 (KMK)
                                     (GAY)
            Plaintiff,

    -against-                    **NOTICE OF APPEARANCE**

CITY OF PEEKSKILL, et al.,

            Defendants.

-----------------------------------------------------------------X

CITY OF PEEKSKILL, et al.,

            Third-Party Plaintiff,

-against-

WESTPORT INSURANCE COMPANY, et al.,

            Third-Party
            Defendants.

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned attorney, being duly admitted to practice before this Court, does hereby enter an appearance for Third-Party Defendant American Motorists Insurance Company, as successor in interest to both American Protection Insurance Company and Specialty National Insurance Company, in the above-captioned action and requests that a copy of all papers in this action be served upon the undersigned at the address set forth below.

Dated: January 4, 2012                      MECKLER BULGER TILSON MARICK
                                                                       & PEARSON LLP

                                                                        By /s/ Karen M. Dixon
                                                                        Karen M. Dixon (admitted *pro hac vice*)
                                                                        Meckler Bulger Tilson
                                                                        Marick & Pearson LLP

123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7913 (phone)
(312) 474-7898 (fax)

Attorneys for Third-Party Defendant
American Motorists Insurance Company, as
successor in interest to both American
Protection Insurance Company and
Specialty National Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                            /s/ Karen M. Dixon
                                            Karen M. Dixon
                                            karen.dixon@mbtlaw.com

Karen M. Dixon (admitted *pro hac vice*)
Meckler Bulger Tilson Marick & Pearson LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7913 (phone)
(312) 474-7898 (fax)