UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JEFFREY DESKOVIC,

                         Plaintiff,

         -against-

CITY OF PEEKSKILL, et al.,

                         Defendant.

----------------------------------------------------------------X

Index No. CV- 07-8150
(KMK) (GAY)

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Third-Party Defendant, American Motorists Insurance Company, as successor in interest to both American Protection Insurance Company ("AMPICO") and to Specialty National Insurance Company ("SNIC"), collectively "AMICO", in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

I certify that I am admitted to practice in this Court.

Dated: January 4, 2012

                        RIVKIN RADLER LLP

                        By: /s/ Michael Buckley
                        Michael Buckley
                        926 RXR Plaza
                        Uniondale, New York 11556
                        (516) 357-3000

                        Attorney for Third-Party Defendant
                        American Motorists Insurance Company, as
                        successor in interest to both American Protection
                        Insurance Company ("AMPICO") and to Specialty
                        National Insurance Company ("SNIC"), collectively
                        "AMICO"