UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____X    No.: CV-07-8150 (KMK)(GAY)

JEFFREY DESKOVIC,

                    Plaintiff,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, PETER INSERO, and
LEGAL AID SOCIETY OF WESTCHESTER
COUNTY

                    Defendants.

_____X

CITY OF PEEKSKILL,

                    Third-Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY as
successor-in-interest to NORTH RIVER
INSURANCE COMPANY,

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as successor-in-interest
to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as successor-
in-interest to INTERNATIONAL INSURANCE
COMPANY,

UNDERWRITERS AT LLOYD'S LONDON,

CX REINSURANCE COMPANY LIMITED as
successor-in-interest to CNA INTERNATIONAL
REINSURANCE COMPANY,

CX REINSURANCE COMPANYLIMITED as

successor-in-interest to CNA REINSURANCE
OF LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE COMPANY,

TRAVELERS INDEMNITY COMPANY as
successor-in-interest to GULF INSURANCE
COMPANY,

AMERICAN MOTORISTS INSURANCE
COMPANY as successor-in-interest to
AMERICAN PROTECTION INSURANCE
COMPANY,

AMERICAN MOTORISTS INSURANCE
COMPANY as successor-in-interest to
SPECIALTY NATIONAL INSURANCE
COMPANY,

HARCO NATIONAL INSURANCE COMPANY,

ILLINOIS NATIONAL INSURANCE COMPANY and

MARKEL AMERICAN INSURANCE COMPANY,

        Third-Party Defendants.

_____X

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Third-Party Defendant HARCO INSURANCE COMPANY, hereby appears in the above-entitled action, and that the undersigned has been retained as attorney for said defendant and demands that all other papers in this action be served upon the undersigned at the office address stated below or at jford@wff-law.com for all electronic filings.

Dated: New York, New York
      January 6, 2012

Yours, etc.

WHITE, FLEISCHNER & FINO

By: _____
          Janet P. Ford
Attorneys for Third-Party Defendant
HARCO INSURANCE COMPANY
61 Broadway –18th Floor
New York, New York 10006
212-487-9700
Our File No.: 344-15971