UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

Jeffrey Deskovic

                Plaintiff,

    -against-

City of Peekskill, et al   Defendant.

Case No.  07 Civ. 8150 (KMK)(GAY)

-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**James A. Randazzo**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JR 0156     My State Bar Number is 2323798

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Gelardi & Randazzo LLP
                FIRM ADDRESS: 800 Westchester Ave., Ste S-608, Rye Brook, NY
                FIRM TELEPHONE NUMBER: 914-251-0603
                FIRM FAX NUMBER: 914-253-0909

NEW FIRM:    FIRM NAME: Gaines, Gruner, Ponzini & Novick, LLP
                FIRM ADDRESS: 11 Martine Ave., 8th Floor, White Plains, NY 10606
                FIRM TELEPHONE NUMBER: 914-288-9595
                FIRM FAX NUMBER: 914-288-0580

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1-11-12

_____
ATTORNEY'S SIGNATURE