UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY DESKOVIC,

                Plaintiff,

                                                 No. CV-07-8150
      v.                                          (KMK)(GAY)

CITY OF PEEKSKILL, PUTNAM COUNTY,        **NOTICE OF WITHDRAWAL**
WESTCHESTER COUNTY, DAVID LEVINE,       **OF APPEARANCE AND ORDER**
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS ROH,
MILLARD HYLAND, GEORGE BOLEN and ALAN
TWEED,

                                  Defendants.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Kathryn E. Leone will no longer be employed by the Office of the Attorney General of the State of New York and, accordingly, hereby withdraws as counsel of record for non-party New York State Department of Health in the above referenced action and requests that her appearance herein be terminated.

        **PLEASE TAKE FURTHER NOTICE** that any further appearance by the Office of the Attorney General of the State of New York on behalf of non-party New York State Department of Health is not necessary based on the procedural posture of the case.

Dated: New York, New York
         March 9, 2012

                                                            ERIC T. SCHNEIDERMAN
                                                            Attorney General of the
                                                             State of New York
                                                            Attorney for non-party New York State

1

Department of Health
By:

*[signature: Kathryn E. Leone]*

Kathryn E. Leone
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8661

SO ORDERED

*[signature]*

Hon. Kenneth M. Karas
United States District Judge
Dated: 3/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY DESKOVIC,

                Plaintiff,

                              No. CV-07-8150
      v.                           (KMK)(GAY)

CITY OF PEEKSKILL, PUTNAM COUNTY,        **DECLARATION OF**
WESTCHESTER COUNTY, DAVID LEVINE,       **KATHRYN E. LEONE**
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS ROH,
MILLARD HYLAND, GEORGE BOLEN and ALAN
TWEED,

                Defendants.
-----------------------------------------------------------------X

       **KATHRYN E. LEONE**, an attorney admitted to practice before the Courts of this State, hereby declares under penalty of perjury that the following is true and correct:

       1. I am employed as an Assistant Attorney General in the office of Eric T. Schneiderman, Attorney General of the State of New York, attorney for non-party New York State Department of Health in the above-captioned action.

       2. I submit this declaration in support of the withdrawal of my appearance in this action in accordance with Local Rule 1.4.

       3. My cause for withdrawal is that as of I will no longer be employed by the New York State Office of the Attorney General as of March 10, 2012.

Dated: New York, New York
       March 9, 2012

                                                          */s/ Kathryn E. Leone*
                                                             Kathryn E. Leone