UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

                Plaintiff,

-v-                             07-CV-8150 (KMK)

CITY OF PEEKSKILL, et al.,        MOTION SCHEDULING ORDER

                Defendants.

---

KENNETH M. KARAS, District Judge:

    At the Pre-Motion Conference held before the Court on March 27, 2012, the Court adopted the following scheduling order:

    Third Party Plaintiff, the City of Peekskill, shall amend its Third Party Complaint by April 6, 2012. Third Party Defendants shall submit their motion to dismiss by April 20, 2012. Third Party Plaintiff shall submit their opposition papers by May 4, 2012. Third Party Defendants shall submit their reply in support of their motion by May 14, 2012. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    Any pending deadlines as to the Third Party claims found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed while the motion is pending.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    White Plains, New York
                March 27, 2012

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE