UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

                    Plaintiff,

-v-                                       ORDER

CITY OF PEEKSKILL et al,        No. 07-CV-8150 (KMK)

                    Defendants.

KENNETH M. KARAS, District Judge:

      Having reviewed the Proposed Motions for Summary Judgment submitted by Defendant Eugene Tumolo and the Peekskill Individual Defendants, the Court has determined that Plaintiff must respond to the motions.

      The Parties shall contact each other to discuss the scheduling of their submissions, and shall send back a proposed schedule within ten days of this Order.

SO ORDERED.

Dated:      White Plains, New York
              April 14, 2012

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE