UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JEFFREY DESKOVIC,

                    Plaintiff,

-v-

CITY OF PEEKSKILL, et al.,

                    Defendants.

ORDER

No. 07-CV-8150 (KMK)

KENNETH M. KARAS, District Judge:

      The Court has received the Pre-Sentence Investigation Report, Mental Health Report, and Inmate Status Report requested by Defendant City of Peekskill in its March 14, 2012 subpoena. Defendant City of Peekskill and Craig Mausler, Assistant Counsel for the New York State Department of Corrections, agreed that these materials would be turned over to the Court for in camera review, which it has done.

      If Defendant City of Peekskill wishes the Court to release these materials to it, it is requested to submit to the Court a brief letter explaining its authority to do so by May 2, 2012.

SO ORDERED.

Dated:      White Plains, New York
              April 23, 2012

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE