# NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick Brustin
Debi Cornwall

Johnnie L. Cochran, Jr.
(1937-2005)

Anna Benvenutti Hoffmann
Emma Freudenberger
Chloe Cockburn
Sandy Henderson
Vanessa Buch

April 25, 2012

**Via UPS Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

RE: **Deskovic v. City of Peekskill, et al., 07-CV-8150 (KMK)(GAY)**
**McGarr v. City of Peekskill, et al., 07-CV-9488(KMK)(GAY)**

Dear Judge Karas,

We write to advise the Court that counsel for Plaintiffs and counsel for Defendants the City of Peekskill, David Levine, Thomas McIntyre, and Eugene Tumolo have conferred pursuant to the Court's Order of April 14, 2012.[1] The parties have agreed to the following proposed schedule for responding to the pending motions for Summary Judgment by the Peekskill defendants, and respectfully request that the Court approve of this schedule.

Plaintiffs shall serve their opposition papers on the Court and all parties by August 17, 2012, and Defendants shall serve their replies to Plaintiffs' opposition on the Court and all parties by October 12, 2012. All will be filed on ECF on October 12, 2012 by the Peekskill defendants. This proposal accommodates all attorneys' schedules, including other briefing and trial obligations.

Thank you for your attention to this proposal.

---

[1] While this Order was only docketed in the *Deskovic* action, and not the *McGarr* action, the parties assume that the Court intended this same Order to be docketed in both actions. If our assumption was in error, we would appreciate guidance from the Court as to the appropriate next steps in the *McGarr* action.

1

Respectfully Submitted,

Nick Brustin

CC (via email):

James Mitchell
jmitchell@stillmanfriedman.com
Stillman Friedman and Shechtman, P.C.
425 Park Ave.
New York, NY 10022

Diane L. Houk
dhouk@ecbalaw.com
Debra L. Greenberger
dgreenberger@ecbalaw.com
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

William Passannante
wpassannanter@andersonkill.com
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Peter Meisels
peter.meisels@wilsonelser.com
John Flannery
john.flanney@wilsonelser.com
Lalit Loomba
lalit.loomba@wilsonelser.com
Wilson Elser Moskowitz Edelman& Dicker,
LLP
3 Gannett Drive
White Plains, NY 10604-3407

Vincent Gelardi
vg@vincentgelardi.com
Gelardi & Randazzo, LLP
800 Westchester Ave., Suite S-608
Rye Brook, NY 10573

Robert Delicate
rdelicate@harwoodlloyd.com

Wellinghorst & Fronzuto
4 Franklin Ave.
Ridgewood, New Jersey 07450

The proposed hearing schedule discussed herein is approved.

So ordered.

4/26/12

2