UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JEFFREY DESKOVIC,

    Plaintiff,

    v.

CITY OF PEEKSKILL, et al.

    Defendants.
----------------------------------------------------------X
CITY OF PEEKSKILL,

    Third-Party Plaintiff,

    v.

AMERICAN ZURICH INSURANCE COMPANY, et al.,

    Third-Party Defendants.
----------------------------------------------------------X

No. CV-07-8150 (KMK)(GAY)

**STIPULATION EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time within which Third-Party Defendant Zurich American Insurance Company, incorrectly named as American Zurich Insurance Company, may answer the Third Party Complaint is extended to May 11, 2012.

**IT IS FURTHER STIPULATED AND AGREED** that copies of this stipulation shall be deemed originals.

DATED:    New York, New York
               April 27, 2012

_____
Steven Pudell, Esq. (SP0127)
ANDERSON KILL & OLICK, P.C.
One Gateway Center, Suite 1510
Newark, NJ 07102
973-642-5877 (T)
973-621-6361 (F)
*Attorneys for Third-Party Plaintiff*

_____
Robert Kelly, Esq. (RJK 4955)
COUGHLIN DUFFY LLP
Wall Street Plaza
88 Pine Street, 28th Floor
New York, NY 10005
(212) 483-0105 (T)
(212) 480-3899 (F)

So Ordered
/s/ KMK
5/3/12

Stip Extending Time Answer - Deskovic:475554_1
njdocs-57995.1

*Attorneys for Third-Party Defendant Zurich American Insurance Company, incorrectly named as American Zurich Insurance Company*