# EXHIBIT A

## EXHIBIT A

### List of Insurance Policies[1]

| Insurance Company | Policy Number | Policy Period |
| --- | --- | --- |
| North River | FTZ 51121 | 12/31/88 – 12/31/89 |
| North River | FTZ 51144 | 12/31/89 – 12/31/90 |
| American Zurich | CEO 6102583 | 12/31/89 – 12/31/90 |
| North River | FTZ 503086942-8 | 12/31/90 – 12/31/91 |
| International | 531-001915-2 | 12/31/90 – 12/31/91 |
| London Defendants | GHV 1452/191 | 12/31/91 – 12/31/92 |
| Illinois Union | XCB G1560312-4 | 12/31/91 – 12/31/92 |
| London Defendants | GHV 1452/391 | 12/31/91 – 12/31/92 |
| Gulf Ins. Co. | GA 5493492 | 12/31/91 – 12/31/92 |
| London Defendants | GHV 1452/192 | 12/31/92 – 12/31/93 |
| Illinois Union | ECB G1560431-1 | 12/31/92 – 12/31/93 |
| London Defendants | GHV 1452/292 | 12/31/92 – 12/31/93 |
| Gulf Ins. Co. | GA 5554506 | 12/31/92 – 12/31/93 |
| London Defendants | GHV 1452/193 | 12/31/93 – 12/31/94 |
| Illinois Union | ECB G1560548-0 | 12/31/93 – 12/31/94 |
| United National | CP62686 | 12/31/93 – 12/31/94 |
| London Defendants | GHV 1452/293 | 12/31/93 – 12/31/94 |
| United National | CPD62686 | 12/31/93 – 12/31/94 |

---

[1] The above list is based on information currently available to Peekskill and Peekskill reserves the right to supplement the list as needed. Copies of all policies listed above which are currently in Peekskill's possession can be made available at the undersigned counsel's office or will be made available to all the parties.

| Insurance Company | Policy Number | Policy Period |
|---|---|---|
| Gulf Ins. Co. | GA 5609437 | 12/31/93 – 12/31/94 |
| London Defendants | GHV 1452/194 | 12/31/94 – 12/31/95 |
| Illinois Union | ECB G1560580-7 | 12/31/94 – 12/31/95 |
| United National | CP62831 | 12/31/94 – 12/31/95 |
| London Defendants | GHV 1452/294 | 12/31/94 – 12/31/95 |
| United National | CPD62831 | 12/31/94 – 12/31/95 |
| Gulf Ins. Co. | GA 5743573 | 12/31/94 – 12/31/95 |
| United National | CP64627 | 12/31/95 – 12/31/96 |
| Gulf Ins. Co. | GA 5826074 | 12/31/95 – 12/31/96 |
| United National | CP64753 | 12/31/96 – 12/31/97 |
| Gulf Ins. Co. | GA 5851166 | 12/31/96 – 12/31/97 |
| United National | CP64882 | 12/31/97 – 12/31/99 |
| Gulf Ins. Co. | Unknown | 12/31/97 – 12/31/99 |
| American Protection | 3QX119534-00 | 12/31/99 – 12/31/02 |
| American Protection | 3QX119535-00 | 12/31/99 – 12/31/02 |
| Specialty National | 3XZ203739-00 | 12/31/02 – 12/31/03 |
| Specialty National | 3XZ203741-00 | 12/31/02 – 12/31/03 |
| Harco National | CP00011010 | 12/31/03 – 12/31/04 |
| Harco National | UL00003505 | 12/31/03 – 12/31/04 |
| Harco National | CP00011017 | 01/01/05 – 12/31/05 |
| Harco National | UL00003509 | 12/31/04 – 12/31/05 |
| Harco National | CP00011027 | 12/31/05 – 12/31/06 |
| Harco National | UL00003513 | 12/31/05 – 12/31/06 |

nydocs1-987561.1