UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC, : Index No. CV-07-8150 (KMK)(GAY)
:
 Plaintiff, : **Rule 7.1 Disclosure Statement**
:
vs. :
:
CITY OF PEEKSKILL, PUTNAM COUNTY, :
WESTCHESTER COUNTY, DAVID LEVINE, :
THOMAS MCINTYRE, WALTER BROVARSKI, :
EUGENE TUMOLO, JOHN AND JANE DOE :
SUPERVISORS, DANIEL STEPHENS, LOUIS :
ROH, MILLARD HYLAND, PETER INSERO, AND :
LEGAL AID SOCIETY OF WESTCHESTER :
COUNTY, :
:
 Defendants. :

---

CITY OF PEEKSKILL, :
:
 Third-Party Plaintiff, :
vs. :
:
WESTPORT INSURANCE CORPORATION AS :
SUCCESSOR-IN-INTEREST TO NORTH RIVER :
INSURANCE COMPANY, :
:
WESTPORT INSURANCE CORPORATION AS A :
SUCCESSOR-IN-INTEREST TO INTERNATIONAL :
INSURANCE COMPANY, :
:
UNDERWRITERS AT LLOYD'S, LONDON, :
:
CX REINSURANCE COMPANY LIMITED AS :
SUCCESSOR-IN-INTEREST TO CNA :
INTERNATIONAL REINSURANCE COMPANY, :
:
CX REINSURANCE COMPANY LIMITED AS :
SUCCESSOR-IN-INTEREST TO CNA REINSURANCE :
OF LONDON, LIMITED, :
:
**Caption continued on next page** :

---

:
:
:

CAPTION CONTINUED FROM PREVIOUS PAGE          :

SPHERE DRAKE INSURANCE PLC,                   :

ILLINOIS UNION INSURANCE COMPANY,             :

UNITED NATIONAL INSURANCE COMPANY,            :

TRAVELERS INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO GULF INSURANCE COMPANY,    :

AMERICAN MOTORISTS INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO AMERICAN PROTECTION INSURANCE COMPANY,   :

AMERICAN MOTORISTS INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO SPECIALTY NATIONAL INSURANCE COMPANY,   :

HARCO NATIONAL INSURANCE COMPANY, AND         :

AMERICAN ZURICH INSURANCE COMPANY,

    THIRD-PARTY DEFENDANTS.

---

**PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL OF RECORD FOR A CORPORATE (NON-GOVERNMENTAL) PARTY CERTIFIES AS FOLLOWS:**

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Zurich American Insurance Company, incorrectly named as American Zurich Insurance Company, states as follows:

Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc.

is 99.8711% owned directly by Zurich Insurance Company Ltd., a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd. is directly owned by Zurich Financial Services Ltd., a Swiss corporation. Zurich Financial Services Ltd. is the only publicly traded parent company, with a listing on the Swiss Stock Exchange, and a further trading of American Depository Receipts.

DATED:   New York, New York
         May 11, 2012

                                    COUGHLIN DUFFY, LLP

                              BY:   _____
                                    Robert J. Kelly (RJK4955)
                                    Wall Street Plaza, 28th Floor
                                    88 Pine Street
                                    New York, New York 10005
                                    (212) 483-0105
                                    *Attorneys for Third-Party Defendant*
                                    *Zurich American Insurance Company,*
                                    *incorrectly named as American Zurich*
                                    *Insurance Company*