UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____X
JEFFREY DESKOVIC,

                          Plaintiff,

vs.

CITY OF PEEKSKILL, ET AL.,

                          Defendants.
_____X
LINDA MCGARR,

                          Plaintiff,

vs.

CITY OF PEEKSKILL, ET AL.,

                          Defendants.
_____X
CITY OF PEEKSKILL,

                          Third-Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY, ET AL.,

                          Third-Party Defendants.
_____X

No.: CV-07-8150 (KMK)(GAY)

**CERTIFICATION**

No. 07-CV-9488 (KMK)(GAY)

JANET P. FORD, certifies as follows:

      1.    I am an attorney duly admitted to practice before this Honorable Court, and I hereby affirm the truth of the following statements under penalty of perjury.  I am counsel to the law firm of WHITE FLEISCHNER & FINO, LLP, attorneys for Third Party Defendant HARCO NATIONAL INSURANCE COMPANY.

2.  I hereby certify that on April 20, 2012, I caused Third-Party Defendant's **HARCO NATIONAL INSURANCE COMPLANY'S REPLY MEMORANDUM** to be filed and served upon all parties electronically with the Clerk of the Southern District Court using its ECF system.

Dated: New York, New York
       May 14, 2012

>                       WHITE FLEISCHNER & FINO, LLP
>
>                       By: _____
>                           Janet P. Ford
>                       Counsel for Third-Party Defendant HARCO
>                       NATIONAL INSURANCE COMPANY
>                       61 Broadway, 18th Floor
>                       New York, New York 10006
>                       (212) 487-9700
>                       Our File No.: 344-15971