UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

**Jeffrey Deskovic,**

                      Plaintiff,              07-CV-08150 (KMK)(GAY)

-v-                                                 CALENDAR NOTICE

**City of Peekskill, et al.,**

                      Defendants.
-------------------------------------------------------X

      Please take notice that the above captioned action has been scheduled for oral argument on all pending motions before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, August 2, 2012 at 10:00 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: June 13, 2012
       White Plains, New York

                                          So Ordered

                                          Kenneth M. Karas, U.S.D.J