UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

   Plaintiff,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

   Defendants.

---

CITY OF PEEKSKILL,

   Third-Party Plaintiff,

vs.

WESTPORT INSURANCE CORPORATION AS SUCCESSOR-IN-INTEREST TO NORTH RIVER INSURANCE COMPANY,

WESTPORT INSURANCE CORPORATION AS A SUCCESSOR-IN-INTEREST TO INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED AS SUCCESSOR-IN-INTEREST TO CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED AS SUCCESSOR-IN-INTEREST TO CNA REINSURANCE OF LONDON, LIMITED,

*Caption continued on next page*

---

: Index No. CV-07-8150 (KMK)(GAY)
:
: **Notice of Appearance**

| | |
|---|---|
| CAPTION CONTINUED FROM PREVIOUS PAGE | : |
| | : |
| SPHERE DRAKE INSURANCE PLC, | : |
| | : |
| ILLINOIS UNION INSURANCE COMPANY, | : |
| | : |
| UNITED NATIONAL INSURANCE COMPANY, | : |
| | : |
| TRAVELERS INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO GULF INSURANCE COMPANY, | :<br>:<br>: |
| | : |
| AMERICAN MOTORISTS INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO AMERICAN PROTECTION INSURANCE COMPANY, | :<br>:<br>:<br>: |
| | : |
| AMERICAN MOTORISTS INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO SPECIALTY NATIONAL INSURANCE COMPANY, | :<br>:<br>:<br>: |
| | : |
| HARCO NATIONAL INSURANCE COMPANY, AND | :<br>: |
| AMERICAN ZURICH INSURANCE COMPANY, | |
| THIRD-PARTY DEFENDANTS. | |

SIRS:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Third-Party Defendant, Zurich American Insurance Company, incorrectly named as American Zurich Insurance Company, in the above-captioned matter.

I am admitted or otherwise authorized to practice in this court.

Dated: New York, New York
       June 15, 2012

COUGHLIN DUFFY LLP

By:    /s/ Christopher O'Leary
       Christopher O'Leary (CO-5584)
       Wall Street Plaza
       88 Pine Street, 28th Floor
       New York, New York 10005
       (212) 483-0105

Fax:  (212) 480-3899
coleary@coughlinduffy.com
Attorneys for Third-Party Defendant
Zurich American Insurance Company,
incorrectly named as American Zurich
Insurance Company