# NEUFELD SCHECK & BRUSTIN, LLP
## 99 Hudson Street
## New York, New York 10013

### Tel: 212-965-9081
### Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick Brustin
Debi Cornwall

Anna Benvenutti Hoffmann
Emma Freudenberger
Chloe Cockburn
Sandy Henderson
Vanessa Buch

Johnnie L. Cochran, Jr.
(1937-2005)

June 20, 2012

**Via UPS Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)(GAY)
   *McGarr v. City of Peekskill, et al.*, 07-CV-9488(KMK)(GAY)

Dear Judge Karas:

I write pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv) on behalf of Plaintiff Jeffrey Deskovic to join in the application made by Defendant City of Peekskill on June 19, 2012, requesting that the Court compel Third Party Defendant Zurich Insurance Company ("Zurich") to produce a full copy of the Zurich policy applicable to this dispute.

As set forth in Peekskill's letter, Zurich has thus far refused to provide a copy of its policy. It is crucial for the parties to review the Zurich policy at this time.

Accordingly, Plaintiff requests that the Court compel Zurich to produce to the parties a full copy of the Zurich policy at issue in this dispute. To the extent Zurich claims it has no policy in its possession, Plaintiff seeks policy forms used for the Peekskill policy.

*Zurich is to respond to this letter by June 28, 2012.*

Respectfully submitted,

Nick Brustin
Nick Brustin                    CFC

*So ordered.*

6/21/12

1

cc:     (via email)
        Vianny Pichardo, Esq. (vpichardo@andersonkill.com)
        Ian Hale, Esq. (ihale@lathropgage.com)
        Bill Beck, Esq. (wbeck@lathropgage.com)
        Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
        James Mitchell, Esq. (jmitchell@stillmanfriedman.com)
        Diane Houk, Esq. (dhouk@ecbalaw.com)
        Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
        Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
        Vince Gelardi, Esq. (vg@vincentgelardi.com)
        Darcy Ibach (dibach@lbbslaw.com)
        Stephanie A. Nashban (nashban@lbbslaw.com)
        Patrick Walsh (pwalsh@hww-law.com)
        Bradley Klein (bklein@hww-law.com)
        Marianne May (Marianne.may@clydeco.us)
        David Dolendi (david.dolendi@sedgwicklaw.com)
        Jessika Moon (jessika.moon@sedgwicklaw.com)
        Catalina Sugayan (catalina.sugayan@sedgwicklaw.com)
        Thomas Martin (tmartin@putneylaw.com)
        Karen Dixon (karen.dixon@mbtlaw.com)
        Matthew B. Anderson (matthew.anderson@mendes.com)
        Michael Buckley (michael.buckley@rivkin.com)
        Anthony Gambardella (anthony.gambardella@rivkin.com)
        Janet Ford (jford@wff-law.com)
        Robert Kelly (rkelly@coughlinduffy.com)