# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.coughlinduffy.com

ROBERT KELLY, ESQ.
DIRECT DIAL (212) 612-1987
EMAIL: RKELLY@COUGHLINDUFFY.COM

CHRISTOPHER O'LEARY, ESQ.
DIRECT DIAL (212) 612-4989
EMAIL: COLEARY@COUGHLINDUFFY.COM

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

June 28, 2012

*Via Facsimile (914) 390-4152*
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
United States Courthouse, Chambers 533
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150 (KMK)(GAY)
*McGarr v. City of Peekskill, et al.*, No. 07-CV-9488 (KMK)(GAY)

Dear Judge Karas:

We represent Third-Party Defendant, Zurich American Insurance Company (incorrectly named as American Zurich Insurance Company)("Zurich") in the above captioned matters. Pursuant to the Court's June 21, 2012 endorsement of Plaintiff's counsel Nick Brustin's letter of June 20, 2012, we write to respond to counsel for Third-Party Plaintiff, Steven Pudell's letter of June 19, 2012, and Mr. Brustin's letter joining in Mr. Pudell's request.

Zurich has located a copy of Zurich Policy No. CEO 6102583-01, with effective dates of December 31, 1989 to December 31, 1990, at issue in this litigation. Zurich has provided a copy of this policy to all counsel via email.

The policy appears to be missing two endorsements. Zurich is in the process of searching for the missing endorsements and we ask that the Court permit Zurich 30 days to complete this search.

June 28, 2012
Page 2

Respectfully submitted,

COUGHLIN DUFFY LLP

Robert J. Kelly
Christopher D. O'Leary

cc: *Via Email*
Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
James Mitchell, Esq. (inmitchell@stillmanfriedman.com)
Diane Houk, Esq. (dhouk@ecbalaw.com)
Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
Vince Gelardi, Esq. (vg@vincentgelardi.com)
Nick Brustin, Esq. (nick@nsbcivilrights.com)
Darcy Ibach, Esq. (dibach@lbbslaw.com)
Stephanie A. Nashban, Esq. (nashban@lbbslaw.com)
Patrick Walsh, Esq. (pwalsh@hww-law.com)
Bradley Klein, Esq. (bklein@hww-law.com)
Marianne May, Esq. (Marianne.may@clydeco.us)
David Dolendi, Esq. (david.dolendi@sedgwicklaw.com)
Jessika Moon, Esq. (jessika.moon@sedgwicklaw.com)
Catalina Sugayan, Esq. (catalina.sugayan@sedgwicklaw.com)
Thomas Martin, Esq. (tmartin@putneylaw.com)
Karen Dixon, Esq. (karen.dixon@mbtlaw.com)
Matthew B. Anderson, Esq. (matthew.anderson@mendes.com)
Michael Buckley, Esq. (michael.buckley@rivkin.com)
Anthony Gambardella, Esq. (anthony.gambardella@rivkin.com)
Janet Ford, Esq. (jford@wff-law.com)
Vinny Pichardo, Esq. (vpichardo@andersonkill.com)
Ian Hale, Esq. (ihale@lathropgage.com)
Bill Beck, Esq. (wbeck@lathropgage.com)

[Handwritten annotation: Zurich has 15 days to find the missing endorsements.

So Ordered.
KMK
6/29/12]

Ltr Judge Karus re Zurich Policy:504722_2