# ANDERSON KILL & OLICK, P.C.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Attorneys and Counselors at Law

ONE GATEWAY CENTER, SUITE 1510 ■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

Steven J. Pudell, Esq.
SPudell@andersonkill.com
(973-642-5877)

MEMO ENDORSED

June 29, 2012

<u>By Facsimile (914) 390-4152</u>

Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

  Re: <u>Deskovic v. City of Peekskill, et al.</u>, No. 07-CV-8150 (KMK)(GAY)
    <u>McGarr v. City of Peekskill, et al., No. 07-CV-9488 (KMK)(GAY)</u>

Dear Judge Karas:

  We represent Defendant and Third-Party Plaintiff City of Peekskill ("Peekskill") in the above-referenced actions.

  On June 19, 2012, Peekskill requested the Court direct Third-Party Defendant American Zurich Insurance Company ("Zurich") to produce a complete copy of the Zurich policy at issue in the above referenced actions, including any standard forms used if they could not locate the complete copy of the policy. On June 21, 2012 the Court endorsed a similar request by Plaintiff Deskovic. In response to the Court's June 21, 2012 Order, Zurich produced an incomplete copy of Zurich Policy No. CEO 6102583-01 (12/31/89 – 12/31/90) and requested additional time to complete a search for missing endorsements.

  Pursuant to this Court's June 29, 2012 Order, Zurich will have 15 days to find the missing endorsements.

  We would like to bring to the Court's attention that the policy provided to the City and the Plaintiffs is the same incomplete policy Zurich provided to the City in January 2012 after numerous requests by Peekskill. Zurich is aware that the City and Plaintiffs have been requesting a <u>complete</u> copy of the policy, not only the missing endorsements but any standard forms used in the policy as well. We would like to reiterate this request as Zurich continues its search for a complete copy of the policy as the Court has ordered.

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC

njdocs-58252.1

**Anderson Kill & Olick, P.C.**

Hon. Kenneth M. Karas
June 29, 2012
Page 2

Respectfully submitted,

*Steven J. Pudell (CI)*
Steven J. Pudell

cc: (via email)
Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
James Mitchell, Esq. (jmitchell@stillmanfriedman.com)
Diane Houk, Esq. (dhouk@ecbalaw.com)
Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
Vince Gelardi, Esq. (vg@vincentgelardi.com)
Nick Brustin, Esq. (nick@nsbcivilrights.com)
Darcy Ibach (dibach@lbbslaw.com)
Stephanie A. Nashban (nashban@lbbslaw.com)
Patrick Walsh (pwalsh@hww-law.com)
Bradley Klein (bklein@hww-law.com)
Marianne May (Marianne.may@clydeco.us)
David Dolendi (david.dolendi@sedgwicklaw.com)
Jessika Moon (jessika.moon@sedgwicklaw.com)
Catalina Sugayan (catalina.sugayan@sedgwicklaw.com)
Thomas Martin (tmartin@putneylaw.com)
Karen Dixon (karen.dixon@mbtlaw.com)
Matthew B. Anderson (matthew.anderson@mendes.com)
Michael Buckley (michael.buckley@rivkin.com)
Anthony Gambardella (anthony.gambardella@rivkin.com)
Janet Ford (jford@wff-law.com)
Robert Kelly (rkelly@coughlinduffy.com)

**The Clerk of the Court is respectfully requested to docket this letter.**

So Ordered.

7/2/12

njdocs-58252.1