UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

                Plaintiff,

-v-

CITY OF PEEKSKILL et al,

                Defendants.

---

LINDA MCGARR,

                Plaintiff,

-v-

CITY OF PEEKSKILL, et al.,

                Defendants.

ORDER

No. 07-CV-8150 (KMK)
No. 07-CV-9488 (KMK)

KENNETH M. KARAS, District Judge:

    Defendant Daniel Stephens and Plaintiff Linda McGarr shall brief the issue of whether Stephens is entitled to qualified immunity as to McGarr's right to familial association claim by July 30, 2012, and shall be prepared to discuss the issue at oral argument before the Court on August 2, 2012.

SO ORDERED.

DATED:    White Plains, New York
               July 24, 2012

                                      KENNETH M. KARAS
                              UNITED STATES DISTRICT JUDGE