# NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick Brustin
Debi Cornwall

Anna Benvenutti Hoffmann
Emma Freudenberger
Chloe Cockburn
Sandy Henderson
Vanessa Buch

Johnnie L. Cochran, Jr.
(1937-2005)



July 31, 2012

**Via UPS**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

RE: ***Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)(GAY)**
***McGarr v. City of Peekskill, et al.*, 07-CV-9488(KMK)(GAY)**

Dear Judge Karas:

I write on behalf of Plaintiff Jeffrey Deskovic to request the Court's permission to submit a single brief, no longer than 50 pages, accompanied by a single statement of material facts pursuant to Local Rule 56.1 in opposition to the motions for summary judgment filed by Defendant Tumolo and Defendants Levine, McIntyre, and the City of Peekskill. Defendants have indicated that they have no objection.

Second, I respectfully request a three-week extension of time to file Plaintiff's opposition to the above motions. Due to a death in the family of one associate and the fact that two other associates are out on maternity leave, it will be difficult for us to finalize the opposition by the current due date of August 17, 2012. Defense Counsel Mr. Meisels and Mr. Mitchell have consented to the extension on the understanding that they will also be granted an extension of time to file a reply. Under the new schedule, Plaintiff's opposition will be due on September 7, 2012, and Defendants' reply will be due on November 2, 2012.

Counsel for Linda McGarr join in both of these requests.

Thank you in advance for your consideration.

1

Respectfully Submitted,

[signature]

NEUFELD SCHECK & BRUSTIN, LLP
Attorneys for Plaintiff Jeffrey Deskovic

CC (via email):

Peter Meisels
peter.meisels@wilsonelser.com
John Flannery
John.flannery@wilsonelser.com
Lalit Loomba
Lalit.loomba@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Jim Mitchell
jmitchell@stillmanfriedman.com
Stillman Friedman & Schechtman
425 Park Ave.
New York, NY 10022

Diane L. Houk
dhouk@ecbalaw.com
Debra L. Greenberger
dgreenberger@ecbalaw.com
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*[Handwritten annotation: Both requests are granted. So Ordered. [signature] 8/1/12]*