UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

        Plaintiff,

-v-

CITY OF PEEKSKILL, et al.,

        Defendants.



07-CV-8150 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    Plaintiff has moved to compel production of a complete copy of the insurance policy issued by Third-Party Defendant Zurich American Insurance Company ("Zurich") to the City of Peekskill ("Peekskill") with effective dates December 31, 1989 to December 31, 1990, or, in the alternative, a certified copy of the policy form(s) comprising the policy issued to Peekskill. (Dkt. No. 493.) Zurich shall submit its opposition papers by September 21, 2012. Plaintiff shall submit his reply in support of his motion by October 5, 2012.

    Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed while the motion is pending.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    White Plains, New York
              August 22, 2012

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE