# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

**Wall Street Plaza**
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.coughlinduffy.com

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

ROBERT KELLY, ESQ.
DIRECT DIAL: (212) 612-4987
EMAIL: RKELLY@COUGHLINDUFFY.COM

CHRISTOPHER O'LEARY, ESQ.
DIRECT DIAL: (212) 612-4989
EMAIL: COLEARY@COUGHLINDUFFY.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

September 21, 2012

***Via Facsimile (914) 390-4152***
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
United States Courthouse, Chambers 533
300 Quarropas Street
White Plains, NY 10601-4150

> ***Re:    Deskovic v. City of Peekskill, et al., No. 07-CV-8150 (KMK)(GAY)***
> ***McGarr v. City of Peekskill, et al., No. 07-CV-9488 (KMK)(GAY)***

Dear Judge Karas:

We represent Third-Party Defendant, Zurich American Insurance Company (incorrectly named as American Zurich Insurance Company)("Zurich") in the above captioned matters. Per your Order of August 22, 2012, Zurich must file opposition to plaintiff's pending motion to compel by today, September 21, 2012.

By letter of September 20, 2012, Zurich made a supplemental document production and requested that plaintiff withdraw its pending motion to compel. We ask that the Court grant Zurich an extension to file its opposition to plaintiff's motion until October 5, 2012, so that Zurich's request may be considered. Plaintiff's counsel has consented to this extension request.

Granted,
So Ordered,

9/21/12

Respectfully submitted,

COUGHLIN DUFFY LLP

Robert J. Kelly
Christopher D. O'Leary

## COUGHLIN DUFFY LLP

September 21, 2012
Page 2

cc:  *Via Email*
     Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
     James Mitchell, Esq. (innitchell@stillmanfriedman.com)
     Diane Houk, Esq. (dhouk@ecbalaw.com)
     Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
     Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
     Vince Gelardi, Esq. (vg@vincentgelardi.com)
     Nick Brustin, Esq. (nick@nsbcivilrights.com)
     Chloe Cockburn, Esq. (chloe@nsbcivilrights.com)
     Darcy Ibach, Esq. (dibach@lbbslaw.com)
     Stephanie A. Nashban, Esq. (nashban@lbbslaw.com)
     Patrick Walsh, Esq. (pwalsh@hww-law.com)
     Bradley Klein, Esq. (bklein@hww-law.com)
     Marianne May, Esq. (Marianne.may@clydeco.us)
     David Dolendi, Esq. (david.dolendi@sedgwicklaw.com)
     Jessika Moon, Esq. (jessika.moon@sedgwicklaw.com)
     Catalina Sugayan, Esq. (catalina.sugayan@sedgwicklaw.com)
     Thomas Martin, Esq. (tmartin@putncylaw.com)
     Karen Dixon, Esq. (karen.dixon@mbtlaw.com)
     Matthew B. Anderson, Esq. (matthew.anderson@mendes.com)
     Michael Buckley, Esq. (michael.buckley@rivkin.com)
     Anthony Gambardella, Esq. (anthony.gambardella@rivkin.com)
     Janet Ford, Esq. (jford@wff-law.com)
     Vinny Pichardo, Esq. (vpichardo@andersonkill.com)
     Steve Pudell, Esq. (spudell@andersonkill.com)
     Ian Hale, Esq. (ihale@lathropgage.com)
     Bill Beck, Esq. (wbeck@lathropgage.com)