# NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick Brustin
Debi Cornwall

Anna Benvenutti Hoffmann
Emma Freudenberger
Chloe Cockburn
Sandy Henderson
Vanessa Buch

Johnnie L. Cochran, Jr.
(1937-2005)

September 24, 2012

**Via UPS Ground**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)(GAY)
    *McGarr v. City of Peekskill, et al.*, 07-CV-9488(KMK)(GAY)

Dear Judge Karas:

I am one of the attorneys representing plaintiff Jeffrey Deskovic. I write with Peekskill counsel Lalit Loomba's consent regarding Plaintiff's Opposition to the Peekskill Defendants' motion for Summary Judgment. Having been alerted by Mr. Loomba to a set of typographical errors in Plaintiff's response to Peekskill's 56.1 statement of facts, I now submit a corrected courtesy copy for your Honor's convenience. The prior version erroneously referred to "Tumolo's" Statement of Material Facts in several responses, where it should have referred to "Peekskill's" facts. With the Court's permission, the corrected version will be filed on ECF when the motion is submitted.

Respectfully,

Chloe Cockburn

Granted.
So ordered.
10/1/12