# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.coughlinduffy.com

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

ROBERT KELLY, ESQ
DIRECT DIAL: (212) 612-4987
EMAIL: RKELLY@COUGHLINDUFFY.COM

CHRISTOPHER O'LEARY, ESQ
DIRECT DIAL: (212) 612-4989
EMAIL: COLEARY@COUGHLINDUFFY.COM

October 5, 2012

*Via Facsimile (914) 390-4152*
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
United States Courthouse, Chambers 533
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150 (KMK)(GAY)
            *McGarr v. City of Peekskill, et al.*, No. 07-CV-9488 (KMK)(GAY)

Dear Judge Karas:

    We represent Third-Party Defendant, Zurich American Insurance Company (incorrectly named as American Zurich Insurance Company)("Zurich") in the above captioned matters. Further to our correspondence of September 21, 2012, plaintiff's counsel responded to our request to withdraw its pending motion by reiterating its request for a complete copy of Endorsement U-ES-10019-A NY (9-88) and a certified copy of the complete Zurich policy (Form U-ES-10019-A NY, as previously produced, appears to be missing the first page).

    We are working with Zurich in an effort to accommodate plaintiff's counsel's request. We ask that the Court grant Zurich an extension to file its response to plaintiff's motion until October 19, 2012, so that Zurich may have an opportunity to complete its efforts in this regard. Plaintiff's counsel has consented to this extension request.

Granted.
So Ordered.
[signature]
10/10/12

Respectfully submitted,

COUGHLIN DUFFY LLP

[signature]

Robert J. Kelly
Christopher D. O'Leary

COUGHLIN DUFFY LLP

October 5, 2012
Page 2

cc: *Via Email*
Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
James Mitchell, Esq. (inmitchell@stillmanfriedman.com)
Diane Houk, Esq. (dhouk@ecbalaw.com)
Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
Vince Gelardi, Esq. (vg@vincentgelardi.com)
Nick Brustin, Esq. (nick@nsbcivilrights.com)
Chloe Cockburn, Esq. (chloe@nsbcivilrights.com)
Darcy Ibach, Esq. (dibach@lbbslaw.com)
Stephanie A. Nashban, Esq. (nashban@lbbslaw.com)
Patrick Walsh, Esq. (pwalsh@hww-law.com)
Bradley Klein, Esq. (bklein@hww-law.com)
Marianne May, Esq. (Marianne.may@clydeco.us)
David Dolendi, Esq. (david.dolendi@sedgwicklaw.com)
Jessika Moon, Esq. (jessika.moon@sedgwicklaw.com)
Catalina Sugayan, Esq. (catalina.sugayan@sedgwicklaw.com)
Thomas Martin, Esq. (tmartin@putneylaw.com)
Karen Dixon, Esq. (karen.dixon@mbtlaw.com)
Matthew B. Anderson, Esq. (matthew.anderson@mendes.com)
Michael Buckley, Esq. (michael.buckley@rivkin.com)
Anthony Gambardella, Esq. (anthony.gambardella@rivkin.com)
Janet Ford, Esq. (jford@wff-law.com)
Vinny Pichardo, Esq. (vpichardo@andersonkill.com)
Steve Pudell, Esq. (spudell@andersonkill.com)
Ian Hale, Esq. (ihale@lathropgage.com)
Bill Beck, Esq. (wbeck@lathropgage.com)

Ltr Judge Karas re Policy 10.5.12:542083_1