# COUGHLIN DUFFY LLP

### ATTORNEYS AT LAW

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105

ROBERT KELLY, ESQ
DIRECT DIAL: (212) 612-4987
EMAIL: RKELLY@COUGHLINDUFFY.COM

CHRISTOPHER O'LEARY, ESQ.
DIRECT DIAL: (212) 612-4989
EMAIL: COLEARY@COUGHLINDUFFY.COM

October 19, 2012

*__Via Facsimile (914) 390-4152__*
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
United States Courthouse, Chambers 533
300 Quarropas Street
White Plains, NY 10601-4150

> **Re:    *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150 (KMK)(GAY)**
> ***McGarr v. City of Peekskill, et al.*, No. 07-CV-9488 (KMK)(GAY)**
> **Our File No.: Z0021-01064**

Dear Judge Karas:

We represent Third-Party Defendant, Zurich American Insurance Company (incorrectly named as American Zurich Insurance Company)("Zurich") in the above captioned matters. In response to our correspondence of October 5, 2012, the Court extended the time for Zurich's response to the pending motion to compel so that Zurich could complete its search for a complete copy of Form U-ES-10019-A NY, as it appears the first page was missing from the prior production.

Zurich has completed its search and produced all of the documents within Zurich's possession that comprise the Zurich Policy. Zurich was unable to locate the missing first page of Form U-ES-10019-A NY.

Zurich is in the process of obtaining an affidavit from a Zurich representative addressing Zurich's completed policy search and document production. We ask that the Court grant Zurich an extension to file its response to plaintiff's motion until October 26, 2012, in order to afford Zurich time to obtain the affidavit. Plaintiff's counsel consents to this extension.

COUGHLIN DUFFY LLP

October 19, 2012
Page 2

Respectfully submitted,

COUGHLIN DUFFY LLP

Robert J. Kelly
Christopher D. O'Leary

cc:   *Via Email*
Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
James Mitchell, Esq. (jmitchell@stillmanfriedman.com)
Diane Houk, Esq. (dhouk@ecbalaw.com)
Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
Vince Gelardi, Esq. (vg@vincentgelardi.com)
Nick Brustin, Esq. (nick@nsbcivilrights.com)
Chloe Cockburn, Esq. (chloe@nsbcivilrights.com)
Darcy Ibach, Esq. (dibach@lbbslaw.com)
Stephanie A. Nashban, Esq. (nashban@lbbslaw.com)
Patrick Walsh, Esq. (pwalsh@hww-law.com)
Bradley Klein, Esq. (bklein@hww-law.com)
Marianne May, Esq. (Marianne.may@clydeco.us)
David Dolendi, Esq. (david.dolendi@sedgwicklaw.com)
Jessika Moon, Esq. (jessika.moon@sedgwicklaw.com)
Catalina Sugayan, Esq. (catalina.sugayan@sedgwicklaw.com)
Thomas Martin, Esq. (tmartin@putncylaw.com)
Karen Dixon, Esq. (karen.dixon@mbtlaw.com)
Matthew B. Anderson, Esq. (matthew.anderson@mendes.com)
Michael Buckley, Esq. (michael.buckley@rivkin.com)
Anthony Gambardella, Esq. (anthony.gambardella@rivkin.com)
Janet Ford, Esq. (jford@wff-law.com)
Vinny Pichardo, Esq. (vpichardo@andersonkill.com)
Steve Pudell, Esq. (spudell@andersonkill.com)
Ian Hale, Esq. (ihale@lathropgage.com)
Bill Beck, Esq. (wbeck@lathropgage.com)

Granted.
So Ordered.
10/22/12