

Lalit K. Loomba, Esq.
Direct Dial: (914) 872-7118
lalit.loomba@wilsonelser.com

October 22, 2012

**By First Class Mail**

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Jeffrey Deskovic v. City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland, Peter Insero and Legal Aid Society of Westchester County, Docket No. 07 Civ. 8150 (KMK) (GAY)

Dear Judge Karas:

We are counsel for the City of Peekskill, David Levine and Thomas McIntyre in the referenced action. In connection with the Peekskill Defendants' motions for summary judgment in the Deskovic case and in the related McGarr case, we are writing to request a one-week extension of the deadline to file reply papers, and for permission to submit a memoranda of law of no more than 20 pages in each case. Attorneys for Mr. Deskovic and Ms. Garr have consented to this request.

In addition, the attorney for Chief Tumolo has sought consent for a similar one-week extension on the Deskovic and McGarr motions, and I understand that the attorneys for Mr. Deskovic and Ms. McGarr have also consented.

Accordingly, we respectfully request that the deadlines for submission of the reply papers on the motions for summary judgment by both the Peekskill Defendants and Chief Tumolo in the Deskovic and McGarr actions be extended one week, from November 2 until November 9, 2012, and that the Peekskill Defendants be granted permission to submit reply memoranda of law of no more than 20 pages in further support of their motions.

Thank you very much for your consideration.

3 Gannett Drive • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

4213461.1

Hon. Kenneth M. Karas
October 22, 2012
Page 2

Granted

So Ordered

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*[signature]*

Lalit K. Loomba

*[signature]* 10/24/12

Cc: (via -email):

All counsel of record

| | |
|---|---|
| Neufeld Scheck & Brustin, LLP<br>Attorneys for Plaintiff Jeffrey Deskovic<br>99 Hudson Street, Eighth Floor<br>New York, NY 10013<br>Tel: (212) 965-9081<br>Fax: (212) 965-9084<br>Attn: Nick Brustin, Esq.<br>nick@nsbcivilrights.com | Emery Celli Bringerhoff & Abady LLP<br>Attorneys for Plaintiff Linda McGarr<br>Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br>Attn: Diane Houk, Esq.<br>dhouk@ecbalaw.com |
| Harwood Lloyd LLC<br>Attorneys for Dan Stephens and Putnam County<br>130 Main Street<br>Hackensack, NJ 07601<br>Attn: Robert Delicate, Esq.<br>Tel: (201) 487-1080<br>Fax: (201) 387-4758<br>Attn: Robert Delicate, Esq.<br>rdelicate@harwoodlloyd.com | Stillman, Friedman & Schechtman, P.C.<br>Attorneys for Eugene Tumolo<br>425 Park Avenue<br>New York, NY 10022<br>Attn: James Mitchell, Esq.<br>jmitchell@stillmanfriedman.com |
| Gelardi & Randazzo, LLP<br>Attorneys for Putnam County<br>800 Westchester Avenue, Suite S-608<br>Rye Brook, NY 10573<br>Attn: Vincent Gelardi, Esq.<br>vg@vincentgelardi.com | |