

Lalit K. Loomba, Esq.
Direct Dial: (914) 872-7118
lalit.loomba@wilsonelser.com

October 31, 2012

**By Fax: (914) 390-4152**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   Jeffrey Deskovic v. City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland, Peter Insero and Legal Aid Society of Westchester County, Docket No. 07 Civ. 8150 (KMK) (GAY)

Re:   Linda McGarr v. City of Peekskill, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, George Bolen, Louis Roh and Millard Hyland
Docket No. 07 Civ. 9488 (KMK) (GAY)

Dear Judge Karas:

We are counsel for the City of Peekskill, David Levine and Thomas McIntyre in the referenced action. We are writing about the scheduling of a discovery conference to discuss a dispute concerning the Peekskill Defendants' request for certain authorizations from plaintiff. The dispute is detailed in my letter dated July 12, 2012, the response by counsel for plaintiff Jeffrey Deskovic dated September 20, 2012, and my reply dated September 25, 2012. The conference was originally scheduled for October 31, 2012, but cancelled at the Court's direction.

Pursuant to a call with your Chambers earlier this afternoon, the conference was rescheduled for November 14, 2012, at 2:00 p.m. Due to a misunderstanding on my part, however, I must advise that counsel for Dan Stephens and the County of Putnam will not be available until 3:00 p.m. Therefore, we are writing to request that the discovery conference be scheduled for November 14, 2012 at 3:00 p.m.

Thank you very much for your consideration.

3 Gannett Drive • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

4213461.1

Hon. Kenneth M. Karas
October 31, 2012
Page 2


Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

Cc: (via -email):

All counsel of record

*The next conference will be November 27, 2012, at 10 am.*

*So Ordered.*

*11/7/12*

| | |
|---|---|
| Neufeld Scheck & Brustin, LLP<br>Attorneys for Plaintiff Jeffrey Deskovic<br>99 Hudson Street, Eighth Floor<br>New York, NY 10013<br>Tel: (212) 965-9081<br>Fax: (212) 965-9084<br>Attn: Nick Brustin, Esq.<br>nick@nsbcivilrights.com | Emery Celli Bringerhoff & Abady LLP<br>Attorneys for Plaintiff Linda McGarr<br>Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br>Attn: Diane Houk, Esq.<br>dhouk@ecbalaw.com |
| Harwood Lloyd LLC<br>Attorneys for Dan Stephens and Putnam County<br>130 Main Street<br>Hackensack, NJ 07601<br>Attn: Robert Delicate, Esq.<br>Tel: (201) 487-1080<br>Fax: (201) 387-4758<br>Attn: Robert Delicate, Esq.<br>rdelicate@harwoodlloyd.com | Stillman, Friedman & Schechtman, P.C.<br>Attorneys for Eugene Tumolo<br>425 Park Avenue<br>New York, NY 10022<br>Attn: James Mitchell, Esq.<br>jmitchell@stillmanfriedman.com |
| Gelardi & Randazzo, LLP<br>Attorneys for Putnam County<br>800 Westchester Avenue, Suite S-608<br>Rye Brook, NY 10573<br>Attn: Vincent Gelardi, Esq.<br>vg@vincentgelardi.com | |

4213461.1