WHITE FLEISCHNER & FINO, LLP      61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

November 28, 2012

# MEMO ENDORSED

**By Facsimile (914) 390-4152**

Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Re:   Underlying Actions:
>      *Deskovic v. City of Peekskill, et al., No. 07-CV-8150 (KMK)(GAY)*
>      *McGarr v. City of Peekskill, et al., No. 07-CV-9488 (KMK)(GAY)*
>    Third Party Actions:
>      *City of Peekskill v. Westport Insurance Company, et al.*

Dear Judge Karas:

We represent Third-Party Defendant, Harco National Insurance Company, in the above-captioned matter. With exception to Zurich American Insurance Company, we write on behalf of the Third-Party Defendant Insurers (the "Insurers").

We have been copied on the attached letter from coverage counsel for the City of Peekskill, dated November 27, 2012, faxed to Your Honor yesterday afternoon. As per our telephone discussion with Chambers this morning, we respectfully request that Your Honor permit the Third-Party Defendant Insurers to respond.

Counsel for the London Insurers, Patrick Walsh, has been most involved with addressing the City's discovery requests. As he is out-of-town on another matter and will not be available until next week, we respectfully request leave to respond on or by Wednesday, December 5, 2012.

Thank you for your consideration.

Yours truly,

WHITE FLEISCHNER & FINO, LLP

Janet P. Ford
jford@wff-law.com

JPF/mti
Encl.

*Granted.*

*So Ordered,*

11/28/12

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND

Hon. Kenneth M. Karas
November 28, 2012
Page 2 of 2

cc:     **(via email)**
        Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
        James Mitchell, Esq. (jmitchell@stillmanfriedman.com)
        Diane Houk, Esq. (dhouk@ecbalaw.com)
        Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
        Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
        Vince Gelardi, Esq. (vg@vincentgelardi.com)
        Nick Brustin, Esq. (nick@nsbcivilrights.com)
        Darcy Ibach (dibach@lbbslaw.com)
        Stephanie A. Nashban (nashban@lbbslaw.com)
        Patrick Walsh (pwalsh@hww-law.com)
        Bradley Klein (bklein@hww-law.com)
        Marianne May (Marianne.may@clydeco.us)
        David Dolendi (david.dolendi@sedgwicklaw.com)
        Jessika Moon (jessika.moon@sedgwicklaw.com)
        Catalina Sugayan (catalina.sugayan@sedgwicklaw.com)
        Thomas Martin (tmartin@putneylaw.com)
        Karen Dixon (karen.dixon@mbtlaw.com)
        Matthew B. Anderson (matthew.anderson@mendes.com)
        Michael Buckley (michael.buckley@rivkin.com)
        Anthony Gambardella (Anthony.gambardella@rivkin.com)
        Steven J. Pudell (spudell@andersonkill.com)
        Vianny M. Pichardo (vpichardo@andersonkill.com)
        Robert Kelly (rkelly@coughlinduffy.com)
        Christopher O'Leary (coleary@coughlinduffy.com)

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

ONE GATEWAY CENTER, SUITE 1510■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

Steven J. Pudell, Esq.
SPudell@andersonkill.com
973-642-5877

<u>*By Facsimile (914) 390-4152*</u>                                  November 27, 2012

Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Re: Underlying Actions:
> > *Deskovic v. City of Peekskill, et al., No. 07-CV-8150 (KMK)(GAY)*
> > *McGarr v. City of Peekskill, et al., No. 07-CV-9488 (KMK)(GAY)*
> Third Party Actions:
> > <u>*City of Peekskill v. Westport Insurance Company, et al.*</u>

Dear Judge Karas:

We represent Defendant and Third-Party Plaintiff City of Peekskill

("Peekskill") in the above-referenced Third Party Actions. In order that discovery may

proceed on the "trigger" issue, an issue which the Third Party Defendants have

indicated will shortly be before this Court, the City respectfully requests that a Rule 26

conference be scheduled as soon as possible. The Third Party Actions commenced in

September 2011 and no such conference or other appropriate conference has been

scheduled as of yet. If the Court is inclined not to order a conference – the City

requests that it be permitted to serve document requests and seek deposition testimony

with respect to the trigger issue.

