**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

JEFFREY DESKOVIC,                                      :
                                                       :
                          Plaintiff,          :Case Nos.     07-CV-8150 (KMK)
             v.                                        :          07-CV-9488 (KMK)
                                                       :
CITY OF PEEKSKILL, PUTNAM COUTNY,       :
DAVID LEVINE, THOMAS McINTYRE,                         :
EUGENE TUMOLO, JOHN AND JANE DOE        :
SUPERVISORS, and DANIEL STEPHENS,                      :
                                                       :
                          Defendants.         :
_____   :
                                                       :
LINDA McGARR,                                          :
                                                       :
                          Plaintiffs,         :
             v.                                        :
                                                       :
CITY OF PEEKSKILL, DAVID LEVINE,        :
THOMAS McINTYRE, EUGENE TUMOLO,                        :
JOHN AND JANE DOE SUPERVISORS, and      :
DANIEL STEPHENS,                                       :
                          Defendants.         :
_____:

### NOTICE OF MOTION FOR LEAVE TO INTERVENE
### PURSUANT TO FED. R. CIV. P. RULE 24(a)(2)

PLEASE TAKE NOTICE that, upon the Declaration of Richard J. Nicolello, Esq.,

the exhibits annexed thereto, the annexed proposed Complaint for Declaratory Judgment,

the accompanying Memorandum of Law and all other papers and proceedings heretofore

had herein,   Proposed-Intervenor, New York Municipal Insurance Reciprocal

("NYMIR"), through its attorneys, Congdon, Flaherty, O'Callaghan, Reid, Donlon,

Travis & Fishlinger, will move this Court before the Honorable Kenneth M. Karas, at the

United States Courthouse, 300 Quarropas Street, White Plains, New York, at a date to be

determined by the Court, for  an order pursuant to Fed. R. Civ. P. Rule 24(a)(2) granting

NYMIR leave to intervene as plaintiff in the above captioned actions, together with such

other and further relief as this Court may deem just and proper.

Dated: Uniondale, NY
    November 29, 2012

            Yours, etc.,

            CONGDON, FLAHERTY, O'CALLAGHAN,
            REID, DONLON, TRAVIS & FISHLINGER

            By:    /S/            

                Richard J. Nicolello (RN 4619)
                Attorneys for Proposed Plaintiff-Intervenor,
                New York Municipal Insurance Reciprocal
                333 Earle Ovington Blvd., Suite 502
                Uniondale, NY 11553
                rnicolello@cfolegal.com
                (516) 542-5900

To:  **County of Putnam**
    Hon. Jennifer S. Bumgarner
    Putnam County Attorney
    Putnam County Department of Law
    48 Gleneida Ave.
    Carmel, NY 10512

    **Mr. Daniel Stephens**
    244 Gage Rd.
    Brewster, NY 10509

    **ECF Service List**:

    James A. Randazzo, Esq.
    Gaines, Gruner, Ponzini & Novick, LLP
    11 Martine Ave., 8th Floor
    White Plains, NY 10606
    (914) 288-9595
    Fax (914) 288-0850
    E-mail: jrandazzo@ggpnllp.com
    Counsel for Daniel Stephens and Putnam County in main action

Stephen Wellinghorst, Esq.
Robert Louis Delicate, Esq.
Harwood, Lloyd, LLC
130 Main St.
Hackensack, NJ 07601
(201) 359-3530
E-mail: swellinghorst@harwoodlloyd.com
Counsel for Daniel Stephens and Putnam County in main action


Nick J. Brustein, Esq.
Chloe Francis Cockburn, Esq.
Deborah L, Cornwall, Esq.
Jennifer Elizabeth Laurin, Esq.
Sarah A. Crowley, Esq.
Anna Benvenutti Hoffman, Esq.
Nuefeld Scheck & Brustin, LLP
99 Hudson St.
New York, NY 10013
(917) 237-0338
Fax (212) 965-9084
E-mail:nick@cnscivilrights.com
        chloe@nsbcivilrights.com
        debi@cnscivilrights.com
        jen@nsbcivilrights.com
        sarah@nsbcivilrights.com
        anna@nsbcivilrights.com
Counsel for Plaintiff Jeffrey Deskovic

Eric Hecker, Esq.
Elora Mukherjee, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
Fax (212) 763-5001
E-mail: ehecker@ecbalaw.com
        wmukherjee@ecbalaw.com
Counsel for Plaintiff Linda McGarr