### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ss.:
COUNTY OF NASSAU   )

     JANE M. KENNEDY, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in No. Merrick, New York.

     That on the 3rd day of December 2012, deponent personally served the within **NOTICE OF MOTION FOR LEAVE TO INTERVENE PURSUANT TO FED.R.CIV.P.RULE 24(a)(2), DECLARATION OF RICHARD J. NICOLELLO, ESQ., EXHIBITS AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE PURSUANT TO FED.R.CIV.P. RULE 24(a)(2)** upon:

     **County of Putnam**
     Hon. Jennifer S. Bumgarner
     Putnam County Attorney
     Putnam County Department of Law
     48 Gleneida Ave.
     Carmel, NY 10512

     **Mr. Daniel Stephens**
     244 Gage Rd.
     Brewster, NY 10509

the address provided by said attorneys for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                        /s/
                                        _____
                                        JANE M. KENNEDY

Sworn to before me this
3RD day of December, 2012

_____
   NOTARY PUBLIC