# **CERTIFICATE OF SERVICE**

I certify that on December 3, 2012, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

James A. Randazzo, Esq.
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave., 8th Floor
White Plains, NY 10606
(914) 288-9595
Fax (914) 288-0850
E-mail: jrandazzo@ggpnllp.com
Counsel for Daniel Stephens and Putnam County in main action

Stephen Wellinghorst, Esq.
Robert Louis Delicate, Esq.
Harwood, Lloyd, LLC
130 Main St.
Hackensack, NJ 07601
(201) 359-3530
E-mail: swellinghorst@harwoodlloyd.com
Counsel for Daniel Stephens and Putnam County in main action

Nick J. Brustein, Esq.
Chloe Francis Cockburn, Esq.
Deborah L, Cornwall, Esq.
Jennifer Elizabeth Laurin, Esq.
Sarah A. Crowley, Esq.
Anna Benvenutti Hoffman, Esq.
Nuefeld Scheck & Brustin, LLP
99 Hudson St.
New York, NY 10013
(917) 237-0338
Fax (212) 965-9084
E-mail:nick@cnscivilrights.com
       chloe@nsbcivilrights.com
       debi@cnscivilrights.com
       jen@nsbcivilrights.com
       sarah@nsbcivilrights.com
       anna@nsbcivilrights.com

Counsel for Plaintiff Jeffrey Deskovic

Eric Hecker, Esq.
Elora Mukherjee, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
Fax (212) 763-5001
E-mail: ehecker@ecbalaw.com
       wmukherjee@ecbalaw.com
Counsel for Plaintiff Linda McGarr

                            /S/
                    _____
                    RICHARD J. NICOLELLO(RN4619)