**NEUFELD SCHECK & BRUSTIN, LLP**
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick Brustin
Debi Cornwall

Anna Benvenutti Hoffmann
Emma Freudenberger
Vanessa Buch
Aaron Scherzer
Alexandra Lampert *

*Only admitted in California

Johnnie L. Cochran, Jr.
(1937-2005)

**MEMO ENDORSED**

December 5, 2012

**Via Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)(GAY)
    *McGarr v. City of Peekskill, et al.*, 07-CV-9488(KMK)(GAY)

Dear Judge Karas:

I write on behalf of Plaintiff Jeffrey Deskovic in response to the November 30, 2012 letter from Defendants City of Peekskill, David Levine, and Thomas McIntyre regarding expert discovery. We agree that expert discovery should be permitted on both liability and damages.

Respectfully submitted,

Nick Brustin

cc: All counsel

The Clerk of the Court
is respectfully requested
to docket this letter.

So Ordered.

12/7/12