UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

    **Plaintiff,**

    v.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,     No. 07-CV-8150 (KMK)(GAY)
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, PETER INSERO, and LEGAL AID
SOCIETY OF WESTCHESTER COUNTY

    **Defendants.**



## [Proposed] ORDER

The Court has conferred with the Parties about settlement discussions, and it appears that there is a possibility that Plaintiff's remaining claims against Defendants Putnam County and Daniel Stephens can be resolved through mediation.

**IT IS THEREFORE ORDERED** that Plaintiff and Defendants Putnam County and Daniel Stephens shall be represented in person at a mediation to take place at a mutually agreed upon date by the parties, by representatives having full authority to resolve any and all claims and issues.

Moreover, because Defendants may be required to seek or obtain the approval of any of their Insurers that are participating in the defense of this case or its costs before effecting a settlement, participation of such Insurers will be necessary to ensure a meaningful and orderly mediation process.

**IT IS THEREFORE ORDERED** that North River Insurance Company (Crum & Forster), and any of those other Insurers that are participating in, or intend to participate in, the defense of this case or its costs, be represented in person at the mediation by representatives having full authority to resolve any and all insurance coverage disputes, and to make decisions and grant authority to counsel with respect to all matters that may reasonably be anticipated to arise during the mediation process.

**IT IS FURTHER ORDERED** that counsel for Defendants shall immediately notify North River Insurance Company (Crum & Forster) and any of those other Insurers that are participating in, or intend to participate in, the defense of this case or its costs, of the entry of this Order.

SO ORDERED.

DATED:   White Plains, New York
         December 13, 2012

Kenneth M. Karas
United States District Judge