AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Jeffrey Deskovic | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   07-CV-8150 |
| City of Peekskill, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeffrey Deskovic

Date: 01/03/2013

*/s/ Aaron Scherzer*
*Attorney's signature*

Aaron Scherzer (AS0218)
*Printed name and bar number*

Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

*Address*

Aaron@nsbcivilrights.com
*E-mail address*

(212) 965-9081
*Telephone number*

(212) 965-9084
*FAX number*