AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Jeffrey Deskovic | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:07-cv-08150-KMK |
| City of Peekskill et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, City of Peekskill

Date:   01/08/2013

s/n
*Attorney's signature*

Kerry Ann Sheehan
*Printed name and bar number*

Anderson Kill & olick, P. C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

ksheehan@andersonkill.com
*E-mail address*

(212) 278-1028
*Telephone number*

(212) 278-1733
*FAX number*