

Lalit K. Loomba, Esq.<br>
Direct Dial: (914) 872-7118<br>
lalit.loomba@wilsonelser.com

January 9, 2013

**By First Class Mail**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  Jeffrey Deskovic v. City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland, Peter Insero and Legal Aid Society of Westchester County, Docket No. 07 Civ. 8150 (KMK) (GAY)
Our File No. 12920.00001

Dear Judge Karas:

We are counsel for the City of Peekskill, David Levine and Thomas McIntyre (the "Peekskill Defendants"). We are writing in connection with the pre-sentence investigation report of plaintiff Jeffrey Deskovic, which this court is currently holding *in camera*.

In the Court's discovery order dated November 28, 2012 (Docket Entry #542), the Court denied the Peekskill Defendants' request to release the pre-sentence investigation report stating that the request must be submitted in the first instance to the sentencing court. *Id.* at p.2.

Thereafter, and with the consent of Mr. Deskovic's attorney, we submitted a request for release of the report, and proposed order, to the Supreme Court of the State of New York, Westchester County. We recently received a copy of the Order which was executed by Justice Nicolas Colabella, the same Justice who sentenced Mr. Deskovic on January 18, 1991. The order provides that a copy of the pre-sentence investigation report "may be disclosed to attorneys for record for Jeffrey Deskovic and the City of Peekskill in the federal action entitled *Deskovic v. City of Peekskill, et al.*, 08 Civ. 8150 (KMK), to be used solely in connection with the prosecution and defense of the claims in said action."

We enclose a copy of Justice Colabella's order herewith and renew our request that this Court release a copy of Mr. Deskovic's pre-sentence investigation report.

3 Gannett Drive • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
**wilsonelser.com**

4352091.1

Hon. Kenneth M. Karas
January 9, 2013
Page 2

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

Enclosures

Cc (w/encl.): (via -email):
All counsel of record

> Pursuant to Justice Cohgella's order, the Court will release Mr. Deskovic's pre-sentence investigation report to the Parties.
>
> So Ordered
> 1/11/13

| | |
|---|---|
| Neufeld Scheck & Brustin, LLP<br>Attorneys for Plaintiff Jeffrey Deskovic<br>99 Hudson Street, Eighth Floor<br>New York, NY 10013<br>Tel: (212) 965-9081<br>Fax: (212) 965-9084<br>Attn: Nick Brustin, Esq.<br>nick@nsbcivilrights.com | Emery Celli Bringerhoff & Abady LLP<br>Attorneys for Plaintiff Linda McGarr<br>Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br>Attn: Diane Houk, Esq.<br>dhouk@ecbalaw.com |
| Harwood Lloyd LLC<br>Attorneys for Dan Stephens and Putnam County<br>130 Main Street<br>Hackensack, NJ 07601<br>Attn: Robert Delicate, Esq.<br>Tel: (201) 487-1080<br>Fax: (201) 387-4758<br>Attn: Robert Delicate, Esq.<br>rdelicate@harwoodlloyd.com | Stillman, Friedman & Schechtman, P.C.<br>Attorneys for Eugene Tumolo<br>425 Park Avenue<br>New York, NY 10022<br>Attn: James Mitchell, Esq.<br>jmitchell@stillmanfriedman.com |
| Gelardi & Randazzo, LLP<br>Attorneys for Putnam County<br>800 Westchester Avenue, Suite S-608<br>Rye Brook, NY 10573<br>Attn: Vincent Gelardi, Esq.<br>vg@vincentgelardi.com | |

4352091.1

At a Term of the Supreme Court of the
State of New York, County of Westchester
Held at the Courthouse, 111 Dr. Martin
Luther King, Jr. Blvd., White Plains, New
York on the 31/day of December 2012.

P R E S E N T:

HONORABLE NICHOLAS COLABELLA
JUSTICE OF THE SUPREME COURT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

   - against -

JEFFREY DESKOVIC

                    Defendant.
-----------------------------------------------------------X

ORDER
Indictment No.
90-0192

    WHEREAS Jeffrey Deskovic was convicted on charges of criminal possession of a weapon, rape and murder in December 1990 and sentenced in January 1991 to fifteen years to life imprisonment; and

    WHEREAS in 2006, Mr. Deskovic's conviction was vacated and the underlying indictment (No. 90-0192) was dismissed; and

    WHEREAS, Mr. Deskovic thereafter commenced a civil action in federal court seeking money damages for alleged violations of his constitutional rights, *Deskovic v. City of Peekskill, et al.*, 07 Civ. 8150 (KMK) (the "Federal Action"); and

    WHEREAS in connection with discovery in the Federal Action a copy of Mr. Deskovic's pre-sentence investigation report that was prepared in connection with his sentencing in January 1991 was produced by the N.Y.S. Department of Corrections to the Hon. Kenneth Karas for *in camera* review; and

-1-

WHEREAS, Judge Karas will not review the pre-sentence report or consider whether it should be disclosed to the parties in the Federal Action without the sentencing court, *i.e.*, this Court, having first issued an order, pursuant to Section 390.50 of the Criminal Procedure Law, authorizing disclosure of the pre-sentence report; and

WHEREAS, attorneys for the City of Peekskill have submitted an application to, on notice to the Westchester County District Attorney, this Court seeking an Order, pursuant to CPL 390.50, authorizing disclosure of the pre-sentence investigation report; and no opposition being received, and

WHEREAS, Mr. Deskovic has consented to the application; and

WHEREAS, this Court believes that there is good cause for an order allowing disclosure of the pre-sentence investigation report.

IT IS HEREBY ORDERED as follows:

A copy of the pre-sentence investigation report prepared in connection with the sentence of Jeffrey Deskovic in January 1991 may be disclosed to attorneys of record for Jeffrey Deskovic and the City of Peekskill in the federal action entitled *Deskovic v. City of Peekskill, et al.*, 07 Civ. 8150 (KMK), to be used solely in connection with the prosecution and defense of the claims in said action.

DATED: White Plains, New York
December 31, 2012

NICHOLAS COLABELLA, *J.S.C.*
HON. NICHOLAS COLABELLA
SUPREME COURT JUSTICE