UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

**Jeffrey Deskovic,**

                        Plaintiff,

    -v-

**City of Peekskill,**

                        Defendants.

-----------------------------------------------------X

07-CV-08150 (KMK)(GAY)
and related case 08-CV-9488

CALENDAR NOTICE

       Please take notice that the above captioned action has been scheduled for oral argument on docket nos. 449, 456 and 462 under case no. 07cv8150 and docket nos. 246, 255 and 264 under case no. 08cv9488 before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, February 12, 2013 at 3:30 p.m. in Courtroom 521, U. S. District Court,  300 Quarropas Street, White Plains,  New York 10601.

       Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated:  January 16, 2013
       White Plains, New York

So Ordered,

_____
Kenneth M. Karas, U.S.D.J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  1-18-2013