UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X



Jeffrey Deskovic,

                Plaintiff,

-v-

City of Peekskill, et al.,

                Defendants.
------------------------------------------------------X

07-CV-08150 (KMK)(GAY)
and related case 07-CV-9488

CALENDAR NOTICE

      Please take notice that the above captioned action has been scheduled for oral argument on case no. 07-cv-8150 (Dkt. Nos. 449, 456, 462) and case no. 07-CV-9488 (Dkt. Nos. 246, 255, 264) before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, February 13, 2013 at 3:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: January 29, 2013
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J