UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JEFFREY DESKOVIC,   **NOTICE OF APPEARANCE**

07 Civ. 8150 (KMK)

           Plaintiff,

  -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, PETER INSERO and
THE LEGAL AID SOCIETY OF WESTCHESTER
COUNTY,

           Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that GAINES, GRUNER, PONZINI & NOVICK, LLP does hereby enter their appearance on behalf of the named defendants Putnam County and Daniel Stephens. Any and all correspondence, documents, notices and filings should be forwarded to GAINES, GRUNER, POZINI & NOVICK, LLP, 11 Martine Avenue, 8th Floor, White Plains, New York 10606.

Dated: White Plains, New York
      February 6, 2013      Respectfully submitted,

                                      GAINES, GRUNER, PONZINI & NOVICK, LLP

                                      By: _____/s/_____
                                        Caitlin G. Scheir (CS 1829)
                                      *Attorneys for Defendants- Putnam County and*
                                      *Daniel Stephens*
                                      11 Martine Avenue, 8th Floor
                                      White Plains, New York 10606
                                      (914) 288-9595