## CERTIFICATE OF SERVICE

I hereby certify that the attached Answer and Affirmative Defenses was served upon all counsel of record via ECF.

/s/ Marianne May

Dated: March 27, 2013

972029v1