UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

                Plaintiff,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

                Defendants.

CITY OF PEEKSKILL,

                Third-Party Plaintiff,

vs.

WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY,

WESTPORT INSURANCE CORPORATION as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED,

*Caption continued on next page*

CV-07-8150(KMK)(GAY)

**LONDON INSURERS'
AMENDED APPEARANCE**

> *Caption continued from previous page*
>
> SPHERE DRAKE INSURANCE PLC,
>
> ILLINOIS UNION INSURANCE COMPANY,
>
> UNITED NATIONAL INSURANCE COMPANY,
>
> TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,
>
> AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,
>
> AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,
>
> HARCO NATIONAL INSURANCE COMPANY, and
>
> AMERICAN ZURICH INSURANCE COMPANY.
>
>                            Third-Party Defendants

## AMENDED APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I hereby file this Amended Appearance as counsel for: Defendants, Certain Underwriters at Lloyd's, London (see Attachment A hereto); CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company; CX Reinsurance Company Limited, as successor-in-interest to CNA Reinsurance of London, Limited; RiverStone Insurance (UK) Limited, as successor-in-interest to Sphere Drake Insurance Limited (formerly known as Sphere Drake Insurance PLC); and United National Insurance Company (as to Policy Numbers CP62686 and CP62831 only, as identified on Exhibit A to City of Peekskill's Second Amended Third Party Complaint) (collectively, "London Insurers"). This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: March 27, 2013                                Respectfully Submitted:


                                          By:   /s/  Matthew B. Anderson
                                                Matthew B. Anderson (MA9145)
                                                **MENDES & MOUNT, LLP**
                                                750 Seventh Avenue
                                                New York, NY 10019
                                                (212) 261-8000/Telephone
                                                (212) 261-8750/Facsimile
                                                Matthew.Anderson@mendes.com

                                                and


                                          By:   /s/  Patrick T. Walsh
                                                Patrick T. Walsh (admitted *pro hac vice*)
                                                Bradley Klein (admitted *pro hac vice*)
                                                **HINKHOUSE WILLIAMS WALSH LLP**
                                                180 North Stetson, Suite 3400
                                                Chicago, IL 60601
                                                (312) 784-5412/Telephone
                                                (312) 784-5492/Facsimile
                                                pwalsh@hww-law.com
                                                bklein@hww-law.com
                                                *Attorneys for London Insurers*

## ATTACHMENT A

The below Syndicate numbers are those Syndicates whose members may have subscribed individually, and not jointly, each for their own part and not for the part of another, to one or more of the policies alleged in the City of Peekskill's Second Amended Third Party Complaint and severally subscribed by Certain Underwriters at Lloyd's, London. This list is based upon information currently available to Certain Underwriters at Lloyd's, London, and those Third-Party Defendants expressly reserve the right to supplement or amend this list.

| | | |
|---|---|---|
| 15 | 289 | 1034 |
| 122 | 322 | 1051 |
| 164 | 484 | 1113 |
| 190 | 529 | 1141 |
| 204 | 546 | 1145 |
| 205 | 604 | 1151 |
| 210 | 620 | |
| 212 | 947 | |