## CERTIFICATE OF SERVICE

    I hereby certify that the attached Answer and Additional Defenses was served upon all counsel of record via ECF.

                                                     /s/ Matthew B. Anderson

Dated: March 27, 2013