**CERTIFICATE OF SERVICE**

I, Jessika J. Moon, hereby certify that on March 27, 2013, a copy of the foregoing THIRD-PARTY DEFENDANT UNITED NATIONAL'S ANSWER AND AFFIRMATIVE DEFENSES TO THIRD-PARTY PLAINTIFF'S SECOND AMENDED THIRD-PARTY COMPLAINT, with attached Exhibits A-C, was served electronically on all counsel of record via the Court's CM/ECF system.

  /s/ Jessika J. Moon
Jessika J. Moon (JM 3108)