# EXHIBIT B

## GULF INSURANCE COMPANY
(Herein, the "Company")

Policy Number: GA5554506
Renewal of Number: GA5493492

Named Insured:   CITY OF PEEKSKILL
Address:         840 MAIN STREET
                 PEEKSKILL, NY 10566

## DECLARATIONS - EXCESS LIABILITY POLICY

**SECTION I - EXCESS INSURANCE**

(A)   Policy Period
      From: December 31, 1992   To:      December 31, 1993
      12:01 a.m. Standard Time at the Address of the Insured stated herein.

(B)   Coverage:      Excess Automobile Liability, Excess General Liability, Excess
                     Police Professional Liability

(C)   Limits of Liability:      $5,000,000 each occurrence/aggregate where
                                applicable

(D)   Premium: $70,000
      Minimum Premium: $70,000   Rating Base: N/A   Rate: N/A
      Audit Period: N/A

**SECTION II - UNDERLYING INSURANCE**

(A)   Underlying Carrier: Underwriters at Lloyds
      Coverage: Automobile Liability, General Liability, Police Professional Liability
      Policy No.: TBA
      Policy Limit:   $1,000,000 each occurrence/aggregate where applicable
      Policy Period: December 31, 1992-1993

(B)   Total Limits of all underlying insurance including the underlying
      policy/policies in excess of which this policy applies:
      $1,000,000 each occurrence/aggregate where applicable excess primary
      and/or Self Insured Retention

Endorsements Made Part of This Policy: CIRI47000(1/93) CU49015 CU49022
CU49203(2/92) CU49071 CU49148 CU49064 CU49190 CU49104 CU49149
CU49053 CU49018 CU49161 CU49118 CU49052

Countersigned On: FEBRUARY 2, 1993    By: _____
                                                 Authorized Representative

Form CIRI 47001 (1/93)



## EXCESS INSURANCE POLICY

In consideration of the payment of premium and in reliance upon the statements in the Declarations and subject to all the terms of the policy, the Company named in the Declarations (a capital stock company, herein called the Company) agrees with the Insured, also named in the Declarations, to provide coverage as follows:

### INSURING AGREEMENT

To indemnify the Insured for that amount of loss which exceeds the amount of loss payable by underlying policies described in the Declarations, but the Company's obligation hereunder shall not exceed the Limits of Liability stated in Section I (C) of the Declarations.

### CONDITIONS

**A. Application of Underlying Insurance.** Except as otherwise stated herein, and except with respect to (1) any obligation to investigate or defend any claim or suit, or (2) any obligation to renew, the insurance afforded by this policy shall apply in like manner as the underlying insurance described in Section II. (A) of the Declarations.

**B. Maintenance of Underlying Insurance.** It is warranted by the Insured that the underlying policies listed in Section II of the Declarations, or renewals or replacements thereof not more restricted, shall be maintained in force as valid and collectible during the currency of this policy, except for any reduction of the aggregate limits contained therein solely by payment of claims in respect of occurrences happening during this policy period. In the event of failure by the insured to so maintain such policies in force or to meet all conditions and warranties subsequent to loss under such policies, the insurance afforded by this policy shall apply in the same manner it would have applied had such policies been so maintained in force. Notice of exhaustion of underlying insurance shall be given the Company within thirty (30) days of such exhaustion.

**C. Loss Payable.** Liability of the Company with respect to any one occurrence shall not attach unless and until the Insured, or the Insured's underlying insurer, has paid the amount of underlying insurance stated in Section II (B) of the Declarations.

CIRI 47000 (1/93)                    Page 1 of 4