# EXHIBIT D

**GULF INSURANCE COMPANY**
(Herein, the "Company")

Policy Number: GA 6743673
Renewal of Number: GA 5609437

Named Insured:      City of Peekskill
Address:            840 Main Street
                    Peekskill, NY 10566

DECLARATIONS · EXCESS LIABILITY POLICY

SECTION I - EXCESS INSURANCE
(A)   Policy Period
      From: December 31, 1994   To: December 31, 1995
      12:01 a.m. Standard Time at the Address of the Insured stated herein.
(B)   Coverage: Excess Comprehensive General Liability, Excess Automobile
      Liability, Excess Police Professional Liability, Excess Public Official Liability
(C)   Limits of Liability:     $5,000,000 each occurrence/aggregate where
                                applicable
(D)   Premium: $73,000
      Minimum Premium: N/A   Rating Base: N/A   Rate: N/A
      Audit Period: N/A

SECTION II · UNDERLYING INSURANCE
(A)   Underlying Carrier: Underwriters at Lloyds of London / CIGNA
      Coverage: General Liability, Automobile Liability, Police Professional Liability,
              Public Official Liability
      Policy No.: GHV 1452/194-294 (Drop Down) / 62 G15 605807
      Policy Limit:   $1,000,000 each occurrence/aggregate where applicable
      Policy Period: 12/31/94-95

(B)   Total Limits of all underlying insurance including the underlying
      policy/policies in excess of which this policy applies:
      $1,000,000 each occurrence/aggregate where applicable inclusive of Self
      Insured Retention

Endorsements Made Part of This Policy: CIRI47000 (1/93) CU49015 CU49022
CU49203 (2/92) CU49148 CU49104 CU49053 CU49018 CU49161 CU49118
CU49088 CU49086 (9/92) CU49062 CU49190 CU49202 (12/93) CU49862(4/93)
Endorsement No. 1 Endorsement No. 2 Endorsement No. 3  Endorsement No. 4

Countersigned On: April 20, 1995    By: _Christopher E. Wish_
                                        Authorized Representative
Form CIRI 47001 (1/93)



## EXCESS INSURANCE POLICY

In consideration of the payment of premium and in reliance upon the statements in the Declarations and subject to all the terms of the policy, the Company named in the Declarations (a capital stock company, herein called the Company) agrees with the Insured, also named in the Declarations, to provide coverage as follows:

### INSURING AGREEMENT

To indemnify the Insured for that amount of loss which exceeds the amount of loss payable by underlying policies described in the Declarations, but the Company's obligation hereunder shall not exceed the Limits of Liability stated in Section I (C) of the Declarations.

### CONDITIONS

**A.  Application of Underlying Insurance.** Except as otherwise stated herein, and except with respect to (1) any obligation to investigate or defend any claim or suit, or (2) any obligation to renew, the insurance afforded by this policy shall apply in like manner as the underlying insurance described in Section II. (A) of the Declarations.

**B.  Maintenance of Underlying Insurance.** It is warranted by the Insured that the underlying policies listed in Section II of the Declarations, or renewals or replacements thereof not more restricted, shall be maintained in force as valid and collectible during the currency of this policy, except for any reduction of the aggregate limits contained therein solely by payment of claims in respect of occurrences happening during this policy period. In the event of failure by the Insured to so maintain such policies in force or to meet all conditions and warranties subsequent to loss under such policies, the insurance afforded by this policy shall apply in the same manner it would have applied had such policies been so maintained in force. Notice of exhaustion of underlying insurance shall be given the Company within thirty (30) days of such exhaustion.

**C.  Loss Payable.** Liability of the Company with respect to any one occurrence shall not attach unless and until the Insured, or the Insured's underlying insurer, has paid the amount of underlying insurance stated in Section II (B) of the Declarations.

CIRI 47000 (1/93)          Page 1 of 4