## CERTIFICATE OF SERVICE

I hereby certify that the attached Answer and Additional Defenses was served upon all counsel of record via ECF.

_____

Dated: March 27, 2013