CONGDON, FLAHERTY, O'CALLAGHAN, REID
DONLON, TRAVIS & FISHLINGER
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

| | | |
|---|---|---|
| NEW YORK CITY OFFICE:<br>10 ROCKEFELLER PLAZA<br>SUITE 900<br>NEW YORK, NY 10020<br>212-692-0496<br>FAX 212-692-0639 | THE OMNI<br>333 EARLE OVINGTON BLVD.<br>UNIONDALE, NY 11553<br>516-542-5900<br>FAX NO. 516-542-5912 | ALBANY OFFICE:<br>2 METRO PARK ROAD<br>SUITE 207<br>COLONIE, NY 12205<br>518-437-9300<br>FAX 518-437-1182 |

*Richard J. Nicolello*
Attorney at Law

E-mail: rnicolello@cfolegal.com

Writer's direct dial:
516-750-9307

**MEMO ENDORSED**

April 5, 2013

Honorable Justice Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

      Re: Jeffrey Deskovic v. City of Peekskill, et al.
          07-CV-8150(KMK)
          07-CV-9488(KMK)

Dear Honorable Sir:

      The undersigned represents proposed Intervenor-Plaintiff, New York Municipal Insurance Reciprocal (NYMIR) in connection with the above actions[1]. On December 3, 2012 NYMIR filed with the CM/ECF system a motion pursuant to Federal Rule of Civil Procedure Rule 24(a)(2) for leave to intervene in the above actions as a plaintiff. (Docket Nos. 543, 544, 545, 546 and 547). Together with its motion, NYMIR submitted a proposed complaint seeking a declaration, pursuant to the Declaratory Judgment Act, 28 U.S.C.§2201, that it is no longer obligated to defend or indemnify its insureds, County of Putnam ("County") and Daniel Stephens ("Stephens"), in the above actions. For the reasons set forth herein, NYMIR respectfully seeks permission from the Court to be heard on the motion and for a pre-motion conference.

      The above *Deskovic* and *McGarr* Actions seek to recover damages for damages for personal injuries sustained as a result of plaintiff Deskovic's allegedly unlawful investigation, prosecution and incarceration.

---

[1] *Jeffrey Deskovic v. City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland and Alan Tweed* (hereinafter "the Deskovic Action" or "*Deskovic* Complaint"). 07-CV-8150(KMK).

*Linda McGarr v. City of Peekskill, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh and Millard* (hereinafter "the *McGarr* Action. 07-CV-09488 (KMK).

From the period January 1, 1995 to January 1, 1996 NYMIR insured the County under a Municipal Law Enforcement Liability ("MLE") policy. NYMIR has been affording the County and Stephens a defense in the above actions pursuant to a reservation of rights. NYMIR expressly reserved its rights to disclaim coverage for any injury that occurred outside of its January 1, 1995- January 1, 2996 policy period.

By letter dated September 27, 2011, counsel for Deskovic represented to this Court that his client intended to narrow his claims against Stephens and the County to include only the claims for Count II (fabrication), Counts IV and XII (state and federal malicious prosecution), Count VIII (failure to intercede) and County X (conspiracy).

By letter dated November 7, 2011, NYMIR advised the County and Stephens of Deskovic's counsel's statement that his client intended to narrow his claims and that the claims, as narrowed, were not covered under the 1995-1996 NYMIR MLE policy since all of the alleged acts and resulting injury occurred prior to the inception of the NYMIR policy.

By Opinion and Order dated September 25, 2012, this Court for the first time acknowledged and confirmed in Footnote 10 the fact that Deskovic had narrowed his claims against the County and Stephens. *Docket No. 505.*

## NYMIR'S PROPOSED MOTION FOR LEAVE TO INTERVENE

NYMIR seeks leave to intervene in this action by filing and service of a Complaint seeking a declaration that it has no continued obligation to defend and/or indemnify Stephens or the County in the *Deskovic* and *McGarr* Actions. NYMIR's proposed motion for leave to intervene is based on the grounds that NYMIR has direct and immediate interests in the above action that are not represented by the parties to the action. NYMIR meets the four requirements for granting an intervention as of right.

