UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

**Jeffrey Deskovic,**

                        Plaintiff,          07-CV-08150 (KMK)(GAY)
                                        and related case 07-CV-9488

   -v-                                  <u>CALENDAR NOTICE</u>

**City of Peekskill**, et al.,

                        Defendants.
------------------------------------------------------X

     Please take notice that the above captioned action has been scheduled for oral argument as follows: docket nos. 295 and 297 for case no. 07-cv-9488 and docket nos. 514 and 515 for case no. 07-cv-8150 before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, May 16, 2013 at 2:30 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

     Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: May 7, 2013
       White Plains, New York

                                                            So Ordered

                                                       Kenneth M. Karas, U.S.D.J