UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

NEW YORK STATE LOCAL GOVERNMENT          07-CV-8150 (KMK)
SERVICES FOUNDATION, INC. as             07-CV-9488 (KMK)
attorney-in-fact for NEW YORK MUNICIPAL
INSURANCE RECIPROCAL,

             Intervenor-Plaintiff,

    v.

COUNTY OF PUTNAM, DANIEL STEPHENS,
JEFFREY DESKOVIC and LINDA McGARR,

             Defendants.

------------------------------------------------------------------X

## APPEARANCE FOR COUNSEL

To:    The clerk of the court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in
this case as counsel for:

    County of Putnam on the Declaratory Judgment Claim commenced on behalf of
New York State Local Government Services Foundation, Inc. as attorney-in-fact for New
York Municipal Insurance Reciprocal only.

_____
Attorney's Signature

JOHN J. WALSH (4092)

_____
Printed Name and Bar Number

55 CHURCH ST., SUITE 211
WHITE PLAINS, NY 10601

_____
Address

jwalsh@hwslaw.com

_____
E-Mail Addresss

914-385-6000

_____
Telephone Number

914-385-6060

_____
Fax Number