UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

    Plaintiff,

    v.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY

    Defendants.

No. CV-07-8150 (KMK)(GAY)

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

Pursuant to Local Civil Rule 1.4, the undersigned counsel hereby requests leave to withdraw her appearance as counsel of record for the Plaintiff. As grounds for this motion, counsel states that she no longer works at the firm of Neufeld Scheck & Brustin, LLP. Neufeld Scheck & Brustin, LLP continues to represent Jeffrey Deskovic and appear on Mr. Deskovic's behalf.

Wherefore, leave to withdraw should be allowed.

Dated: June 7, 2013
       New York, NY

Respectfully submitted,

/s/ Chloe Cockburn
Chloe Cockburn
Neufeld Scheck & Brustin, LLP
New York, NY 10013
Tel: (212) 965-9081
Fax: (212) 965-9084

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

    Plaintiff,

    v.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY

    Defendants.

No. CV-07-8150 (KMK)(GAY)

---

## ORDER

Upon consideration of this Motion of Chloe Cockburn, the Court grants leave for her to withdraw as counsel for Plaintiff Jeffrey Deskovic, and she is relieved of further responsibility to the Court.

IT IS SO ORDERED.

Dated: June _____, 2013
       White Plains, NY

                                          Kenneth M. Karas
                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion for Leave to Withdraw as Attorney was served via ECF upon all counsel of record on June 7, 2013.

*Rhianna Rey*
Rhianna Rey, Paralegal