UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____X
JEFFREY DESKOVIC,                                        No.: CV-07-8150 (KMK)(GAY)

                                                                   **HARCO NATIONAL**
                      Plaintiff,                     **INSURANCE COMPANY**

vs.                                                      **NOTICE OF MOTION**
                                                                    **PURSUANT TO**
CITY OF PEEKSKILL, ET AL.,                               **FED R. CIV. P. 12(c)**

                      Defendants.
_____X
LINDA MCGARR,
                                                                    No. 07-CV-9488 (KMK)(GAY)
                      Plaintiff,

vs.

CITY OF PEEKSKILL, ET AL.,

                    Defendants.
_____X
CITY OF PEEKSKILL,

                      Third Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY, ET AL.,

                    Third Party Defendants.
_____X

      PLEASE TAKE NOTICE THAT, upon the declaration of Janet P. Ford, Esq., dated June 10, 2013, the exhibits attached thereto, and the accompanying memorandum of law, Third Party Defendant HARCO NATIONAL INSURANCE COMPANY moves pursuant to Fed. R. Civ. P. 12(c) for a Judgment, seeking the following relief: (1) declaring that movant is not obligated to defend and indemnify Third-Party Plaintiff CITY OF PEEKSKILL in the above-captioned

primary actions; (2) dismissing the third-party actions brought against movant, with prejudice, and in their entirety; (3) fees and costs; and (4) any further relief this Court deems just and proper.

  This motion is brought in accordance with the schedule set by the within Court, docketed on April 30, 2013 (Minute Entry), directing that opening motion papers and briefs be submitted on June 10, 2013, and cross responses to be submitted on July 8, 2013.

Dated: New York, New York
   June 10, 2013

          WHITE FLEISCHNER & FINO, LLP

          By: */s/ Janet P. Ford*
             Janet P. Ford

          Counsel for Third-Party Defendant HARCO
          NATIONAL INSURANCE COMPANY
          61 Broadway, 18th Floor
          New York, New York 10006
          (212) 487-9700
          jford@wff-law.com
          Our File No.: 344-15971

TO: (*See* Declaration and Certificate of Service by Janet P. Ford, Esq.)