# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

ONE GATEWAY CENTER, SUITE 1510■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

**MEMO ENDORSED**

Steven J. Pudell, Esq.
SPudell@andersonkill.com
973-642-5877

<u>Via Fax 914-390-4152</u>

July 3, 2013

Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re: *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150 (KMK)(GAY)
          *McGarr v. City of Peekskill, et al.*, No. 07-CV-9488 (KMK)(GAY)

Dear Judge Karas:

    We represent the City of Peekskill ("the City") in the above-referenced actions.

    We write to request on behalf of all parties in the Peekskill insurance coverage litigation a five-week extension (until <u>August 13, 2013</u>) of the briefing deadlines for the Peekskill insurance trigger motions. The parties' opposition briefs are currently due on July 8, 2013. The parties have made no prior requests for adjournment or extension in connection with this briefing. Again, we have been informed that all insurance companies have consented to this request.

*Granted.*
*So Ordered*

[signature]
7/3/13

Respectfully submitted,

*Steven J. Pudell (AMP)*

Steven J. Pudell

Cc via email:
Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
James Mitchell, Esq. (jmitchell@stillmanfriedman.com)
Diane Houk, Esq. (dhouk@ecbalaw.com)
Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
Robert Delicate, Esq. (rdelicate@harwoodlloyd.com)
Vince Gelardi, Esq. (vg@vincentgelardi.com)
Nick Brustin, Esq. (nick@nsbcivilrights.com)
Darcy Ibach (dibach@lbbslaw.com)
Stephanie A. Nashban (nashban@lbbslaw.com)
Patrick Walsh (pwalsh@hww-law.com)
Bradley Klein (bklein@hww-law.com)
Marianne May (Marianne.may@clydeco.us)
David Dolendi (david.dolendi@sedgwicklaw.com)

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Burlington, VT
njdocs-59308.1

**Anderson Kill & Olick, P.C.**

Hon. Kenneth M. Karas
July 3, 2013
Page 2

        Jessika Moon (jessika.moon@sedgwicklaw.com)
        Catalina Sugayan (catalina.sugayan@sedgwicklaw.com)
        Thomas Martin (tmartin@putneylaw.com)
        Karen Dixon (karen.dixon@mbtlaw.com)
        Matthew B. Anderson (matthew.anderson@mendes.com)
        Michael Buckley (michael.buckley@rivkin.com)
        Anthony Gambardella (anthony.gambardella@rivkin.com)
        Janet Ford (jford@wff-law.com)
        Robert Kelly (rkelly@coughlinduffy.com)
        Christopher O'Leary (coleary@coughlinduffy.com)
        Bradley Klein (bklein@hww-law.com)
        Patrick Walsh (pwalsh@hww-law.com)
        Karen Dixon (karen.dixon@mbtlaw.com)

njdocs-59308.1