## CONGDON, FLAHERTY, O'CALLAGHAN, REID
## DONLON, TRAVIS & FISHLINGER
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

NEW YORK CITY OFFICE:
10 ROCKEFELLER PLAZA
SUITE 900
NEW YORK, NY 10020
212-692-0496
FAX 212-692-0639

THE OMNI
333 EARLE OVINGTON BLVD. SUITE 502
UNIONDALE, NY 11553-3625

516-542-5900

FAX NO. 516-542-5912

E-mail: rnicolello@cfolegal.com

ALBANY OFFICE:
12 METRO PARK ROAD
SUITE 207
COLONIE, NY 12205
518-437-9300
FAX 518-437-1182

*Richard J. Nicolello*
Partner

Writer's direct dial:
516-750-9307

# MEMO ENDORSED

July 11, 2013

*Via Facsimile: 914-390-4152*
Honorable Justice Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

  Re: Jeffrey Deskovic v. City of Peekskill, et al.
    07-CV-8150(KMK)
    07-CV-9488(KMK)

Dear Judge Karas:

  The undersigned represents proposed Intervenor-Plaintiff, New York Municipal Insurance Reciprocal (NYMIR) in connection with the above actions. By letter dated May 7, 2013, we requested a pre-motion conference in connection with the declaratory judgment action commenced on behalf of NYMIR. Your Honor scheduled a conference on the putative summary judgment motion on July 16, 2013. We now request that the conference be cancelled with leave to seek a motion conference at a later date.

  NYMIR is substituting the firm of Kaufman, Borgeest and Ryan, LLP for our firm. Moreover, counsel for plaintiff Deskovic indicates that it will be filing a third party complaint to add Westport Insurance Company as a party to this action. Counsel for Deskovic has also requested additional time to obtain certain discovery. For these reasons we do not believe a pre-motion conference is necessary at this time.

Thank you for your consideration of this request.

Respectfully submitted,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

RICHARD J. NICOLELLO (RN4619)

RJN/asd

cc:
Neufeld, Scheck & Brustin, LLP
Attorneys for Plaintiff, Jeffrey Deskovic
Fax No.: 1-212-965-9084

Kaufman, Borgeest & Ryan, LLP
Attorneys for NYMIR
Fax No.: 1-212-980-9291

Emery, Celli, Brinckerhoff & Abady, LLP
Attorneys for Defendant, Linda McGarr
Fax No.: 1-212-763-5001

Hodges, Walsh & Slater, LLP
Attorneys for County of Putnam & Stephen Daniels
Fax No.: 1-914-385-6060

Granted.
So Ordered.
7/12/13

h:\wpdocs\files\nymir2\deskovic\nymir2 57\corresp\sdny letter requesting adjournment of conference.doc