UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY DESKOVIC,

                                                 Cases No.   07-CV-8150 (KMK)
                                                                       07-CV-9488(KMK)

                             Plaintiff,

                                                            **STIPULATION**
      -against-                                                **FOR SUBSTITUTION OF**
                                                             **COUNSEL**

CITY OF PEEKSKILL, PUTNAM COUNTY,
DAVID LEVINE, THOMAS McINTYRE,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, and DANIEL STEPHENS,

                           Defendants.

------------------------------------------------------------X
LINDA McGARR,

                           Plaintiff,

    -against-

CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE, EUGENE TUMOLO,
JOHN AND JANE DOE SUPERVISORS, and
DANIEL STEPHENS,

                           Defendants.

------------------------------------------------------------X
NEW YORK STATE LOCAL GOVERNMENT
SERVICES FOUNDATION, INC.,
as attorney-in-fact for NEW YORK MUNICIPAL
INSURANCE RECIPROCAL,

                         Intervenor-Plaintiff,

    -against-

COUNTY OF PUTNAM, DANIEL STEPHENS,
JEFFREY DESKOVIC and LINDA McGARR,

                         Defendants.
------------------------------------------------------------X

2263660

IT IS HEREBY STIPULATED AND AGREED between the undersigned that the law firm of Kaufman Borgeest & Ryan LLP, shall be substituted as counsel for Intervenor-Plaintiff, New York Municipal Insurance Reciprocal ("NYMIR"), in place of the law firm of Congdon, Flaherty, O'Callaghan, Reid, Donlon, Travis & Fishlinger.

Dated: New York, New York
July 11, 2013

KAUFMAN BORGEEST & RYAN LLP

By: _____
Joan M. Gilbride (JG 6238)
Brian M. Sher (BS 8755)
120 Broadway, 14th Floor
New York, NY 10271
(212) 980-9600
(212) 980-9291 (f)
jgilbride@kbrlaw.com
bsher@kbrlaw.com

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

By: _____
Richard J. Nicolello (RN4619)
333 Earle Ovington Blvd., Suite 502
Uniondale, NY 11553
(516) 542-5900
rnicolello@cfolegal.com

787835-1

2263660

Richard Calame, as Director of Claims of NEW YORK MUNICIPAL INSURANCE RECIPROCAL, has read the above Stipulation for Substitution of Counsel and consents to same.

By: _____
Richard Calame, Director of Claims


SO-ORDERED:

_____
KENNETH M. KARAS, U.S.D.J.

4/18/13

To: All Counsel of Record (Via ECF)