# HODGES WALSH & SLATER, LLP
ATTORNEYS AT LAW

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwslaw.com

55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwslaw.com

August 14, 2013

Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains NY  10601

          Re:  Jeffrey Deskovic v. Putnam County, et al.
              **07 cv 8150 (KMK)**
          Our File No:  010-079 JJW

Honorable Sir,

      We represent the County of Putnam and Daniel Stephens as defendants in the Declaratory Judgment action brought on behalf of New York Municipal Insurance Reciprocal (NYMIR).  We are in receipt of the letter of August 13, 2013 to Your Honor from Joan M. Gilbride, Esq., seeking a pre-motion conference.

      On June 26, 2013, the undersigned served a demand for production of documents on Congdon, Flaherty, the predecessor firm representing NYMIR.  The demand requested copies of all policies of insurance, including declarations of coverage issued to the County of Putnam by NYMIR for calendar years 1990 through 2006.

      We also requested copies of all correspondence between NYMIR and the County of Putnam concerning coverage available to the County of Putnam for the claims asserted by the plaintiff herein.

      Finally, we requested copies of internal communications between employees and/or agents of NYMIR concerning coverage available to the County of Putnam for the claims asserted on behalf of Jeffrey Deskovic.

      A copy of this demand for production of documents was forwarded to Ms. Gilbride on August 2, 2013.  On August 9, 2013, I agreed to a 30 day extension for NYMIR to respond.

      While I can sympathize with Ms. Gilbride's desire to move the Declaratory Judgment action forward, it is our position that a summary judgment motion at this stage would be premature.  At the very least, we should be provided with copies of the documents demanded, and a reasonable time to review same.

As always, thank you for your attention.

Most respectfully yours,

John J. Walsh

JJW:kl

Cc: Kaufman, Borgeest & Ryan LLP
120 Broadway
New York, NY 10271

Stephen Wellinghorst, Esq.
Robert Louis Delicate, Esq.
Harwood, Lloyd, LLC
130 Main Street
Hackensack, New Jersey 07601

Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

James A. Randazzo
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave., 8th Floor
White Plains, NY 10606

Neufeld, Scheck & Brustin, LLP
99 Hudson Street
New York, NY 10013

Daniel Stephens
244 Gage Road
Brewster, NY 10509

Congdon Flaherty O'Callaghan Reid Donlon Travis & Fishlinger
333 Earle Ovington Boulevard - 5th Floor
Uniondale, NY 11553



*Handwritten note:* The Court will assume the Parties will exchange documents in advance of the October 9th Premotion Conference. So ordered. [signed] KMK 8/20/2013