

# HODGES WALSH & SLATER, LLP
## ATTORNEYS AT LAW
55 CHURCH STREET SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwslaw.com

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwslaw.com

August 22, 2013

**Via Facsimile – 914-390-4152**
Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains NY 10601

Re: Jeffrey Deskovic v. Putnam County, et al.
**07 cv 8150 (KMK)**
Our File No: 010-079 JJW

Honorable Sir,

I note that you have scheduled a pre-motion conference on the request of New York Municipal Insurance Reciprocal to file for summary judgment for October 9, 2013.

Unfortunately, I am scheduled to continue a hearing on another coverage matter involving seven attorneys before Judge Schick in New York State Supreme Court in Sullivan County on that day. The hearing will continue to the 10th and I am scheduled to take a long planned vacation on the 15th and 16th.

Should it be possible, considering Your Honor's busy schedule, to calendar the pre-motion conference for another day, it would be greatly appreciated.

As always, thank you for your attention.

Most respectfully yours,

John J. Walsh

JJW:kl

Cc: Kaufman, Borgeest & Ryan LLP
120 Broadway
New York, NY 10271
Via Fax: 212-980-9291

*[Handwritten note:]* Granted. The Conference is scheduled for Wednesday October 23, 2013 at 11:00 a.m.

*[signed]* 8/26/13

Stephen Wellinghorst, Esq.
Robert Louis Delicate, Esq.
Harwood, Lloyd, LLC
130 Main Street
Hackensack, New Jersey 07601
Via Fax: 201-487-4758

Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019
Via Fax: 212-763-5001

James A. Randazzo
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave., 8th Floor
White Plains, NY 10606
Via Fax: 914-328-5591

Neufeld, Scheck & Brustin, LLP
99 Hudson Street
New York, NY 10013
Via Fax: 212-965-9084

Daniel Stephens
244 Gage Road
Brewster, NY 10509

Congdon Flaherty O'Callaghan Reid Donlon Travis & Fishlinger
333 Earle Ovington Boulevard - 5th Floor
Uniondale, NY 11553
Via Fax: 516-542-5912