**MEMO ENDORSED**

# CONGDON, FLAHERTY, O'CALLAGHAN, REID
## DONLON, TRAVIS & FISHLINGER
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

| NEW YORK CITY OFFICE: | THE OMNI | ALBANY OFFICE: |
|---|---|---|
| 10 ROCKEFELLER PLAZA | 333 EARLE OVINGTON BLVD. SUITE 502 | 12 METRO PARK ROAD |
| SUITE 900 | UNIONDALE, NY 11553-3625 | SUITE 207 |
| NEW YORK, NY 10020 | | COLONIE, NY 12205 |
| 212-692-0496 | 516-542-5900 | 518-437-9300 |
| FAX 212-692-0639 | | FAX 518-437-1182 |
| | FAX NO. 516-542-5912 | |

*Richard J. Nicolello*
Partner

E-mail: rnicolello@cfolegal.com

Writer's direct dial:
516-750-9307

August 22, 2013

Honorable Justice Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

Re: Jeffrey Deskovic v. City of Peekskill, et al.
07-CV-8150(KMK)
07-CV-9488(KMK)

Dear Judge Karas:

This is to advise that the undersigned no longer represents Intervenor-Plaintiff, New York Municipal Insurance Reciprocal (NYMIR) in the above-referenced actions. NYMIR was substituted by the firm of Kaufman, Borgeest and Ryan, LLP.

At this time, we respectfully request that you remove this firm's name from the service list.

Thank you for the Court's attention to this matter.

Respectfully submitted,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

RICHARD J. NICOLELLO (RN4619)

RJN/jmk
cc:
Neufeld, Scheck & Brustin, LLP
Attorneys for Plaintiff, Jeffrey Deskovic
99 Hudson Street
New York, NY 10013

SO ORDERED  8/27/13
_____
KENNETH M. KARAS U.S.D.J.

Kaufman, Borgeest & Ryan, LLP
Attorneys for NYMIR
120 Broadway, 14th Floor
New York, NY 10271

Emery, Celli, Brinckerhoff & Abady, LLP
Attorneys for Defendant, Linda McGarr
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

Hodges, Walsh & Slater, LLP
Attorneys for County of Putnam & Stephen Daniels
55 Church St
White Plains, NY 10601

H:\WPDOCS\FILES\NYMIR2\Deskovic\nymir2 57\Corresp\SDNY.REQ.REMOVAL.8.22.13.doc