# NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street
New York, New York 10013
---
Tel: 212-965-9081
Fax: 212-965-9084

Johnnie L. Cochran, Jr.
   (1937-2005)
Peter J. Neufeld
Barry C. Scheck
Nick Brustin
Anna Benvenutti Hoffmann
Emma Freudenberger
Vanessa Buch
Aaron Scherzer
Alexandra Lampert

Hon. Nancy Gertner (Ret.)

September 4, 2013

**Via ECF and Fax**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

      RE:   **Deskovic v. City of Peekskill, et al., 07-CV-8150 (KMK)**

Dear Judge Karas:

      I write on behalf of Plaintiff Jeffrey Deskovic in the above-captioned case to inform the Court that Mr. Deskovic has settled all of his claims against the Peekskill Defendants. The settlement was approved by the Peekskill City Council last night. As soon as Mr. Deskovic receives payment from the City and its insurance carriers, the parties will promptly file a stipulation of dismissal of Mr. Deskovic's case against the Peekskill Defendants.

      In light of this settlement, Mr. Deskovic respectfully requests that the previously scheduled October 23rd (at 11 a.m.) Court conference with the Putnam carriers also be used to schedule a trial date for Mr. Deskovic's case against the remaining Defendants (Putnam County and Dan Stephens) and to address any outstanding issues with respect to those Defendants. Thank you in advance for your consideration of this request.

Respectfully Submitted,

/s/ Nick Brustin
Nick Brustin

cc: All Counsel (via ECF)