UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Jeffrey Deskovic
                              Plaintiff,

Case No. 07 CIV. 8150 (KMK)(GAY)

-against-

City of Peekskill, et al
                              Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**James A. Randazzo**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JR 0156     My State Bar Number is 2323798

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Gaines, Gruner, Ponzini & Novick, LLP
            FIRM ADDRESS: 11 Martine Avenue, 8th Floor
            FIRM TELEPHONE NUMBER: 914-288-9595
            FIRM FAX NUMBER: 914-288-0850

NEW FIRM:   FIRM NAME: Gaines, Novick, Ponzini, Cossu & Venditti, LLP
            FIRM ADDRESS: 11 Martine Avenue, 8th Floor
            FIRM TELEPHONE NUMBER: 914-288-9595
            FIRM FAX NUMBER: 914-288-0850

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 9-20-13

ATTORNEY'S SIGNATURE