UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

                Plaintiff,

-v-

CITY OF PEEKSKILL, et al.,

                Defendants.

Case No. 07-CV-8150 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Peekskill Defendants' and Defendant Eugene Tumolo's respective Motions for Summary Judgment are denied, without prejudice to reinstatement, due to the pending, approved settlement between these Parties. The Clerk of the Court is respectfully directed to terminate the pending motions. (Dkt. Nos. 514, 515.)

SO ORDERED.

Dated: September 27, 2013
       White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE