UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTRYE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>      Defendants. | No. CV-07-8150 (KMK)<br><br>**NOTICE OF APPEARANCE** |
| JEFFREY DESKOVIC,<br><br>      Plaintiff,<br><br>  v.<br><br>WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY and MOUNT AIRY INSURANCE COMPANY,<br><br>      Defendant. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance in this matter as counsel for defendant Westport Insurance Corporation in connection with the Complaint for Declaratory Relief filed by Plaintiff.

  I certify that I am admitted to practice in this court and in good standing.

Dated:  October 2, 2013
     New York, New York

               Respectfully submitted,

               TRESSLER LLP

               By:  /s/ Courtney E. Scott
                 Courtney E. Scott (CS9744)
               1 Penn Plaza, Suite 4701
               New York, New York 10119
               (646) 833-0900 (tel)
               (646) 833-0877 (fax)
               cscott@tresslerllp.com