USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

    Plaintiff,

v.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTRYE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

    Defendants.

---

JEFFREY DESKOVIC,

    Plaintiff,

v.

WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY and MOUNT AIRY INSURANCE COMPANY,

    Defendant.

No. CV-07-8150 (KMK)

STIPULATION

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and for Defendant Westport Insurance Corporation ("Westport"), that the time for Westport to answer or otherwise move with respect to the Complaint for Declaratory Relief is hereby extended through and including October 23, 2013.

| TRESSLER LLP | NEUFELD SCHECK & BRUSTIN, LLP |
|---|---|
| By: _____ | By: _____ |
| Courtney E. Scott (CS9744) | Aaron Scherzer (AS0218) |
| One Penn Plaza, Ste 4701 | 99 Hudson Street, 8th Floor |
| New York, New York 10119 | New York, New York 10013 |
| Tel: (646) 833-0900 | Tel: (212) 965-9081 |
| *Attorneys for Defendant Westport Insurance Corporation* | *Attorneys for Plaintiff Jeffrey Deskovic* |

October 3, 2013
White Plains, NY

So Ordered:

_____
U.S.D.J.