

### HODGES WALSH MESSEMER & MOROKNEK, LLP
ATTORNEYS AT LAW

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwmm-law.com

55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK
(914) 385-6000
FAX (914) 385-6060
www.hwmm-law.com

**MEMO ENDORSED**

October 17, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains NY 10601

Re: Jeffrey Deskovic v. Putnam County, et al.
**07 cv 8150 (KMK)**
Our File No: 010-079 JJW

Honorable Sir,

This office represents the County of Putnam in the Declaratory Judgment action filed by NYMIR. We are in receipt of the letter of Anna Benvenutti Hoffmann of October 15, 2013.

We agree that should a Declaratory Judgment action be necessary against Westport Insurance Corporation the County of Putnam would be the real party in interest.

We have written to Westport Insurance Corporation requesting copies of applicable policies and disclaimer letters, if any, so that we may make a reasonable decision as to whether or not to assume the role of plaintiff in the Declaratory Judgment action against Westport.

As such, we would request a reasonable time to obtain and review these materials before making a determination as to whether or not to proceed as plaintiff in a Declaratory Judgment action against Westport.

Thank you for your attention.

Most respectfully yours,

John J. Walsh (4092)

JJW:kl

*Counsel has 30 days to review the materials discussed herein.*
*So Ordered.*
*10/21/13*

Cc: Kaufman, Borgeest & Ryan LLP
120 Broadway
New York, NY 10271

Stephen Wellinghorst, Esq.
Robert Louis Delicate, Esq.
Harwood, Lloyd, LLC
130 Main Street
Hackensack, New Jersey 07601

Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

James A. Randazzo
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave., 8th Floor
White Plains, NY 10606

Neufeld, Scheck & Brustin, LLP
99 Hudson Street
New York, NY 10013

Daniel Stephens
244 Gage Road
Brewster, NY 10509

Congdon Flaherty O'Callaghan Reid Donlon Travis & Fishlinger
333 Earle Ovington Boulevard - 5th Floor
Uniondale, NY 11553