USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

Plaintiff,

-v-

CITY OF PEEKSKILL, et al.,

Defendants.

07-CV-8150 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

At the Pre-Motion Conference held before the Court on October 23, 2013, the Court adopted the following scheduling order:

Putnam County and Stevens have until December 15, 2013, to file a Third Party Complaint. Intervenor Plaintiff New York Municipal Insurance Reciprocal (NYMIR) shall then file its Motion for Summary Judgment by January 15, 2014. Intervenor Defendants shall submit their opposition papers by February 15, 2014. Intervenor Plaintiff shall submit its reply in support of its motion by March 1, 2014.

On consent, the Parties shall electronically file the moving papers with the Clerk only when the entire motion is fully briefed. Courtesy copies are to be served upon counsel by the assigned date. One courtesy copy of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED: White Plains, New York
October 23, 2013

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE