UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
NEW YORK STATE LOCAL
GOVERNMENT SERVICES, et al.,    Plaintiff,

Case No. 07-cv-8150

-against-

COUNTY OF PUTNAM, et al.,    Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

JOHN J. WALSH
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 4092        My State Bar Number is 1881531

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: HODGES WALSH & SLATER, LLP
             FIRM ADDRESS: 55 Church Street Ste 211, White Plains, NY 10601
             FIRM TELEPHONE NUMBER: (914) 385-6000
             FIRM FAX NUMBER: (914) 385-6060

NEW FIRM:    FIRM NAME: HODGES WALSH MESSEMER & MOROKNEK, LLP
             FIRM ADDRESS: 55 Church Street Ste 211, White Plains, NY 10601
             FIRM TELEPHONE NUMBER: (914) 385-6000
             FIRM FAX NUMBER: (914) 385-6060

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 9, 2013

_____
ATTORNEY'S SIGNATURE