UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>                      Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AIR SOCIETY OF WESTCHESTER COUNTY<br><br>                      Defendants. | Index No. CV-07-8150 (KMK) (GAY)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY<br>DOC #:_____<br>DATE FILED:_____ |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the plaintiff Jeffrey Deskovic ("Deskovic") and by the undersigned counsel for the defendants City of Peekskill ("the City"), David Levine, Thomas McIntyre, and Eugene Tumolo (collectively the "Peekskill Defendants"), that plaintiff hereby discontinues and dismisses with prejudice all claims against the Peekskill Defendants arising from the allegations set forth in Deskovic's third amended complaint, as well as all causes of action and allegations, brought or not brought against the Peekskill defendants, related in any way with the above-captioned matter. Further, this dismissal with prejudice is without an award of any costs, disbursements, interest or attorneys' fees to any party. This stipulation of discontinuance is not intended to affect Deskovic's claims against the non-settling defendants, including Putnam County, Daniel

4729817.1

Stephens, and their insurers. This stipulation of discontinuance will not be filed until and will not be binding unless full payment is made to Neufeld Scheck & Brustin LLP as set out in the separate signed settlement agreement between Deskovic and the City.

This stipulation of discontinuance may be executed in any number of identical counterparts. Facsimile and other digital or PDF signatures shall have the same effect as original signatures.

Dated: New York, New York
September 12, 2013

NEUFELD SCHECK & BRUSTIN, LLP
Attorneys for Plaintiff Jeffrey Deskovic

_____
Nick Brustin
99 Hudson Street, 8th Floor
New York, NY 10013
(212) 965-9081

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
Attorneys for the City of Peekskill, David Levine and Thomas McIntyre

_____
Peter Meisels
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000

BALLARD, SPAHR, STILLMAN & FRIEDMAN LLP
Attorneys for Defendant Eugene Tumolo

_____
James Mitchell
425 Park Ave.
New York, NY 10022

So Ordered:

_____
Hon. Kenneth M. Karas, U.S.D.J.

1/9/14