UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

JEFFREY DESKOVIC,

               Plaintiff,

-v-

CITY OF PEEKSKILL, et al.,

               Defendants.

07-CV-8150 (KMK)

TRIAL SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

     At the Conference held before the Court on January 16, 2014, the Court adopted the following scheduling order:

     Jury selection will begin on June 23, 2014, at 10:00 a.m. During the trial, the Court will sit from 9:30 a.m. until 2:00 p.m., five days a week.

     The Parties will file all pre-trial motions by April 15, 2014. Responses must be submitted by April 29, 2014, and any replies must be submitted by May 6, 2014.

     The Parties have agreed to submit a joint jury questionnaire by January 31, 2014. Proposed jury instructions are due no later than April 15, 2014.

     Finally, the Parties are to turn over all pre-marked exhibits by April 30, 2014.

SO ORDERED.

DATED:     White Plains, New York
                January 24, 2014

                                                   KENNETH M. KARAS
                                                   UNITED STATES DISTRICT JUDGE