UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

    Plaintiff,

    v.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, PETER INSERO, and LEGAL AID
SOCIETY OF WESTCHESTER COUNTY

    Defendants.

No. CV-07-8150 (KMK)(GAY)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## ORDER

Upon consideration of this Motion of Chloe Cockburn, the Court grants leave for her to withdraw as counsel for Plaintiff Jeffrey Deskovic, and she is relieved of further responsibility to the Court.

IT IS SO ORDERED.

Dated: January 28, 2014
    White Plains, NY

Kenneth M. Karas
United States District Judge