USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>Defendants. | Index No. CV-07-8150 (KMK)(GAY)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO WESTPORT INSURANCE CORPORATION** as successor-in-interest to **NORTH RIVER INSURANCE COMPANY** and **WESTPORT INSURANCE CORPORATION** as a successor-in-interest to **INTERNATIONAL INSURANCE COMPANY REGARDING PEEKSKILL'S THIRD-PARTY ACTION IN THE *DESKOVIC* ACTION** |
| LINDA MCGARR,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND,<br><br>Defendants.<br><br>*Caption continued on next page* | Index No. CV-07-9488 (KMK)(GAY) |

*Caption continued from previous page*

CITY OF PEEKSKILL,

    Third-Party Plaintiff,

vs.

WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED, SPHERE DRAKE INSURANCE PLC, ILLINOIS UNION INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY, HARCO NATIONAL INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

    Third-Party Defendants.

**WHEREAS**, Third-Party Plaintiff City of Peekskill ("Plaintiff" or "Peekskill") has asserted claims against Third Party Defendant Westport Insurance Corporation as successor-in-interest to North River Insurance Company and Westport Insurance Corporation as a successor-in-interest to International Insurance Company ("Westport") in the above-captioned Third-Party Actions filed in both *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150 (the "*Deskovic* Action") and *McGarr v. City of Peekskill, et al.*, No. 07-CV-9488 (the "*McGarr* Action").

**WHEREAS**, the undersigned parties hereby give notice that the above-captioned Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions have been settled pursuant to a settlement agreement between the undersigned parties.

**WHEREAS**, the undersigned parties hereby give notice that the above-captioned Third-Party Action filed in the *Deskovic* Action is voluntarily dismissed, with prejudice, against Westport.

**WHEREAS**, the above-captioned Third-Party Action filed in the *McGarr* Action has or will be dismissed without prejudice by separate stipulation against Westport.

**WHEREAS,** the above-captioned Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions filed against the remaining Third-Party Defendants have or will be dismissed with or without prejudice by separate stipulations so that the Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions will each be dismissed in their entirety.

**WHEREAS**, Peekskill and Westport seek to reduce the expense and burden of litigation to themselves, to the other parties in this action, and to the Court.

**NOW, THEREFORE**, in consideration of this Stipulation of Dismissal with Prejudice, Peekskill and Westport, by and through their respective counsel of record, hereby mutually agree to the following:

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that all claims in the above-captioned Third-Party action filed in the *Deskovic* Action are dismissed with prejudice as against Westport pursuant to Federal Rule of Civil Procedure 41 and court order.

**IT IS FURTHER STIPULATED AND AGREED**, that each undersigned party shall bear its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts with all counterparts together constituting one complete Stipulation and that signatures received by facsimile or e-mail shall be deemed an original for purposes of this Stipulation.

*[signatures pages to follow]*

3

| | |
|---|---|
| Dated: January 21, 2014 | Dated: January 21, 2014 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ANDERSON KILL P.C. |
| By: *(signature)* | By: *(signature)* |
| DARCY IBACH<br>550 WEST ADAMS STREET<br>SUITE 300<br>CHICAGO, ILLINOIS 60661<br>TEL: (312) 463-3339 | WILLIAM G. PASSANNANTE<br>STEVEN J. PUDELL<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10020<br>TEL: (212) 278-1000 |
| **ATTORNEYS FOR THIRD-PARTY DEFENDANTS WESTPORT INSURANCE CORPORATION** AS SUCCESSOR-IN-INTEREST TO **NORTH RIVER INSURANCE COMPANY; NORTH RIVER INSURANCE COMPANY;** AND **WESTPORT INSURANCE CORPORATION** AS SUCCESSOR-IN-INTEREST TO **INTERNATIONAL INSURANCE COMPANY** | **ATTORNEYS FOR THIRD-PARTY PLAINTIFF CITY OF PEEKSKILL** |

**SO ORDERED** this 31st day of January, 2014.

*(signature)*

The Honorable Kenneth M. Karas
United States District Judge

4