AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jeffrey Deskovic | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 07-cv-8150 |
| City of Peekskill | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeffrey Deskovic

Date:   01/31/2014

*[signature]*
*Attorney's signature*

Farhang Heydari
*Printed name and bar number*

Neufeld Scheck & Brustin, LLP
99 Hudson Street
New York, NY 10013

*Address*

Farhang@nsbcivilrights.com
*E-mail address*

(212) 965-9081
*Telephone number*

(212) 965-9084
*FAX number*