

# HARWOOD LLOYD, LLC

### COUNSELLORS AT LAW

130 MAIN STREET
HACKENSACK, NEW JERSEY 07601
(201) 487-1080
FACSIMILE (201) 487-4758

350 FIFTH AVENUE, 59TH FLOOR
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118
(212) 268-5136
FACSIMILE (212) 564-1135

WWW.HARWOODLLOYD.COM

**MEMO ENDORSED**

RUSSELL A. PEPE ◊†
THOMAS LOIKITH
GREGORY J. IRWIN ◊†
DAVID T. ROBERTSON ◊
JEANNE O. MARINO †
PETER E. MUELLER
MICHAEL J. BRADY †
RICHARD W. LE BLANCO
DAVID M. REPETTO
CURTIS J. TURPAN
STEPHEN WELLINGHORST ‡
JOSEPH P. SCORESE †
KRISTINE DENNING †
GREGG A. ILARDI ◊†
PARTNERS

FRANK V. D. LLOYD (1965-2007)
VICTOR C. HARWOOD, III (1950-1999)
PETER CIOLINO (1957-2009)
MICHAEL B. OROPOLLO (1970-2011)

◊ CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS CIVIL TRIAL ATTORNEY
† ALSO ADMITTED IN NY
‡ ALSO ADMITTED IN PA

DAVID F. MCBRIDE †
RICHARD J. RYAN
W. FLETCHER HOCK, JR.
JAMES P. LOGAN
OF COUNSEL

WARREN C. FARRELL ◊
JOHN S. GUERIN ◊
EVELYN R. STORCH
ALEXANDER H. CARVER III †
CARMEL J. DECKER †
KENNETH L. WINTERS
ROBYN B. LINDSAY †
KENNETH R. FOREMAN ◊‡
ANDREW …
KATHLEEN …

PAUL E. KIEL‡
MELISSA A. HARTIGAN
EILEEN P. KUZMA †
MANUEL D. IRIZARRY, JR. †
SETH D. GRIEP
LAUREN BETTMAN GERSHENGORN
JONATHAN E. GATES †
JOHN W. MCDERMOTT †
VICTORIA D. SILVA †
MICHAEL A. MCGARRY JR. †
COREY S. ZYMET ‡
ASSOCIATES

DIRECT DIAL: (201)359-3530
DIRECT EMAIL: swellinghorst@HarwoodLloyd.com
DIRECT FAX: (201) 487-4758
REPLY TO: Hackensack
FILE NO.: 9650-3 (822)

February 3, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**VIA FAX (914) 390-4145**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: **Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)**

Dear Judge Karas:

We represent Daniel Stephens and Putnam County, defendants in the above-referenced matter. The parties had agreed to submit a joint proposed Jury Questionnaire to the Court by Friday January 31, 2014. We need additional time additional time to do so.

According, on behalf of all remaining parties and with consent of all counsel, I respectfully request that the time for submitting a joint proposed Jury Questionnaire be extended until Friday, February 14, 2014. This is the first request for an extension of time to submit the joint proposed Jury Questionnaire.

Thank you for attention to this matter.

*Granted.*

Respectfully submitted, *So Ordered.*

Stephen Wellinghorst

*KMK 2/3/14*

SW:js
cc: Farhand Heydari, Esq.-- by e-mail (farhang@nsbcivilrights.com)
    Nick Joel Brustin, Esq.—by e-mail (nick@nsbcivilrights.com)
    James A. Randazzo, Esq.—by e-mail (jrandazzo@gainesllp.com)