

Neufeld Scheck & Brustin, LLP

Tel (212) 965-9081    99 Hudson Street, 8th Floor
Fax (212) 965-9084    New York, New York 10013
                     nsbcivilrights.com

MEMO ENDORSED

February 7, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

**Via Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

    RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)

Dear Judge Karas:

    I write on behalf of counsel for Plaintiff Jeffrey Deskovic with respect to the Court's January 24, 2014 Trial Scheduling Order. [Dkt. No. 639]. The current deadline for reply briefs regarding pre-trial motions is May 6, 2014. Plaintiff's counsel has just realized that this deadline conflicts with counsel's preexisting and non-refundable travel plans. We apologize for not realizing this conflict sooner.

    We would ask the Court for a brief extension of the reply deadline—from Tuesday, May 6, 2014 to Friday, May 9, 2014. This is our first request for extension. Counsel for Defendants consents to this request. This extension will not affect any other scheduled dates.

                                    Respectfully submitted,

                                    Farhang Heydari

Granted -
So ordered
/s/ KMK
2/11/14

cc: All counsel (via email)