UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

                      Plaintiff,

-v-

CITY OF PEEKSKILL, et al.,

                      Defendants.

---

07-CV-8150 (KMK)

AMENDED
TRIAL SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    Jury selection and trial will begin on June 30, 2014, at 10:00 a.m. During the trial, the Court will sit from 9:30 a.m. until 2:00 p.m., five days a week.

    The Parties will file all pre-trial motions by April 15, 2014. Responses must be submitted by April 29, 2014, and any replies must be submitted by May 6, 2014.

    Proposed jury instructions are due no later than April 15, 2014.

    Finally, the Parties are to turn over all pre-marked exhibits by April 30, 2014.

SO ORDERED.

DATED:    White Plains, New York
              February 27, 2014

                                        KENNETH M. KARAS
                                  UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____