UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

JEFFREY DESKOVIC,

                                    Plaintiff,

   -v-

CITY OF PEEKSKILL, et al.,

                                    Defendants.

No. 07-CV-8150 (KMK)

ORDER

CITY OF PEEKSKILL,

                             Third-Party Plaintiff,

   -v-

WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED, SPHERE DRAKE INSURANCE PLC, ILLINOIS UNION INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY, BARCO NATIONAL INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY,

                             Third-Party Defendants.

KENNETH M. KARAS, District Judge:

Pursuant to a stipulation of dismissal, the Court has dismissed the third-party actions brought by City of Peekskill against third-party-defendant insurance companies, including Westport Insurance Company; Illinois Union Insurance Company; Certain Underwriters at Lloyd's, London; CX Reinsurance Company Limited; Riverstone (UK) Limited, as successor-in-interest to Sphere Drake Insurance PLC; United National Insurance Company; Travelers Indemnity Company; and Harco National Insurance Company. (*See* Dkt. Nos. 640–42, 645–46.) Previously, these Parties filed Motions for Judgment on the Pleadings, which Motions remain pending on the docket. (*See* Dkt. Nos. 594, 597, 600, 603.) The Court denies these motions without prejudice as moot in light of the dismissal of the third-party actions. The Clerk of Court is respectfully requested to terminate the motions. (Dkt. Nos. 594, 597, 600, 603.)

SO ORDERED.

DATED: White Plains, New York
February 28, 2014

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE