# HARWOOD LLOYD, LLC

## COUNSELLORS AT LAW

130 MAIN STREET

HACKENSACK, NEW JERSEY 07601

(201) 487-1080

FACSIMILE (201) 487-4758

350 FIFTH AVENUE, 59TH FLOOR
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118
(212) 268-5136
FACSIMILE (212) 564-1135

WWW.HARWOODLLOYD.COM

RUSSELL A. PEPE ◊†
THOMAS LOIKITH
GREGORY J. IRWIN ◊†
DAVID T. ROBERTSON ◊
JEANNE O. MARINO †
PETER E. MUELLER
MICHAEL J. BRADY †
RICHARD W. LE BLANCO
DAVID M. REPETTO
CURTIS J. TURPAN
STEPHEN WELLINGHORST ‡
JOSEPH P. SCORESE †
KRISTINE DENNING †
GREGG A. ILARDI ◊†
PARTNERS

FRANK V. D. LLOYD (1966-2007)
VICTOR C. HARWOOD, III (1960-1999)
PETER CIOLINO (1957-2009)
MICHAEL B. OROPOLLO (1970-2011)

◊ CERTIFIED BY THE SUPREME COURT
   OF NEW JERSEY AS CIVIL TRIAL ATTORNEY
† ALSO ADMITTED IN NY
‡ ALSO ADMITTED IN PA

DAVID F. MCBRIDE †
RICHARD J. RYAN
W. FLETCHER HOCK, JR.
JAMES P. LOGAN
OF COUNSEL

WARREN C. FARRELL ◊
JOHN S. GUERIN ◊
LYNN STORCH
ELA VERGEEN III
CARMELO DECKER†
KENNETH L. WINTERS
ROBYN B. LINDSAY †
KENNETH R. FOREMAN ◊‡
ANDREW G. TOULAS ◊
KATHLEEN M. LEE †
JOHN W. McDERMOTT †
COUNSEL

PAUL E. KIEL‡
MELISSA A. HARTIGAN
EILEEN P. KUZMA †
MANUEL D. IRIZARRY, JR. †
SETH D. GRIEP
LAUREN BETTMAN GERSHENGORN
JONATHAN E. GATES †
VICTORIA D. SILVA †
COREY S. ZYMET †
MICHAEL P. CHIPKO †
ASSOCIATES

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

| | |
|---|---|
| DIRECT DIAL: | (201)359-3530 |
| DIRECT EMAIL: | swellinghorst@HarwoodLloyd.com |
| DIRECT FAX : | (201) 487-4758 |
| REPLY TO: | Hackensack |
| FILE NO.: | 9650-3 (821) |

March 11, 2014

## VIA FEDERAL EXPRESS

Clerk, United States District Court
500 Pearl Street
New York, NY 10007-1312
Attention: Quality Assurance, Room 200

Re: **Deskovic v. City of Peekskill, et al, Case No.  07 Civ. 8150 (KMK) (GAY)**

Dear Sir/Madam:

This office represents Daniel Stephens and Putnam County, defendants in the above-referenced matter.  On March 10, 2014, we electronically filed papers in the above-referenced matter as Document Number 655.  The filing was made in error. It should not have been made at all.  I am contacting your office upon instructions from the ECF Help Desk.

Please place a notification on our March 10, 2014 filing that is was filed in error.

Thank you for your attention to this matter.

Very truly yours,

STEPHEN WELLINGHORST

*So Ordered.*

3/13/14

SW/pk
cc:  Honorable Kenneth M. Karas, United States District Court, via federal express
       All counsel on attached page, via Federal Express

DESKOVIC LETTER RE ERROR IN ELECTRONIC FILING

Honorable Kenneth M. Karas
United States District Court
Re **Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)**
March 11, 2014
Page 2

Joan M. Gilbride, Esq.
Kaufman, Borgeest & Ryan, LLP
120 Broadway
New York, NY 10271

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
55 Church Street, Suite 211
White Plains, NY 10601

James A. Randazzo, Esq.
Gains, Novick, Ponzini, Cossuu & Venditti, LLP
11 Martine Avenue, 8th Floor
White Plains, NY 10606

Nick Brustin, Esq.
Neufeld, Scheck & Burstin, LLP
99 Hudson Street, 8th Floor
New York, NY 100013

Diane L. Houck, Esq.
Emery, Celli, Brinkerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Courtney E. Scott, Esq.
Tressler, LLP
One Penn Plaza, Suite 4701,
New York, NY 10119

Congdon, Flaherty, O'Callaghan, Reid, Donlon, Travis & Fishlinger
33 Earle Ovington Boulevard, 5th Floor
Uniondale, NY 11553