

Neufeld Scheck & Brustin, LLP

Emma Freudenberger
Tel: [212] 965-9081
Fax: [212] 965-9084

emma@nsbcivilrights.com
99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

April 1, 2014

**Via ECF and Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

    **RE:** *Deskovic v. City of Peekskill, et al.*, 07-CV-8150(KMK)

Dear Judge Karas:

    I write in response to Defense Counsel's March 31, 2014 letter indicating that Defendant Stephens is available for a conflicts hearing any time in the next two weeks. In the next two weeks, Plaintiff's Counsel is available April 2, 3, 7 (morning), 9, and 11. Plaintiff's Counsel is also available April 15, 16, 18, and any time the week of April 21.

                                        Respectfully submitted,

                                        Emma Freudenberger
                                        *Attorney for Plaintiff*

cc: All counsel (via ECF)

1