# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Jeffrey Deskovic | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 07-cv-8150 |
| City of Peekskill | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeffrey Deskovic

Date: 04/01/2014

*Attorney's signature*

Emma Freudenberger
*Printed name and bar number*

Neufeld Scheck & Brustin, LLP
99 Hudson Street
New York, NY 10013

*Address*

emma@nsbcivilrights.com
*E-mail address*

(212) 965-9081
*Telephone number*

(212) 965-9084
*FAX number*