# HARWOOD LLOYD, LLC

COUNSELLORS AT LAW

130 MAIN STREET

HACKENSACK, NEW JERSEY 07601

(201) 487-1080

FACSIMILE (201) 487-4758

350 FIFTH AVENUE, 59TH FLOOR
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118
(212) 268-5136
FACSIMILE (212) 324-1198

WWW.HARWOODLLOYD.COM

RUSSELL A. PEPE ◊†
THOMAS LOIKITH
GREGORY J. IRWIN ◊†
DAVID T. ROBERTSON ◊
JEANNE O. MARINO †
PETER E. MUELLER
MICHAEL J. BRADY †
RICHARD W. LE BLANCQ
DAVID M. REPETTO
CURTIS J. TURPAN
STEPHEN WELLINGHORST ‡
JOSEPH P. SCORESE †
KRISTINE DENNING †
GREGG A. ILARDI ◊†
    PARTNERS

FRANK V. D. LLOYD (1966-2007)
VICTOR C. HARWOOD, III (1960-1999)
PETER CIOLINO (1957-2009)
MICHAEL B. OROPOLLO (1970-2011)

◊ CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS CIVIL TRIAL ATTORNEY
† ALSO ADMITTED IN NY
‡ ALSO ADMITTED IN PA

DAVID F. MCBRIDE †
RICHARD J. RYAN
W. FLETCHER HOCK, JR.
JAMES P. LOGAN
    OF COUNSEL

WARREN C. FARRELL ◊
JOHN S. GUERIN ◊
EVELYN R. STORCH
ALEXANDER H. CARVER III †
CARMEL J. DECKER †
KENNETH L. WINTERS
ROBYN B. LINDSAY †
KENNETH R. FOREMAN ◊‡
ANDREW G. TOULAS ◊
KATHLEEN M. LEE †
JOHN W. MCDERMOTT †
    COUNSEL

PAUL E. KIEL‡
MELISSA A. HARTIGAN
EILEEN P. KUZMA †
MANUEL D. IRIZARRY, JR. †
SETH D. GRIEP
LAUREN BETTMAN GERSHENGORN
JONATHAN E. GATES †
VICTORIA D. SILVA †
COREY S. ZYMET †
MICHAEL P. CHIPKO †
    ASSOCIATES

DIRECT DIAL: (201)359-3530
DIRECT EMAIL: swellinghorst@HarwoodLloyd.com
DIRECT FAX: (201) 487-4758
REPLY TO: Hackensack
FILE NO.: 9650-3 (822)

April 1, 2014

**VIA ECF AND FEDERAL EXPRESS**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: **Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)**

Dear Judge Karas:

Please be advised that Defendant Daniel Stephens has now expressed his desire to have separate counsel represent him as to the punitive damage claims at trial. Mr. Stephens had been advised of this right to separate counsel throughout the course of this litigation, but has only just now changed his response. As such, the Court should expect Mr. Stephens to express this same desire at the upcoming conflict hearing.

I thank your Honor for the Court's consideration of this matter.

Respectfully submitted,

STEPHEN WELLINGHORST

cc: All Counsel (Via ECF)

2743468_1