

HODGES WALSH MESSEMER & MOROKNEK, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwmm-law.com

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwmm-law.com

## MEMO ENDORSED

March 31, 2014

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

**Via ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chamber 533
White Plains, NY  10601-4150

Re:  Jeffrey Deskovic v. Putnam County, et al.
**07 Civ. 8150 (KMK) (GAY)**
Our File No: 010-079 JJW

Honorable Sir,

Please be advised that I am available for a conflict hearing the weeks of April 7, 2014 and April 14, 2014.

I thank Your Honor for the Court's consideration of this matter.

Most respectfully yours,

John J. Walsh (4092)

JJW:sr

*The Court will hold a conflict hearing on April 9, 2014, at 10:00*

*So Ordered.*

*KMK*
*3/31/14*