Stephen Wellinghorst (SW-2998)
HARWOOD LLOYD, LLC
*Attorneys for Defendants Daniel Stephens and Putnam County*
350 5th Avenue, 59th Floor, Empire State Building
New York, New York 10118
(201)-359-3530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY<br><br>Defendants. | **DECLARATION OF**<br>**Stephen Wellinghorst**<br><br><br><br>No. 7:07-cv-8150 (KMK) (GAY)<br><br>**ECF Case** |

STEPHEN WELLINGHORST, an attorney duly admitted to practice law in the Southern District of New York hereby affirms the following under the penalties of perjury:

1. I am an associate in the law firm of Harwood Lloyd, LLC, attorney for the Defendants, Daniel Stephens and Putnam County. I submit this Declaration in support of Defendants, Daniel Stephens' and Putnam County's Motions *in limine*.

2. Annexed hereto are the following exhibits:

    A. Excerpts from Judge Karas' September 25, 2012 Opinion and Order (ECF Doc. No. 505);

    B. Excerpts from Deskovic v. City of Peekskill, No. 07-CV-8150, 2009 WL 2475001 (S.D.N.Y. Aug. 13, 2009);

C. Excerpts from Judge Karas' September 22, 2009 Opinion and Order (ECF Doc. No. 238);

D. October 5, 2011 stipulation discontinuing with prejudice plaintiff's action against settling defendants Westchester County, Louis Roh, and Millard Hyland;

E. December 14, 2010 stipulation discontinuing with prejudice plaintiff's actions against settling defendants The Legal Aid Society of Westchester County and Peter Inserno;

F. September 18, 2013 stipulation discontinuing with prejudice plaintiff's actions against settling defendants City of Peekskill, David Levine, Thomas McIntyre, and Eugene Tumolo;

G. Excerpts from plaintiff's Third Amended Complaint;

H. Excerpts from Judge Karas' September 22, 2009 Opinion and Order (ECF Doc. 240);

I. Excerpts from Daniel Stephens testimony at suppression hearing.

Dated: New York, New York
April 14, 2014

YOURS, etc.,

HARWOOD LLOYD, LLC

By:   /s/ STEPHEN WELLINGHORST

Stephen Wellinghorst (SW-2998)
*Attorneys for Defendants Daniel Stephens and Putnam County*
350 5th Avenue, 59th Floor,
Empire State Building
New York, New York 10118
(201) 359-3530
swellinghorst@harwoodlloyd.com

2751875_1

TO:

Nick Brustin
nick@nsbcivilrights.com
Neufeld, Scheck and Brustin LLP
99 Hudson St.
New York, New York 10013

Farhang Heydari
farhang@nsbcivilrights.com
Neufeld Scheck & Brustin, LLP
99 Hudson St., Eighth Floor
New York, NY 10013

Anna Benvenutti Hoffmann
anna@nsbcivilrights.com
Neufeld, Scheck and Brustin LLP
99 Hudson St.
New York, New York 10013

2751875_1