```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

**Jeffrey Deskovic,**

                        Plaintiff,                  07-CV-08150 (KMK)

     -v-                                                CALENDAR NOTICE

**Putnam County**, et al.,

                        Defendants.
-------------------------------------------------------X

      Please take notice that the above captioned action has been scheduled for oral argument on certain in limine motions before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, May 13, 2014 at 12:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      The Parties should be prepared to address two issues: (1) the setoff/apportionment issue raised in Defendants' Motion in Limine, and Plaintiff's related request to exclude evidence of third-party conduct, (*see* Dkt. No. 693 at 7–12; Dkt. No. 691 at 2–8); (2) the expert-witness-disclosure issue raised in Plaintiff's Motion in Limine, (*see* Dkt. No. 691 at 19–21).

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: May 5, 2014
       White Plains, New York

                                                        So Ordered

                                                     Kenneth M. Karas, U.S.D.J.