# Harwood Lloyd, LLC

COUNSELLORS AT LAW

130 MAIN STREET
HACKENSACK, NEW JERSEY 07601
(201) 487-1080
FACSIMILE (201) 487-4758

350 FIFTH AVENUE, 59TH FLOOR
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118
(212) 268-5136
FACSIMILE (212) 324-1198

WWW.HARWOODLLOYD.COM

| | | |
|---|---|---|
| RUSSELL A. PEPE ◊† | FRANK V. D. LLOYD (1966-2007) | DAVID F. MCBRIDE † |
| THOMAS LOIKITH | VICTOR C. HARWOOD, III (1960-1999) | RICHARD J. RYAN |
| GREGORY J. IRWIN ◊† | PETER CIOLINO (1957-2009) | W. FLETCHER HOCK, JR. |
| DAVID T. ROBERTSON ◊ | MICHAEL B. OROPOLLO (1970-2011) | JAMES P. LOGAN |
| JEANNE O. MARINO † | | OF COUNSEL |
| PETER E. MUELLER | | |
| MICHAEL J. BRADY † | ◊ CERTIFIED BY THE SUPREME COURT | WARREN C. FARRELL ◊ |
| RICHARD W. LE BLANCQ | OF NEW JERSEY AS CIVIL TRIAL ATTORNEY | JOHN S. GUERIN ◊ |
| DAVID M. REPETTO | † ALSO ADMITTED IN NY | EVELYN R. STORCH |
| CURTIS J. TURPAN | ‡ ALSO ADMITTED IN PA | ALEXANDER H. CARVER III † |
| STEPHEN WELLINGHORST ‡ | | CARMEL J. DECKER † |
| JOSEPH P. SCORESE † | | KENNETH L. WINTERS |
| KRISTINE DENNING † | | ROBYN B. LINDSAY † |
| GREGG A. ILARDI ◊† | | KENNETH R. FOREMAN ◊‡ |
| PARTNERS | | ANDREW G. TOULAS ◊ |
| | | KATHLEEN M. LEE † |
| | | JOHN W. McDERMOTT † |
| | | COUNSEL |

PAUL E. KIEL‡
MELISSA A. HARTIGAN
EILEEN P. KUZMA †
MANUEL D. IRIZARRY, JR. †
SETH D. GRIEP
LAUREN BETTMAN GERSHENGORN
JONATHAN E. GATES †
VICTORIA D. SILVA †
COREY S. ZYMET †
MICHAEL P. CHIPKO †
ASSOCIATES

| | |
|---|---|
| DIRECT DIAL: | (201)359-3530 |
| DIRECT EMAIL: | swellinghorst@HarwoodLloyd.com |
| DIRECT FAX : | (201) 487-4758 |
| REPLY TO: | Hackensack |
| FILE NO.: | 9650-3 (822) |

May 7, 2014

**VIA ECF AND FEDERAL EXPRESS**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

     Re: **Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)**

Dear Judge Karas:

     The Defendants respectfully request an extension of time to file a proposed jury verdict sheet until after a decision on the Motions *in limine* pending before the Court. Given the nature of the motions, the Defendants' proposed verdict sheet may be dramatically different at that time.

     I thank your Honor for the Court's consideration of this matter.

                            Respectfully submitted,

                            STEPHEN WELLINGHORST

cc:     All Counsel (Via ECF)

2765703_1