# Harwood Lloyd, LLC

COUNSELLORS AT LAW

130 MAIN STREET
HACKENSACK, NEW JERSEY 07601
(201) 487-1080
FACSIMILE (201) 487-4758

350 FIFTH AVENUE, 59TH FLOOR
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118
(212) 268-5136
FACSIMILE (212) 324-1198

WWW.HARWOODLLOYD.COM

RUSSELL A. PEPE ◊†
THOMAS LOIKITH
GREGORY J. IRWIN ◊†
DAVID T. ROBERTSON ◊
JEANNE O. MARINO †
PETER E. MUELLER
MICHAEL J. BRADY †
RICHARD W. LE BLANCQ
DAVID M. REPETTO
CURTIS J. TURPAN
STEPHEN WELLINGHORST ‡
JOSEPH P. SCORESE †
KRISTINE DENNING †
GREGG A. ILARDI ◊†
  PARTNERS

FRANK V. D. LLOYD (1966-2007)
VICTOR C. HARWOOD, III (1960-1999)
PETER CIOLINO (1957-2009)
MICHAEL B. OROPOLLO (1970-2011)

◊ CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS CIVIL TRIAL ATTORNEY
† ALSO ADMITTED IN NY
‡ ALSO ADMITTED IN PA

DAVID F. MCBRIDE †
RICHARD J. RYAN
W. FLETCHER HOCK, JR.
JAMES P. LOGAN
  OF COUNSEL

WARREN C. FARRELL ◊
JOHN S. GUERIN ◊
EVELYN R. STORCH
ALEXANDER H. CARVER III †
CARMEL J. DECKER †
KENNETH L. WINTERS
ROBYN B. LINDSAY †
KENNETH R. FOREMAN ◊‡
ANDREW G. TOULAS ◊
KATHLEEN M. LEE †
JOHN W. MIDDLETON

PAUL E. KIEL‡
MELISSA A. HARTIGAN
EILEEN P. KUZMA †
MANUEL D. IRIZARRY, JR. †
SETH D. GRIEP
LAUREN BETTMAN GERSHENGORN
JONATHAN E. GATES †
VICTORIA D. SILVA †
COREY S. ZYMET †
MICHAEL P. CHIPKO †
  ASSOCIATES

**MEMO ENDORSED**

DIRECT DIAL: (201) 359-3530
DIRECT EMAIL: swellinghorst@HarwoodLloyd.com
DIRECT FAX: (201) 487-4758
REPLY TO: Hackensack
FILE NO.: 9650-3 (822)

May 7, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**VIA ECF AND FEDERAL EXPRESS**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: **Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)**

Dear Judge Karas:

The Defendants respectfully request an extension of time to file a proposed jury verdict sheet until after a decision on the Motions *in limine* pending before the Court. Given the nature of the motions, the Defendants' proposed verdict sheet may be dramatically different at that time.

I thank your Honor for the Court's consideration of this matter.

Respectfully submitted,

STEPHEN WELLINGHORST

cc: All Counsel (Via ECF)

*Granted.
So Ordered*
5/7/14

2765703_1