

June 11, 2014

**Peter A. Meisels**
914.872.7156 (direct)
Peter.Meisels@wilsonelser.com

**Via ECF and Regular Mail**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Jeffrey Deskovic v. City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland, Peter Insero and Legal Aid Society of Westchester County, Docket No. 07 Civ. 8150 (KMK) (GAY)

Dear Judge Karas:

Enclosed is a proposed stipulation discontinuing any cross-claims brought by defendants Putnam County and Daniel Stephens against the City of Peekskill, David Levine, Walter Brovarski, Eugene Tumolo and Thomas McIntyre. The stipulation has been fully executed by counsel.

If acceptable to the Court, we would appreciate your "so ordering" the stipulation and forwarding same to the Clerk for filing.

Respectfully yours,

Peter A. Meisels
Partner

PAM:kt
Enclosure

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

5083957v.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JEFFREY DESKOVIC,

                Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL STEPHENS,
LOUIS ROH, MILLARD HYLAND, PETER INSERO,
and LEGAL AID SOCIETY OF WESTCHESTER
COUNTY,

                Defendants.
----------------------------------------------------------X

STIPULATION
DISCONTINUING
CROSS-CLAIMS WITH
PREJUDICE AGAINST
DEFENDANTS CITY OF
PEEKSKILL, WALTER
BROVARSKI, EUGENE
TUMOLO, DAVID LEVINE
AND THOMAS MCINTYRE

No: 07-CV-8150 (KMK)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the defendants Putnam County and Daniel Stephens (the "Putnam Defendants"), and the defendants City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski and Eugene Tumolo (the "Peekskill Defendants"), that whereas no party hereto is an infant or incompetent person for whom a committee or conservatee has been appointed and no person not a party has an interest in the subject matter of the action, all cross-claims asserted by the Putnam Defendants be, and the same hereby are discontinued with prejudice as to the Peekskill Defendants, without costs, disbursements or attorneys fees to any party.

4980212v.1

The discontinuance of cross-claims asserted by the Putnam Defendants shall not operate to waive or diminish any rights that the Putnam Defendants may have to seek an apportionment of liability or a set-off of damages.

This Stipulation may be executed in counterparts. Faxed or scanned copies may be treated as originals.

Dated: White Plains, New York
June 11, 2014

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: _____
Peter Meisels, Esq.
Attorneys for Defendants
City of Peekskill, David Levine, Thomas McIntyre and
Walter Brovarski
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000

BALLARD SPAHR STILLMAN & FRIEDMAN LLP

By: _____
James Mitchell, Esq.
Attorneys for Defendant Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP

By: _____
James A. Randazzo, Esq.
Attorneys for Defendants Putnam County
  and Daniel Stephens
11 Martine Avenue, 8th Floor
White Plains, New York 10606
(914) 288-9595

2

4980212v.1

HARWOOD LLOYD, LLC

By: _____
    Stephen Wellinghorst, Esq.
    Attorneys for Defendants Putnam County and
    and Daniel Stephens
    130 Main Street
    Hackensack, New Jersey 07601
    (201) 487-1080

So Ordered

_____
Kenneth M. Karas, U.S.D.J.
June ____, 2014