## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

      Plaintiff,

          v.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, PETER INSERO, and LEGAL AID
SOCIETY OF WESTCHESTER COUNTY

      Defendants.

No. CV-07-8150 (KMK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

### ORDER

Upon consideration of this Motion of Aaron Scherzer, the Court grants leave for him to withdraw as counsel for Plaintiff Jeffrey Deskovic, and he is relieved of further responsibility to the Court.

IT IS SO ORDERED.

Dated: July 14, 2014
      White Plains, NY

Kenneth M. Karas
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion for Leave to Withdraw as Attorney was served electronically by ECF, on July 10, 2014, upon all parties of record:

/s/ David Schmutzer_____
David Schmutzer
Paralegal