

# Neufeld Scheck & Brustin, LLP

Tel [212] 965-9081
Fax [212] 965-9084

99 Hudson Street 8th Floor
New York, New York 10013
nsbcivilrights.com

**MEMO ENDORSED**

July 15, 2014

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150(KMK)

Dear Judge Karas:

Following our telephone conversation with chambers on July 11, 2014, I write on behalf of Plaintiff Jeffrey Deskovic and the Putnam Defendants. The parties have conferred, and now respectfully request the October 2014 trial date suggested by the Court.

Respectfully,

Nick Brustin

*[Handwritten endorsement:]* The trial can begin October 14, 2014. The final pre-trial conference will be held on October 9, 2014, at 2:30

So Ordered.
KMK
7/24/14