

**Neufeld Scheck & Brustin, LLP**

Tel [212] 965-9081
Fax [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**MEMO ENDORSED**

September 15, 2014

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

    RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150(KMK)

Dear Judge Karas:

    On February 14, 2014, in light of the high-profile nature of this case, the parties jointly submitted a juror questionnaire designed to facilitate and expedite voir dire for the Court's approval. (Docket Entry 650-1). With trial approaching, the parties now jointly write in order to renew our request with sufficient time for the questionnaires to be distributed and returned—either by mail or in person—so that the parties can review them prior to October 14, thereby saving the Court's and the parties' time once jury selection begins.

Respectfully submitted,

Nick Brustin

cc: All counsel (via ECF)

*The Court will conduct voir dire in Court, as it does in every case. A proposed ~~their~~ list of questions will be sent to counsel in advance.*
*So Ordered*
*9/16/14*