Stephen Wellinghorst (SW-2998)
HARWOOD LLOYD, LLC
*Attorneys for Defendants Daniel Stephens and Putnam County*
350 5th Avenue, 59th Floor, Empire State Building
New York, New York 10118
(201)-359-3530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY<br><br>Defendants. | No. 7:07-cv-8150 (KMK)<br><br>**ECF Case** |

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide parties in <u>Deskovic v. City Peekskill, et al.</u>, with Internet connectivity for the duration of the proceedings, set to begin on Tuesday, October 14, 2014. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

2784167_1

SO ORDERED this 1st day of October, 2014.

*/s/ Kenneth M. Karas*
Hon. Kenneth M. Karas
United States District Judge
White Plains, New York

2784167_1