

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081
Fax. [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

# MEMO ENDORSED

September 29, 2014

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)

Dear Judge Karas:

I write on behalf of Plaintiff's counsel to request that the Court enter the attached order permitting Plaintiff's counsel to bring two laptop computers into the courthouse for purposes of the pretrial conference and trial in this matter.

Plaintiff also joins Defendants' application for an order authorizing the parties to arrange for internet access during the trial. (*See* Docket Entry 725-2 (proposed order submitted by Defendants on behalf of all parties)).

Respectfully submitted,

*Farhang Heydari*

Farhang Heydari

cc: All counsel (by ECF)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/30/14