

**Neufeld Scheck & Brustin, LLP**

[212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

September 29, 2014

**Via UPS Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

**MEMO ENDORSED**

RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)

Dear Judge Karas:

As part of Plaintiff's omnibus motion in limine, Plaintiff sought an order permitting use of a *New York Times* audio and video piece, featuring Plaintiff, titled "Free and Uneasy: The First Year Out," published on November 25, 2007. (*See* Docket Entry 691 at 21–22). In advance of the October 9, 2014 pretrial conference, Plaintiff writes to inform the Court that Plaintiff no longer seeks to admit the full piece. Instead, Plaintiff seeks to use five excerpts, which are contained on the CD accompanying this letter. Defendants have been provided with these excerpts and continue to oppose Plaintiff's motion.

Respectfully submitted,

*Farhang Heydari*

Farhang Heydari

Enclosure (1, CD)

cc: Stephen Wellinghorst (by email)
Michael Chipko (by email)

The Clerk of the Court is respectfully requested to docket this letter.

So Ordered

10/1/14