UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

                Plaintiff,

-v-

CITY OF PEEKSKILL et al,

                Defendants.

Case No. 07-CV-8150 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

On June 20, 2014, the Parties filed a proposed Amended Joint Pre-Trial Order ("Order"). The Order contained deposition designations, but it did not include the objections of either party to those designations. Both parties shall submit letters listing any objections to the deposition designations contained in the Order by Monday, October 6, 2014.

SO ORDERED.

Dated: October 1, 2014
      White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE