```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

                Plaintiff,

-v-

CITY OF PEEKSKILL, et al.,

                Defendants.

ORDER

No. 07-CV-8150 (KMK)

---

KENNETH M. KARAS, District Judge:

For the reasons discussed during the October 9, 2014 final pre-trial conference, Plaintiff's Motion in Limine G, requesting that the Court declare certain New York Times Clips admissible, (see Pl.'s Omnibus Mot. in Limine 21–22 (Dkt. No. 691)), is DENIED without prejudice, and Defendants' Motion in Limine IV, requesting that the Court bar Plaintiff from suggesting that Daniel Stephens lost or destroyed polygraph results, (see Mem. of Law in Supp. of Defs. Daniel Stephens' and Putnam County's Mot. in Limine 15–16 (Dkt. No. 693)), is DENIED. All other remaining Motions in Limine are moot.

The Clerk of Court is respectfully directed to terminate the pending motions (Dkt. Nos. 686 and 691).

SO ORDERED.

Dated:     October 10, 2014
           White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE