

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

October 10, 2014

<u>**Via ECF**</u>
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)

Dear Judge Karas,

Plaintiff has attempted to address the Court's concerns regarding the *New York Times* clips by limiting the proposed use of the audio and video to the following:

1. selected photographs of Mr. Deskovic, without any audio;
2. two audio clips, without any video; and
3. a combined audio and video clip of a public appearance by Mr. Deskovic.

As discussed with your honor's law clerk, Plaintiff will electronically submit these selections to the Court today and will also provide the Court with a CD at our next appearance. Defendants have reviewed these requests and maintain their opposition.

Respectfully submitted,

*Farhang Heydari*

Farhang Heydari

CC: all counsel (by ECF)

1