```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

**Jeffrey Deskovic,**

                Plaintiff,        07-CV-08150 (KMK)

  -v-

                                   CALENDAR NOTICE

**Putnam County,**

                Defendant.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for oral argument on all pending motions before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, January 27, 2015 at 2:30 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: October 22, 2014
       White Plains, New York

                                                  So Ordered

                                                  Kenneth M. Karas, U.S.D.J.