```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

**Jeffrey Deskovic**,

                Plaintiff,          07-CV-08150 (KMK)

-v-                              ORDER RESCHEDULING
                                          ORAL ARGUMENT

**Putnam County**, et al.,

                Defendants.
-----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for oral argument on all pending motions before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, November 25, 2014 at 10:30 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: October 30, 2014
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J.