UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

                Plaintiff,

-v-

PUTNAM COUNTY and DANIEL STEPHENS,

                Defendants.

---

NEW YORK STATE LOCAL GOVERNMENT
SERVICES FOUNDATION, INC. as attorney-
in-fact for NEW YORK MUNICIPAL
INSURANCE RECIPROCAL,

                Intervenor-Plaintiff,

-v-

PUTNAM COUNTY, DANIEL STEPHENS,
and JEFFREY DESKOVIC,

                Defendants.

---

Case No. 07-CV-8150 (KMK)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

KENNETH M. KARAS, District Judge:

       For the reasons stated on the record at the conference held before the Court on November 25, 2014, Intervenor-Plaintiff New York Municipal Insurance Reciprocal's Motion for Summary Judgment is DENIED.

       The Clerk of Court is respectfully directed to terminate the pending motion (Dkt. No. 658).

SO ORDERED.

Dated:     November 25, 2014
               White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE