DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DESKOVIC,

            Plaintiff,

-v-

PUTNAM COUNTY and DANIEL STEPHENS,

            Defendants.

---

NEW YORK STATE LOCAL GOVERNMENT
SERVICES FOUNDATION, INC. as attorney-
in-fact for NEW YORK MUNICIPAL
INSURANCE RECIPROCAL,

            Intervenor-Plaintiff,

-v-

PUTNAM COUNTY, DANIEL STEPHENS,
and JEFFREY DESKOVIC,

            Defendants.

---

Case No. 07-CV-8150 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    At the conference held before the Court on November 25, 2014, the Court adopted the following schedule:

    Defendants shall file their summary judgment motion by no later than January 23, 2015. Intervenor-Plaintiff shall file opposition papers by no later than February 27, 2015. Defendants shall file their reply in support of their motion by no later than March 20, 2015. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motions are due.

    Courtesy copies are to be served upon counsel by the assigned date. One courtesy copy of all papers also shall be sent to the Court at the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED: November 25, 2014
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE