UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AIR SOCIETY OF WESTCHESTER COUNTY,<br><br>Defendants. | No. CV-07-8150 (KMK) (GAY)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

WHEREAS, plaintiff Jeffrey Deskovic ("Plaintiff") previously filed a third Amended Complaint against defendants Putnam County and Daniel Stephens ("Defendants");

WHEREAS, on October 23, 2014, a jury entered a verdict finding Defendants liable in the amount of $41,650,000;

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel of record for the respective parties, that Plaintiff hereby discontinues and dismisses with prejudice all claims against Defendants arising from the allegations related to the above-captioned matter. Further, this dismissal with prejudice is without an award of costs, disbursements, or attorneys' fees to any party. This stipulation will not be binding unless full

1

payment is made to Neufeld Scheck & Brustin LLP as set out in the separate signed settlement agreement between Plaintiff and Defendants.

NEUFELD SCHECK & BRUSTIN, LLP
Attorneys for Plaintiff Jeffrey Deskovic

_____
Nick Brustin
99 Hudson Street, 8th Floor
New York, NY 10013
(212) 965-9081

HARWOOD LLOYD, LLC
Attorneys for Putnam County & Daniel Stephens

_____
Steve Wellinghorst
130 Main St.
Hackensack, NJ 07601
(201) 359-3686

SO ORDERED this 7th day of January, 2015.

_____
Hon. Kenneth M. Karas
United States District Judge
White Plains, New York

2