

## Hodges Walsh Messemer & Moroknek, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwmm-law.com

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwmm-law.com

January 12, 2015

**Via ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chamber 533
White Plains, NY  10601-4150

      Re:   Jeffrey Deskovic v. Putnam County, et al.
              **07 Civ. 8150 (KMK) (GAY)**
              Our File No:  010-079 JJW

Honorable Sir,

    At the Conference held before the Court on November 25, 2014, we were ordered to file our Motion for Summary Judgment by January 23, 2015. NYMIR was ordered to file opposition papers no later than February 27, 2015.

    With the consent of counsel for NYMIR, and in order to allow both sides to determine their position on the possible Motion, it is respectfully requested that the dates by which the Motion is to be submitted and opposed be extended thirty (30) days.

    Thank you for your consideration.

                                Most respectfully yours,

                                John J. Walsh (4092)

JJW:sr