

# HODGES WALSH & MESSEMER, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwm-law.com

(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

March 19, 2015

**Via ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chamber 533
White Plains, NY 10601-4150

      Re:  Jeffrey Deskovic v. Putnam County, et al.
            **Case No.: 07 Civ. 8150 (KMK) (GAY)**
            Our File No.: 010-079 JJW

Honorable Sir:

We are in receipt of your 30 Day Order concerning settlement of this matter.

I am advised by the County Attorney that though the terms of the settlement have been agreed upon, she cannot sign the Stipulation of Discontinuance until she has received formal Legislative approval. She has drafted a Resolution which has been sent to the County Legislature. They will consider it at Committee this month and final approval is expected at their April 14th meeting. Allowing NYMIR reasonable time thereafter to forward a settlement draft, we would respectfully request that the parties be given until the end of April to apply by letter for restoration of this action should the settlement not be consummated.

Thank you for your attention.

Most respectfully yours,

John J. Walsh (4092)

JJW:sr

cc:  Brian M. Sher, Esq.
      Kaufman Borgeest & Ryan LLP
      120 Broadway
      New York, New York 10271