On August 2, 2012, Peekskill informed the Third Party Defendants that

Peekskill would seek limited discovery related to the issue of trigger. On October 23,

2012, Peekskill served the Third Party Defendants with discovery consistent with the

limited discovery Peekskill had indicated back in August in open court that they would

**Anderson Kill & Olick, P.C.**

Hon. Kenneth M. Karas
November 27, 2012
Page 2

seek. The substance of the discovery sought is proper, limited and directly relevant to the issues of trigger which, will shortly be the subject of motion practice before the Court. However, both Westport Insurance Corporation as successor-in-interest to North River Insurance Company and to International Insurance Company, and the London Third Party Defendants,[1] joined by certain Third Party Defendants,[2] have objected to the timing and relevancy of the discovery requests and will not respond to Peekskill's limited discovery requests.

This limited discovery is particularly important because the Third Party Defendants have faced substantially the same trigger issue in various courts and may have taken varied positions on the issue. Indeed, in this case, Third Party Defendant American Zurich Insurance Company agrees with Peekskill that that the various policy periods may be required to respond and pay any settlement or judgment. In order that the trigger motion may be filed and resolved without unnecessary delay, Peekskill respectfully requests either (i) a Rule 26(f) conference be scheduled; or (ii) permission from the Court to serve the document requests attached hereto and to seek deposition

---

[1] Underwriters at Lloyd's, London; CX Reinsurance Company Limited as successor-in-interest to CNA International Reinsurance Company and CNA Reinsurance of London, Limited; Sphere Drake Insurance PLC; Illinois Union Insurance Company; United National Insurance Company (as to Policy Nos. CP62686; CPD62686; CP62831; CPD62831; and CPD62831).

[2] Westport Insurance Corporation as successor-in-interest to North River Insurance Company and to International Insurance Company; Illinois Union Insurance Company; United National Insurance Company; Travelers Indemnity Company as successor-in-interest to Gulf Insurance Company; and Harco National Insurance Company. American Motorists Insurance Company as successor-in-interest to American Protection Insurance Company and Specialty National Insurance Company join in the event its request for a stay of claims against it is denied.

**Anderson Kill & Olick, P.C.**

Hon. Kenneth M. Karas
November 27, 2012
Page 3

testimony regarding the trigger issue. In the interim, Peekskill will hold the document

requests in abeyance and withdraw the served interrogatories without prejudice.

Respectfully submitted,

*Steven J. Pudell*

Steven J. Pudell

cc: (via email)
Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
James Mitchell, Esq. (jmitchell@stillmanfriedman.com)
Diane Houk, Esq. (dhouk@ecbalaw.com)
Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
Vince Gelardi, Esq. (vg@vincentgelardi.com)
Nick Brustin, Esq. (nick@nsbcivilrights.com)
Darcy Ibach (dibach@lbbslaw.com)
Stephanie A. Nashban (nashban@lbbslaw.com)
Patrick Walsh (pwalsh@hww-law.com)
Bradley Klein (bklein@hww-law.com)
Marianne May (Marianne.may@clydeco.us)
David Dolendi (david.dolendi@sedgwicklaw.com)
Jessika Moon (jessika.moon@sedgwicklaw.com)
Catalina Sugayan (catalina.sugayan@sedgwicklaw.com)
Thomas Martin (tmartin@putneylaw.com)
Karen Dixon (karen.dixon@mbtlaw.com)
Matthew B. Anderson (matthew.anderson@mendes.com)
Michael Buckley (michael.buckley@rivkin.com)
Anthony Gambardella (anthony.gambardella@rivkin.com)
Janet Ford (jford@wff-law.com)
Robert Kelly (rkelly@coughlinduffy.com)
Christopher O'Leary (coleary@coughlinduffy.com)