### A.  The Motion is Timely

NYMIR's interests as an intervenor did not arise until plaintiff Deskovic narrowed the claims in his action against NYMIR's insureds, the County and Stephens. It is based upon this Court's acknowledgement of the narrowed claims that NYMIR's coverage obligations to the County and Stephens have changed. The discontinuance of these claims was never formally done or recognized until this Court issued its Opinion and Order dated September 25, 2012. *Docket No.505 at FN 10.* Until it was formally acknowledged by this Court that plaintiff had narrowed his claims against NYMIR's insureds, a motion to intervene by NYMIR would have been premature.

Moreover, it is respectfully submitted that the timing of the application will not result in prejudice to any existing party inasmuch as no further discovery is necessary in order for this Court to decide the issues of insurance coverage, and more specifically whether NYMIR has any continued obligation to defend the County and Stephens in the main action, that are alleged in the proposed Complaint.

**B.   NYMIR Has A Legally Protected Interest Relating To The *Deskovic* Action That May Be Impaired Absent Intervention**

Here, a disposition of the Underlying Action by means of a general tort verdict will impair NYMIR's ability to protect its interests. Thus, NYMIR has a legally protected interest relating to the *Deskovic* Action that may be impaired absent intervention.

**C.   NYMIR's Interests Are Not Adequately Represented By Existing Parties**

NYMIR's interests in having its coverage obligations to the County and Stephens in the underlying action be determined are not adequately represented by other parties to the action. While the issues presented by NYMIR in its declaratory judgment complaint are intricately intertwined with the issues of the Underlying Actions and will not prolong or confuse the issues to that action, NYMIR is not similarly situated with any other party to the action.

**D.   An Independent Basis of Subject Matter Jurisdiction Is Not Necessary**

Since the intervention sought by NYMIR is as of right under Rule 24(a)(2), NYMIR need not show any independent basis for subject matter jurisdiction. *Assoc. of Contracting Plumbers of City of New York, Inc. v. Local Union No. 2*, 841 F. 2d 461 [2d Cir 1988]. Rather, this Court has supplemental jurisdiction over the issued raised in NYMIR's proposed complaint pursuant to 28 USC §1367(a).

For the reasons sets forth above, it is respectfully requested that this Court permit proposed Intervenor-Plaintiff NYMIR's motion (filed under Dockets Nos. 543 through 547) to be heard. NYMIR also respectfully requests that the Court schedule a pre-motion conference.

Respectfully submitted,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

RICHARD J. NICOLELLO (RN4619)

RJN/asd

cc:   All Counsel -
      See annexed Rider

H:\WPDOCS\FILES\NYMIR2\Deskovic\nymir2 57\Corresp\SDNY 4-1-13 Letter requestiong motion.doc

*[Handwritten note:]* NYMIR's motion to intervene is granted, as the Court has received no objections. The clerk is respectfully requested to terminate the motion. (Doc #543). So ordered. 4/18/13

**RIDER**

**Barry C. Scheck**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013

**Chloe Francis Cockburn**
Neufeld Scheck & Brustin
99 Hudson Street, 8th Floor
New York, NY 10013

**Deborah Leigh Cornwall**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013

**Jennifer Elizabeth Laurin**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013

**Nick Joel Brustin**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013

**Sarah Alison Crowley**
Neufeld Scheck & Brustin, LLP
99 Hudson Street
8th Flr
New York, NY 10013

**Aaron William Scherzer**
Neufeld Scheck & Brustin, LLP
99 Hudson St.
New York, NY 10013

**Anna Benvenutti Hoffmann**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013

**Eric J. Hecker**
Cuti Hecker Wang, LLP (nyc)

305 Broadway, Suite 607
New York, NY 10007

**Elora Mukherjee**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

**Joseph F. Mahoney**
County Attorney, County of Orange, New York
Law Dept., 255 Main Street
Goshen, NY 10924

**Brian S. Sokoloff**
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514

**William Gorman Passannante**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Kerry Ann Sheehan**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Lalit Kumar Loomba**
Wilson, Elser, Moskowitz, Edelman & Dicker, (WPls)
3 Gannett Drive
White Plains, NY 10604

**Leo Dorfman**
Sokoloff Stern LLP
179 Westbury Avenue,
Carle Place, NY 11514

**Peter Alexander Meisels**
Wilson Elser,Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

**Raymond A. Mascia**
Anderson Kill & Olick, P.C.

1251 Avenue of the Americas
New York, NY 10020

**Caitlin Grace Scheir**
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave.
White Plains, NY 10606

**James A. Randazzo**
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave., 8th Floor
White Plains, NY 10606

**Stephen Wellinghorst**
Harwood, Lloyd, LLC
130 Main Street
Hackensack, NJ 07601

**Stuart Evan Kahan**
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605

**John Martin Flannery**
Wilson Elser Moskowitz Edelman & Dicker LLP
1010 Washington Blvd
Stamford, CT 06901

**James Alfred Mitchell**
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

**Mary Margulis-Ohnuma**
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

**Robert D. Meade**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601

**William Patrick Harrington**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue

White Plains, NY 10601

**Peter Francis Harrington**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601

**John Eric Knudsen**
New York State Department of Law (EPB)
The Capitol
Albany, NY 12224

**Deborah Beth Koplovitz**
Rosen & Livingston
275 Madison Avenue, Suite 500
New York, NY 10016

**Peter I. Livingston**
Rose & Livingston
275 Madison Ave., Suite 500
New York, NY 10016

**Steven J. Pudell**
Anderson Kill & Olick, P.C.
One Gateway Center
Newark, NJ 07102

**Vianny Maria Pichardo**
Anderson Kill & Olick, P.C.
1251 Avenue of Americas
New York, NY 10020

**Michele E. Kahn**
Michele Kahn P.C.
708 Third Ave, 19th Floor
New York, NY 10017

**Jonathan B. Bruno**
Kaufman, Borgeest & Ryan, LLP (NYC)
120 Broadway, 14th Floor
New York, NY 10271

**Karen M. Dixon**
Mead, Hecht, Conklin & Gallagher, LLP
123 N. Wacker Drive, Suite 1800

Chicago, IL 60606

**Michael Buckley**
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556

**Bradley M Klein**
Hinkhouse Williams Walsh LLP
180 North Stetson Street
Suite 3400
Chicago, IL 60601

**Matthew B. Anderson**
Mendes & Mount, LLP (NYC)
750 Seventh Avenue
New York, NY 10019

**Patrick T. Walsh**
Hinkhouse Williams Walsh LLP
180 North Stetson Street
Suite 3400
Chicago, IL 60601

**Thomas Alan Martin**
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

**Catalina Jean Sugayan**
Sedgwick LLP (TX)
1717 Main Street, Suite 5400
Dallas, TX 75201

**David M. Dolendi**
Sedgwick LLP (TX)
1717 Main Street, Suite 5400
Dallas, TX 75201

**Darcy Lynn Ibach**
Lewis Brisbois Bisgaard & Smith LLP (IL)
550 West Adams Street
Suite 300
Chicago, IL 60661

**Stephanie Alix Nashban**
Lewis, Brisbois, Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, NY 10005

**Robert J. Kelly**
Coughlin Duffy
350 Mt. Kemble
PO Box 1917
Morristown, NJ 07962

**Christopher Dean O'Leary**
Coughlin Duffy LLP (NYC)
88 Pine Street, 28th Floor
New York, NY 10005

**Kathryn Elena Leone**
New York City Law Department
100 Church Street
New York, NY 10007

**Robert Louis Delicate**
Harwood, Lloyd, LLC
130 Main Street
Hackensack, NJ 07601

**Janet Patricia Ford**
White, Fleischner & Fino, LLP
61 Broadway
18th Floor
New York, NY 10005

**Marianne Gaul May**
Clyde & Co US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932

**Jessika Joora Moon**
Sedgwick LLP (NY)
225 Liberty Street, 28th Floor
New York, NY 10281

## RIDER

**Matthew B. Anderson**
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019


**Jonathan B. Bruno**
Kaufman, Borgeest & Ryan, LLP
120 Broadway, 14th Floor
New York, NY 10271


**Sheryl Ann Bruzzese**
Traub Lieberman Straus & Shrewsberry LLP
Seven Skyline Drive
Hawthorne, NY 10532


**Michael Buckley**
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556


**Robert Louis Delicate**
Harwood, Lloyd, LLC
130 Main Street
Hackensack, NJ 07601


**Karen M. Dixon**
Mead, Hecht, Conklin & Gallagher, LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606


**David M. Dolendi**
Sedgwick LLP (TX)
1717 Main Street, Suite 5400
Dallas, TX 75201

**John Martin Flannery**
Wilson Elser Moskowitz Edelman & Dicker LLP (CT)
1010 Washington Blvd
Stamford, CT 06901


**Janet Patricia Ford**
White, Fleischner & Fino, LLP
61 Broadway
18th Floor
New York, NY 10005


**Debra Lea Greenberger**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019


**Peter Francis Harrington**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601
914 287-6154
914 683-6956 (fax)
pharrington@bpslaw.com
*Assigned: 04/23/2010*


**William Patrick Harrington**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601


**Eric J. Hecker**
Cuti Hecker Wang, LLP (nyc)
305 Broadway, Suite 607
New York, NY 10007

**Diane Lee Houk**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019


**Darcy Lynn Ibach**
Lewis Brisbois Bisgaard & Smith LLP (IL)
550 West Adams Street
Suite 300
Chicago, IL 60661


**Stuart Evan Kahan**
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605


**Michele E. Kahn**
Michele Kahn P.C.
708 Third Ave, 19th Floor
New York, NY 10017


**Robert J. Kelly**
Coughlin Duffy
350 Mt. Kemble
PO Box 1917
Morristown, NJ 07962


**Bradley M Klein**
Hinkhouse Williams Walsh LLP
180 North Stetson Street
Suite 3400
Chicago, IL 60601

**Meryl R. Lieberman**
Traub Lieberman Straus & Shrewsberry LLP
Seven Skyline Drive
Hawthorne, NY 10532


**Peter I Livingston**
Rose & Livingston
275 Madison Ave., Suite 500
New York, NY 10016


**Lalit Kumar Loomba**
Wilson, Elser, Moskowitz, Edelman & Dicker, (WPls)
3 Gannett Drive
White Plains, NY 10604


**Mary Margulis-Ohnuma**
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022


**Thomas Alan Martin**
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175


**Raymond A. Mascia**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020


**Marianne Gaul May**
Clyde & Co US LLP( Florham Park)
200 Campus Drive, Suite 300
Florham Park, NJ 07932

**Robert D. Meade**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601


**Peter Alexander Meisels**
Wilson Elser,Moskowitz Edelman & Dicker LLP(White Plains)
3 Gannett Drive
White Plains, NY 10604


**James Alfred Mitchell**
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022


**Jessika Joora Moon**
Sedgwick LLP (NY)
225 Liberty Street, 28th Floor
New York, NY 10281


**Elora Mukherjee**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019


**Stephanie Alix Nashban**
Lewis, Brisbois, Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, NY 10005


**Christopher Dean O'Leary**
Coughlin Duffy LLP (NYC)
88 Pine Street, 28th Floor
New York, NY 10005

**William Gorman Passannante**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020


**Vianny Maria Pichardo**
Anderson Kill & Olick, P.C.
1251 Avenue of Americas
New York, NY 10020


**Steven J. Pudell**
Anderson Kill & Olick, P.C.
One Gateway Center
Newark, NJ 07102


**James A. Randazzo**
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave., 8th Floor
White Plains, NY 10606


**Caitlin Grace Scheir**
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave.
White Plains, NY 10606


**Kerry Ann Sheehan**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020


**Brian S. Sokoloff**
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514

**Catalina Jean Sugayan**
Sedgwick LLP (TX)
1717 Main Street, Suite 5400
Dallas, TX 75201
(312) 443-0700
(312) 641-9530 (fax)


**Patrick T. Walsh**
Hinkhouse Williams Walsh LLP
180 North Stetson Street
Suite 3400
Chicago, IL 60601


**Stephen Wellinghorst**
Harwood, Lloyd, LLC
130 Main Street
Hackensack, NJ 07601